CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC 20001
August 03, 2005

UNITED STATES OF AMERICA

V.                                          Criminal No. 05-286

STANLEY KREIJCI

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE SET FOR: PLEA TO INFORMATION
DATE:          SEPTEMBER 7, 2005
TIME:          11:30 A.M.
JUDGE:         EMMET G. SULLIVAN

COURTROOM: No. 11:30 A.M.   -   2ND Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By:_____CAROL VOTTELER, 354-3152_____
                    Deputy Clerk

cc: Chambers
    File
    Courtroom Clerk

DEFENSE COUNSEL IS TO MAKE ARRANGEMENTS FOR THE DEFENDANT TO BE INTERVIEWED BY PRETRIAL SERVICES FOR A REPORT PRIOR TO THE DATE OF THE PLEA.

STANLEY KREJCI                    SANFORD M. SAUDERS, JR.
6111 VERNON TERRACE               GREENBERG TRAURIG, LLP
ALEXANDRIA, VA 22307              800 CONNECTICUT AVE., SUITE 500
                                  WASHINGTON, DC 20006
THOMAS ZENO, AUSA

A. JOHN PAPPALARDO
GREENBERG TRAURIG, LLP
ONE INTERNATIONAL PLACE
BOSTON, MA 02110