**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

SEP 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
        Plaintiff,

Criminal No. 05-286 (EGS)

STANLEY KREJCI
        Defendant

## WAIVER OF INDICTMENT

I, STANLEY KREJCI, the above named defendant,

who is accused of _____ _18 USC §664_ _____

_____

being advised of the nature of the charge(s), the proposed

information, and of my rights, hereby waive in open court on

____ _9/28/05_ _____ prosecution by indictment and

consent that the proceeding may be by information rather than

by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment