**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **Criminal No.: 05-286 (EGS)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **STANLEY KREJCI,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S UNOPPOSED MOTION FOR**
**NEW DATES TO FILE SENTENCING MEMORANDA**
**AND TO CANCEL STATUS HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this unopposed motion for new dates to file sentencing memoranda and to cancel the status hearing now set for February 1.

The sentencing date in this case is scheduled for February 23, 2006, at 11:00 a.m. The parties do not seek to change that date.

The parties were scheduled to file their memoranda in aid of sentencing during January. This time frame was established because the parties thought the Pre Sentence Report (PSR) would be completed by early January. However, the parties recently learned that the PSR is not scheduled to be completed until January 19, 2006. Accordingly, the parties propose that their sentencing memoranda be due according to the following schedule. Defendant Krejci's memorandum will be due on February 6, the government memorandum will be due on February 13, and defendant Krejci's reply will be due on February 20.

A status hearing in this matter is scheduled for February 1, 2006. Subsequent to that hearing being scheduled, the undersigned AUSA learned that he was expected to attend the Health Care Fraud Coordinator's Conference scheduled for February 1 through February 3, 2006, at the National Advocacy Center in South Carolina. The undersigned AUSA is the criminal Health Care Fraud

Coordinator for this district.  The conference is held only once per year.  Government co-counsel in this case is now on a detail and will not be available on February 1.

The Court scheduled the status hearing on February 1 because the parties had said there might be a factual issue regarding the amount of loss.  The parties already have filed pleadings regarding the calculation of loss under the Sentencing Guidelines, and the parties are likely to make further arguments about the loss calculation.  However, the parties respectfully submit that there is not a factual dispute between them.  Rather, the parties disagree about the manner in which the facts should be evaluated in calculating the Guidelines range, and whether the facts might justify a non-Guidelines sentence.  Therefore, the parties suggest that there is no need to reschedule the status hearing in order to resolve factual disputes.  Instead, the case simply can proceed to sentencing on February 23.

Of course, the parties do not mean to presume upon the Court's discretion in this matter.  If the Court believes that a status hearing is necessary, the parties are available on February 16 at 11:00 a.m.  The parties understand that this time is available on the Court's calendar.  The parties respectfully submit, however, that this hearing is not necessary.

WHEREFORE, the government submits this unopposed motion for new dates to file sentencing memoranda and to cancel the status hearing scheduled for February 1.


Respectfully submitted,

KENNETH L. WAINSTEIN
D.C. BAR NO. 451058
UNITED STATES ATTORNEY


_____
THOMAS E. ZENO
D.C. Bar No. 348623
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C. 20530
202-514-6957


## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing Government's Motion was served via electronic filing on this 11th day of January 2006 upon:


A. John Pappalardo, Esquire
Sanford M. Saunders, Jr., Esquire
Greenberg Traurig LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006


_____
THOMAS E. ZENO
Assistant United States Attorney


3