UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No.: 05-286 (EGS) |
| | : | |
| v. | : | |
| | : | |
| **STANLEY KREJCI,** | : | |
| | : | |
| Defendant. | : | |

ORDER

This matters comes before the Court upon the unopposed motion of the United States requesting new dates for filing sentencing memoranda and to cancel the status hearing.  For good cause shown and based upon the entire record in the case, it is this _____ day of January 2006,

ORDERED that the government's motion is GRANTED, and

IT IS FURTHER ORDERED that the new timetable for filing sentencing memoranda will be as follows: defendant Krejci's memorandum will be due on February 6, the government memorandum will be due on February 13, and defendant Krejci's reply will be due on February 20, 2006; and

IT IS FURTHER ORDERED that the status hearing schedule for February 1, 2006, is cancelled; and

IT IS FURTHER ORDERED that sentencing shall proceed as scheduled on February 23, 2006, at 11:00 a.m.

_____
EMMET G. SULLIVAN
United States District Judge

cc:

A. John Pappalardo, Esquire
Sanford M. Saunders, Jr., Esquire
Greenberg Traurig LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006

Thomas E. Zeno
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C. 20530