# STANLEY L. KREJCI SENTENCING LETTERS

| TAB | NAME | DATE |
|---|---|---|
| 1. | Ann Manson Adair | January 25, 2006 |
| 2. | Michael H. Adair | January 23, 2006 |
| 3. | James G. Aldige III | January 27, 2006 |
| 4. | Kathleen S. Anderson | January 16, 2006 |
| 5. | Kathryn K. Appler | January 14, 2006 |
| 6. | Betty R. Arbuckle CLI, ChFC | January 23, 2006 |
| 7. | John H. Ariail, Jr. | January 31, 2006 |
| 8. | William B. Armistead | January 11, 2006 |
| 9. | Anne A. Armstrong | January 24, 2006 |
| 10. | Arthur John Armstrong | January 13, 2006 |
| 11. | Joseph A. Artabane | January 31, 2006 |
| 12. | Allen A. Ashforth | January 20, 2006 |
| 13. | Harold Bardonille | January 10, 2006 |
| 14. | Alan F. Barnes | January 25, 2006 |
| 15. | Robert M. Bartenstein | January 27, 2006 |
| 16. | William Barton | January 18, 2006 |
| 17. | Annabel Bendz | January 23, 2006 |
| 18. | Jeff Boden | January 25, 2006 |
| 19. | John N. Boden | |
| 20. | William V. Brierre, Jr. | January 25, 2006 |
| 21. | Mrs. Harry L. Brock, Jr. | January 20, 2006 |
| 22. | Ken M. Brown | |
| 23. | Meredith R. Brown | January 30, 2006 |
| 24. | Sally Guy Brown | January 14, 2006 |
| 25. | Thomas C. Brown, Jr. | January 17, 2006 |
| 26. | Linda Bunce | January 28, 2006 |
| 27. | Marvin Bush | January 6, 2006 |
| 28. | David Canfield | January 16, 2006 |
| 29. | Mary Casey | January 28, 2006 |
| 30. | Clark Childers | January 26, 2006 |
| 31. | Donna and Rick Clausen | |
| 32. | Alice S. Close | January 4, 2006 |
| 33. | James M. Close, M.D. | January 4, 2006 |
| 34. | Sally S. Cohen | January 24, 2006 |
| 35. | Katharine P. Davis | January 25, 2006 |
| 36. | Carol P. Demery | January 20, 2006 |
| 37. | Thomas T. Demery | January 25, 2006 |
| 38. | Waller T. Dudley | January 26, 2006 |

| 39. | Edward E. Dyson | January 30, 2006 |
|---|---|---|
| 40. | Julia A. Dyson | January 30, 2006 |
| 41. | Herbert S. Ezrin | January 9, 2006 |
| 42. | Lewis R. Flax | January 18, 2006 |
| 43. | Carter D. Fleming | January 19, 2006 |
| 44. | Ardell Taylor Fleeson | January 28, 2006 |
| 45. | Bridget Fahy Flint | |
| 46. | James F. Flint | January 23, 2006 |
| 47. | William G. Fry | January 17, 2006 |
| 48. | Val P. Hawkins | January 30, 2006 |
| 49. | Eunice E. Henderson | January 17, 2006 |
| 50. | Caswell Owen Hobbs | January 22, 2006 |
| 51. | Charles R. Hooff III | January 16, 2006 |
| 52. | Captain H. Wyman Howard, Jr. USN (Ret.) | January 31, 2006 |
| 53. | Lindsay Hutter | January 18, 2006 |
| 54. | Anthony Jay, Jr. | January 11, 2006 |
| 55. | Wm. Braun Jones, III | January 25, 2006 |
| 56. | Richard Kamenitzer | January 9, 2006 |
| 57. | Craig R. Keith | January 26, 2006 |
| 58. | John A. C. Keith | January 30, 2006 |
| 59. | Sherley Osgood Keith | January 19, 2006 |
| 60. | Anne Kelly | January 26, 2006 |
| 61. | Richard I. Klein | January 28, 2006 |
| 62. | Dr. Amy Knight | January 18, 2006 |
| 63. | Malcolm D. Knight | January 18, 2006 |
| 64. | J. Richard Knop | January 27, 2006 |
| 65. | Andrew Krejci | January 17, 2006 |
| 66. | Shivram M. Krishnan | January 27, 2006 |
| 67. | Barbara Landers | January 25, 2006 |
| 68. | Bernie L. Lattner | January 24, 2006 |
| 69. | Hillary M. Lee | January 30, 2006 |
| 70. | Wayne M. Lee | January 30, 2006 |
| 71. | Elizabeth L. Lewis | January 29, 2006 |
| 72. | Michael J. Malesardi | January 9, 2006 |
| 73. | James McGuinness, Ph.D. | January 24, 2006 |
| 74. | Jean McGuinness | January 20, 2006 |
| 75. | Charles D. Mead, Jr. | January 26, 2006 |
| 76. | Elaine C. Melmed | January 18, 2006 |
| 77. | Dennis I. Meyer and Rita M. Meyer | January 25, 2006 |
| 78. | Ann Dozier Michael | January 10, 2006 |
| 79. | G. Revell Michael | January 12, 2006 |
| 80. | Mary Ann Millard | January 27, 2006 |
| 81. | Katherine L. Morrison | January 7, 2006 |
| 82. | Carlos A. Munoz | January 11, 2006 |
| 83. | Shuja Nawaz | January 10, 2006 |

| 84.  | John Nicholas                              | January 9, 2006  |
|------|--------------------------------------------|------------------|
| 85.  | Barbara Brent Nophlin                      |                  |
| 86.  | James T. Norman                            | January 18. 2006 |
| 87.  | Carol O'Connor                             |                  |
| 88.  | Charles P. O'Connor                        | January 23, 2006 |
| 89.  | Terrence M. O'Connor                       |                  |
| 90.  | Geoffrey V. Parker                         | January 17, 2006 |
| 91.  | Dale B. Peck                               | January 16, 2006 |
| 92.  | Nicholas S. Reynolds                       | January 31, 2006 |
| 93.  | Paul Rothenburg                            | January 23, 2006 |
| 94.  | James B. Singerling, CCM, CEC              | January 31, 2006 |
| 95.  | Charles Henry Smith                        | January 12, 2006 |
| 96.  | Carol V. Stackhouse                        |                  |
| 97.  | Peter K. Stackhouse                        |                  |
| 98.  | John A. Stehl                              | January 25, 2006 |
| 99.  | Timothy Sullivan                           | January 27, 2006 |
| 100. | H. Brian Thompson                          | January 25, 2006 |
| 101. | David A. Vaughan and Patricia Magee Vaughan| January 26, 2006 |
| 102. | Virginia B. Voght                          | January 22, 2006 |
| 103. | Janet J. von Sternbert, Ph.D.              |                  |
| 104. | Robert L. Whittle                          | January 16, 2006 |
| 105. | D. Anderson Williams                       | January 9, 2006  |
| 106. | Donnan C. Wintermute                       | January 24, 2006 |
| 107. | Joan Vogel                                 | January 28, 2006 |
| 108. | Nancy L. Ziegler                           | January 13, 2006 |

bos-fs1\182213v01