**Ann Manson Adair**
**98 Water St.**
**Stonington Ct. 06378**

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Ave, N.W.
Washington, D.C. 20001

          Jan 25, 2006  Ref: Case # 05-286

Dear Judge Sullivan,

  I am writing to you in support of my good friend, Stanley Krejci. I have known Stan and his family for 30 years. We met when I left New York City in 1975 and returned to my parents home in Alexandria (Belle Haven). I was going through a divorce at the time and had full responsibility for my 3 year old son, Davis. Stan and Gail lived right around the corner from my parents' home and had a daughter, Stacey, two days younger than my son. We became fast friends and for the next 9 years they saw me through the most difficult period of my life.

  In 1983 I married a wonderful man, Michael Adair, from Bedford, New York. Before we married, Stan "vetted" Michael by grilling him for several hours at a "boys lunch". He wanted to make sure Michael had good intentions and my best interest at heart. Thankfully, he did. Stan and Gail insisted upon giving a rehearsal dinner for 50 guests the night before our wedding. Stan did the Biblical readings at our marriage ceremony. That, in itself, must tell you how we feel about the man.

  After we were married, I moved with Michael to his home in Bedford, New York. As an only child, I was very close to my parents. Both of them were in their 80's and living in their own home a few blocks from Stan and Gail. I felt such terrible guilt leaving them, but Stan and Gail literally stepped up to the plate, and adopted them. They checked on them daily. Took them out for dinner regularly, drove them to community events and cared for them as if they were their very own parents. When I could not manage to come to Alexandria for Christmas, they invited them to their own house for dinner on Christmas Eve and Christmas Day. They also gave special dinner parties celebrating my parents 60th wedding anniversary and my mother's 80th birthday. Can you imagine someone in your life that would be that thoughtful? That sort of caring, concern and loyalty is rare indeed.

  When my mother died at 87 in 1999, Stan and Gail were on a well deserved vacation in France. They were so close to my parents that a neighbor called them with the sad news. What did they do? They flew home immediately to be there to help me. I planned the actual service and Stan did EVERYTHING ELSE. He helped me every step of the way, from the proper seating of family and friends of my parents to the menu for the reception following the service. Honestly, I just don't know what I would have done without him. My wonderful minister from St. Matthew's Church in Bedford, NY flew to Alexandria to conduct the service and, once again, our family felt strongly that Stan (and Gail) should do the Biblical readings.

    I am so very blessed to have Stan and Gail in my life. It is hard to mention one without the other as they are definitely an amazing "team". If one of their close friends, and there are many, is in trouble, I promise you they will be there AT ONCE to help out. I can recall a few of these specific situations over the last few years. They befriended a neighbor whose husband committed suicide, providing constant care and understanding. They were also there for another family in their neighborhood who lost a teenage son about the same time. Currently, we have a mutual friend who is dying of Lou Gerhig's disease. For the past year Stan has been visiting him every Tuesday afternoon without fail. I am sorry to recount so many tragedies, but I need you to understand the kind of loyalty and compassion this man possesses. Where many of us would shy away from a difficult situation, he steps up and helps.

    Stan is extremely remorseful for any pain he has caused in the case currently before you. I beg you, not to take him from his friends and family. It would be such a waste. This is a good and caring man who takes responsibility. He takes action on occasions when it would be far easier to "let somebody else do it." I could not ask for a more wonderful friend. He has been unbelievably loyal to me and proves it time after time by his actions, not just words.

    I do hope this helps give you some insight into what this man is all about. He has been and continues to be so important to me.

                                Sincerely,

                                Ann M. Adair

Michael H. Adair
98 Water St. Stonington CT 06378
Tel: (860) 535-9099
Jan 23, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Ave. NW
Washington, D.C. 20001

Dear Judge Sullivan,                    Ref: Case # 05-286

I am writing for a very close friend of our whole family, Stan Krejci. I first met Stan 24 years ago. Stan and his wife Gail were very close friends of my present wife, Ann Manson Adair from Alexandria VA. Both Ann and I had been divorced and the world did not appear particularly sunny at the time. Another friend introduced Ann to me at a New York Christmas party. Impractical though it was with me in New York and Ann in Alexandria, we fell in love. I had four kids living with me. Ann had one boy living with her. Both of us made several trips back and forth on weekends. On one of those trips to Virginia, I got a call out of the blue from Stan who asked me to lunch at a very fancy place where he was a member. I went.

Stan can be the warmest, most outgoing, wonderful person to be around on this planet. But not long into this lunch, I realized that the purpose of the meeting was to unzip my skin, find out what sort of a person I was, what my intentions were and to find out whether I was worthy of his friend, Ann – and the Manson family for that matter. He cared that much. It wasn't an easy lunch! I might not be saying this if I had not passed, but I loved him for it, and Stan, Gail, Ann AND I have been the best of friends ever since. This sort of "step up to the plate" and "do what has to be done" attitude is typical of him. He comes forward when there is a need, and has done so innumerable times which are shown by the charitable and leadership positions he has held from his clubs to his church to the symphony and other charitable and business organizations. When there is a call, he stands up. He stood up for Ann and the Manson's when he did not have to, and I will always be thankful for his ongoing support. People look to him, and he does not shrink from the task. If I got in some kind of trouble and had one call to make for help, Stan would be on that short list. He would come. Both of us know it.

I am a teacher who retired after years at a girl's school, Greenwich Academy. We retired to Stonington Connecticut, and the Krejci's have stayed with us many times. We will be staying with them in Alexandria next week. If it would help, I would be happy to meet you and talk more about Stan. I love the guy! He does positive things that make the world a better place. If he made a mistake, so be it. I have made some myself. What I do know for certain in my heart and mind, is that the motivation behind any mistake that Stan may have made was not with dishonorable intent. He just is not that kind of man. I will always be proud of him, and damn it, I know him better than most. Ann is writing a separate letter to you as well.

Sincerely,

Michael Adair

*James George Aldige III*
*515 Duke Street*
*Alexandria, Virginia 22314-3737*
*703-548-8001*

January 27, 2006

The Honorable Emmet G. Sullivan
United States District Court for the
District of Columbia
3rd & Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Sullivan:

I realize you and I have never met, but I am writing to you about a very important case (number 05-286) relating to the sentencing hearing of Mr. Stanley Krejci, whom is a good friend.

I have known Stan Krejci for over twenty years, primarily in a social capacity and through contacts in organizations I have been involved with Stan such as The Alexandria Rotary Club (for over 7 years), Belle Haven Country Club (for over 25 years), The Campagna Center (for over 5 years). Stan has been a tireless volunteer leader in many organizations like The Tower Club in Tyson's Corner, The Alexandria Symphony, and Belle Haven Country Club.

He has been respected and liked by so many of his peers and friends in business and his community activities.

Although I do not know all of the details of this case concerning Stan, I am asking for your leniency on Stan's behalf, because his personal life has touched so many, and his leadership and "can do" qualities have been superb. Thank you for your serious and kind consideration.

Sincerely,

James G. Aldige III

611 North Saint Asaph Street
Alexandria, Virginia 22314
January 16, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd Street & Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Sullivan:

I write with regard to Mr. Stanley L. Krejci, case number 05-286, in connection with his forthcoming sentencing hearing. I am certain that you are receiving letters from persons who have known Stan and his good works for many years. I am a newer friend and colleague of Stan, and have known him for a little less than three years, yet I am pleased to write this letter of genuine caring and concern on his behalf because of the positive impression he has made on me in this short time.

I came to know Stan through a professional connection when he joined the board of Goodwin House Incorporated, where I'm privileged to serve as President & CEO, a little over two years ago. Stan's name was enthusiastically put forth as a potential trustee by two members of our Board Governance Committee in 2003; I interviewed Stan for a position on our Board and learned from him of his long-standing interest as a fellow Episcopalian and community member in our work and mission.

Stan graciously and with tremendous enthusiasm accepted our invitation to service on the Board in 2004 and additionally accepted membership on our Board Marketing and Governance committees. He has been honest, participative, supportive, engaged, appropriately challenging and overall a great supporter and advancer of our work and mission. His community connections, professional expertise and keen sense of our needs have led him to suggest several talented new members for our Board, and his wisdom and expertise have helped us through several critically important projects.

Stan also has a deep understanding of the importance of shared fellowship opportunities for board and senior staff members, realizing that members who get to know each other outside of the board room will bring greater understanding and knowledge to their discourse in the board room. In September 2004, Stan and his wife Gail hosted our first ever informal get-together for board members, senior staff and spouses at the Krejci home in Belle Haven. The evening was an amazing gift of time, home and personal space, and a beautifully hosted occasion, and it was an important event for my board members and staff.

The Honorable Emmet G. Sullivan
January 16, 2006
Page Two


I am proud to know Stan; he has been personally supportive and encouraging to me as a newer member of the Northern Virginia community, as well as a great board member. He resigned as a Trustee last fall, not wanting his personal situation to create any impediment to our work or reputation, but he continues to provide us with encouragement and where appropriate, support. I hope that this letter will provide insight into his character and will be an affirmation of the energy, determination and many contributions he has made to improve the life of his community.

Sincerely,

*Kathleen S. Anderson*

Kathleen S. Anderson

January 14, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

**Case # 05-286**

Dear Judge Sullivan,

I am writing this letter to tell you a few things about Stanley Krejci, someone I have known since 1967.

First, I will state up front that I count Stan as one of my nearest and dearest friends. I am proud to say that. He has been my friend for much of my adult life and he has been there for me through the good and bad times. What I love about this man is that although he certainly enjoys fun and good parties, he supported me when I was far from a fun person, when funerals, not parties, dominated my life, when disruption and financial woes resulting from divorce made me far from anyone's idea of good company. Stan is a good person who goes out of his way to remember the lost souls and include them in his life.

Stan is one of those rare human beings who has an enormous capacity for living life to the fullest and who, by his mere presence, brings light and joy to whatever setting he is in. I have observed Stan in many settings, not just those one would normally associate with gatherings for friends. Regardless of who he interacts with - family, friends, business associates, club patrons, members of non-profit organizations, clergy, or waiters and other service personnel - Stan is outgoing, kind, generous, and most of all, caring and attentive to all of them. He is a big person with a huge heart.

Another attribute of Stan's that I have witnessed is his devotion to his wife and children. He is a loving, giving husband and father whose pride in his family is evident to all who know him. He has also been supportive of my own children and has served as a role model for them in showing how a marriage and family can stay intact in modern times.

I have known Stan for close to 39 years and, always, he has been an open and trustworthy person. He is not someone who harms people, not someone who intentionally does anything illegal or immoral. He has deeply-held values and he lives his life upholding those values.

Stan is not merely a good citizen; he is one who goes well beyond being just good. He is a workhorse in promoting worthy causes and community efforts. Many people give a few bucks to a cause, but few give themselves – their time and effort – to it. I admire the energy and enthusiasm Stan gives to his many organizational and charitable activities.

In my current position – Director, Program Management Office, Office of Device Evaluation, Food and Drug Administration – I have the opportunity to interact with many people, both within and outside of government. My previous roles in life included teacher, writer, and volunteer charity worker, all requiring interaction with many different types of people. My long life both here and abroad has given me exposure to even more people. What I am leading to is to say that Stan ranks among the best of the best of all the people I have met in terms of his contributions to society, and his value to his family, friends, and entire community. I know he is personally devastated by what has happened and he and his family are suffering enormously. I don't believe it is necessary to inflict more pain on these good people.

Sincerely,

*Kathryn K. Appler*
Kathryn K. Appler

# Washington Financial Group LLP

*Lifetime Strategies for Lifetime Clients*

Betty R. Arbuckle, CLU, ChFC, CLTC

January 23, 2006

Honorable Emmet G. Sullivan
United States District Court for District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Re:  Stan L. Krejci
     Case number 05-286

Dear Judge Sullivan:

I am writing to you because I have known San Krejci for many years, and I want you to be aware of the kind of person he is and the contribution he makes to the organizations he participates in. I met Stan through the Greater Washington Board of Trade over 15 years ago. He was active in the Board of Trade and contributed by participating on committees there. I have worked with him more recently through the Association for Corporate Growth, where we serve on the Board together and a committee that he chaired.

I have felt that he has the highest integrity as he deals with people. Sometimes he has had to make difficult decisions and he is always fair minded and honorable in his sensitivity to people. He is very careful to acknowledge people for their contributions and to give credit where credit is due.

In a business world that can be so superficial and competitive, I have found Stan to be sensitive and caring, making sure the people around him are taken care of. He speaks up when he detects an injustice or a flawed decision and can use wonderful humor to soften the edges.

I hope that his honorable intentions and personal atonement will be considered as you determine Stan's future.

Sincerely,

Betty Arbuckle

Betty R. Arbuckle CLU, ChFC

---

4520 East-West Highway, Suite 700, Bethesda, Maryland 20814   Direct: (301) 941-9152   Fax: (301) 656-4251
www.washfinancial.com
Bethesda, Maryland  Vienna, VA

Registered Representative of and securities investment advisory and financial planning services offered through MML Investors Services, Inc., (301) 657-7770. Washington Financial Group is not an affiliate or subsidiary of MML Investors Services, Inc.

# JOHN H. ARIAIL, JR.

2300 NINTH STREET SOUTH
ARLINGTON, VIRGINIA 22204

January 31, 2006

The Honorable Emmet G. Sullivan
United States District Court for
The District of Columbia
3rd and Constitution Avenue, NW
Washington, DC 20001

      Re: Stan Krejci
         #05-286

Dear Judge Sullivan:

  I don't know anything about this case except what I have read in the Washington Post and our local newspaper and what Stan has told me. However, I was a prosecutor for many years at the beginning of my legal career and leaned the hard way that it is a mistake to accept either a newspaper's or a defendant's version of the facts. My opinion that Stan should not be sent to prison relies strictly on his value to his wife, children and our community.

  No one has worked harder than Stan to support our Symphony Orchestra, St. Paul's Church and many, many other organizations. It is real proof of his value to our City that he continues to hold leadership positions in so many places despite his present problems.

  His affection for his wife and hers for him after more than 30 years of marriage is apparent to all who know them as is his love and support of his children. I know you read letters every day urging you to be lenient for this or that reason. I don't envy your decision but I can see no reason society would benefit from his additional humiliation and I can see real harm to his wife, children and to a lesser extent the organizations he serves.

         Sincerely,

         John H. Ariail, Jr.

JHA, JR./icv

WILLIAM B. ARMISTEAD 6800 AVENIDA MARBELLA
~~8016 VIA FIORI~~, SARASOTA, FLORIDA 34238

Honorable Emmet G. Sullivan
United States District Court
for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Sullivan:   Re: Case Number 05-286
                           Stanley S. Krejci

I have just recently learned of the case against my very dear friend of over forty years, Stan Krejci. We first met in the Summer of 1964 when Navy Midshipman Krejci reported to me aboard USS SAN MARCOS (LSD-25) where I was the Supply Officer. Stan worked directly for me that Summer and I became very favorably impressed with his maturity, his diverse knowledge and his skilled interpersonal relationships with both the enlisted men who reported to him and with the other officers in the wardroom.

I continued to follow Stan's progress after he was commissioned and became a

Supply Corp Officer himself. We became good friends and have remained so for all these years. Stan is one of the kindest and most unselfish human beings I have ever known. He is warm and caring and my wife and I love seeing Stan and his delightful wife and their two children as often as possible — at their home in Washington or at ours in Florida.

When I first heard of this hideous situation I could not believe it was the same Stan Krejci I have admired and respected for all these years. He is just too honest, too empathetic and too intelligent to ever do anything even questionable! He is a dedicated, generous, gentle and God-fearing man and I hope and pray you will take his heartfelt remorse and all his good and loving qualities into consideration at his sentencing hearing next month.

Thank you very much.

Sincerely,
William S. Armistead
United States Navy
(Retired)

January 11, 2006

**ARTHUR JOHN ARMSTRONG**
1364 BEVERLY ROAD
SUITE 300
MCLEAN, VIRGINIA 22101-3627

TELEPHONE
(703) 356-3100

FACSIMILE
(703) 356-3150

January 13, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Sullivan

<u>**Re: Case Number: 05-286: Stan Krejci**</u>

This letter is written on the behalf of my friend Stan Krejci. Please let me begin by introducing myself. My name is John Armstrong. I am a practicing attorney and a member of the Bars of the District of Columbia and the Commonwealth of Virginia. I am a retired naval officer. I served in the Executive Office of the President during the administrations of Presidents Carter and Reagan prior to entering private practice. Currently, my practice is focused on international transactions.

Mr. Krejci, please permit me to call him Stan, has been my friend for one and one-half decades. I have known him personally, socially, and in context of his public activities. I'm familiar with his family ties.

As Officer of the Court, judges have told me that they persistently look for "Why did it happen?" and "How can I be sure that it won't happen again?". Other than by word-of-mouth, I am not personally acquainted with the factual situation leading to Stan's guilty plea; but I feel confident in identifying the character facets and that will confirm his learning and growing to be a more appreciative and conforming member of society.

Stan is fundamentally a warm, caring and generous person. During the past 15 years, I have personally witnessed Stan's interactions with my family, my family's friends, Stan's own family, and the community at large. He has repeatedly, in my presence, been sought out for, and has given freely of sound counsel to those of us who have reached some life crosswalk, and need guidance as to which path to take. I have brought my own associates whom Stan does not know, and from whose acquaintance he could get no personal gain, to him for help. In this process, he has drawn on his own deep religious convictions, on the breath of his personal business experiences, and on

E-MAIL
armstron@bellatlantic.net

his abiding faith in family. I believe that Stan's reputation for honesty, integrity and wisdom are as important to him as they are to those who seek his guidance.

This case has devastated Stan. He has apologized to everyone that I know who knows him for any embarrassment or harm that association with a man who has pled guilty of criminal charge may cause them.

Stan's personal, family and professional life are based on integrity. I am personally convinced, beyond any doubt whatsoever, that Stan would never, *knowingly*, do harm to any living soul, and that in the future, he will take triple precautionary measures to ensure that he does not *unknowingly* breach any fiduciary duty.

I pray for leniency in this case. Stan has publicly and privately acknowledged his errors and is, and will continue to be, supersensitive to any actions that would engender a repeat. Incarceration would remove a vital life force, a man of great moral fiber, from this community.

Sincerely yours,

Arthur John Armstrong



*Federal Computer Week*
*E-Gov*
*FCW.com*
*Government CIO Summit*
*Federal 100*

January 24, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Consitituion Avenue, NW
Washington, D.C. 20001

**Re: Case number: 05-286 Stan Krejci**

Dear Judge Sullivan:

I am publisher of a media company, based in Virginia, which covers the federal government and information technology. I am writing on behalf of Stan Krejci, whom I have known both personally and professionally for nearly two decades.

Stan is a respected member of our community. His commitment to the growth of the community has been demonstrated through his extensive charity work and in his church work. As an executive recruiter, he has touched and guided many people in our business with pro bono career advice and counseling.

As chairman of the Advisory Board of Governors of The Tower Club, he has presided over the operations of a large club for professional men and women. In that capacity, he has served for eight years as a point person for the growing technology community in Northern Virginia.

He is a compassionate and honorable man. In all our years of acquaintance, I have never heard of any impropriety or questionable act. Society would gain nothing from further punishment of Stan Krejci. He has personally made restitution of the funds in question. He has suffered public humiliation in the local business press. He has resigned from positions of leadership rather than taint any group by association.

I ask for leniency in his sentencing. He is not a threat to any group or organization, and I believe society would benefit most by allowing him to rebuild his life .


Sincerely,

*[signature]*

Anne A. Armstrong
Publisher and Business Unit Leader

LAW OFFICES
## ARTABANE & BELDEN, P.C.
Attorneys and Counselors at Law
818 18th Street, NW
Suite 410
Washington, DC 20006-3523

Telephone: 202-861-0070
Facsimile: 202-861-2939
www.lawyers.com/artabane&belden

JOSEPH A. ARTABANE

January 31, 2006

Honorable Emmet G. Sullivan
United States District Court for
  the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, DC 20001

          *Re: U.S.U. Krejci, No. 05-286*

Dear Judge Sullivan:

    I write in my capacity as the President of Belle Haven Country Club. Stan Krejci is a former President of the Belle Haven Country Club, a former member of its Board of Directors and an active member of its House Committee. I have worked with Stan Krejci on various Belle Haven Committees for over a decade. Stan Krejci also headed the Committees that organized our last two anniversary celebrations – the most recent of which was in October 2005 to open our new clubhouse and consisted of over four hundred members.

    Stan Krejci has devoted countless hours to the service of his fellow members. He has taken on some of the most difficult tasks and performed them with distinction. He helped formulate the Vision and Mission Statement, the dress codes and the staff training and appearance and freely lent his expertise for the betterment of his fellow members.

    Stan's record of service to the over one thousand families of the Belle Haven Country Club is unparalleled in my time at the Club. I rely on Stan's knowledge of service standards gained by his leadership of the Tower Club, a Club Corp. establishment of which I am also a member. Stan also led the Alexandria Symphony Orchestra Band, of which I am a recent member.

Honorable Emmet G. Sullivan
January 31, 2006
Page 2/2

    It is difficult to imagine Belle Haven House Committee Meetings without Stan's presence. His efforts have educated me in my present position as the Officer who oversees the management of a 280 person staff, an eight million dollar operating budget and a thirty million dollar refurbishment of a golf course, athletic facility and clubhouse used by over a thousand families. Stan always attended meetings and continually volunteered to serve his fellow members.

    The Belle Haven Country Club membership as it reflects the Alexandria Community will be greatly diminished if deprived of Stan's service. As a thirty-one year member of the Bar of your court, I know your reputation for thoroughness and fairness in reviewing and formulation sentencing recommendations. I am confident your review of Mr. Krejci will substantiate my comments on his value to his community

    Thank you for your time in reviewing my comments, which I offer for consideration at your sentencing of Mr. Krejci.

                                                  Sincerely,

                                                Joseph A. Artabane, President
                                              Belle Haven Country Club

Allen A. Ashforth
13663 Kew Garden Court
Chantilly, Virginia, 20151
January 20, 2006

Honorable Emmet G. Sullivan
United States District Court
For the District of Columbia
3rd and Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Sullivan,

I am writing on behalf of Mr. Stan Krejci, in connection with his forthcoming sentencing hearing in case number 05-286.

I have worked with Mr. Krejci for two and a half years, at the McCormick Group, an executive recruiting firm, located in Arlington, Virginia, where Mr. Krejci is a Managing Consultant. During this time I have had the pleasure of working with Stan on several important staffing assignments.

To successfully accomplish an executive recruiting assignment, there are two things that must be done. The first thing the consultant must do is to gain the confidence and trust of the client, who has the staffing need, that you can indeed identify, and deliver the right candidate. The proof of the client's confidence in the consultant is their commitment to pay a fee, sometimes up front, for the promise of service.

The second thing that the consultant must do is to gain the confidence and trust of the candidate they have identified as having the skills that the client needs. They must then work with the candidate and help them see that the new position offers them a better career opportunity. The proof of the candidate's confidence in the consultant is when they agree to leave the safety and security of their known job, for the unknown of a new position.

Neither piece of this transaction will work, for the client, or the candidate without the key ingredience of trust, respect, sincerity, honesty, reputation, integrity, and character. I have seen Stan demonstrate and teach these traits daily during the course of his work.

Stan is a well-respected member of the Washington area business community, is very active in many community volunteer organizations, and is also very active in his church. Throughout all his dealings, Stan has maintained the highest level of ethics.

I would hope that you would remember these demonstrated traits when considering the consequences of his upcoming sentencing, and also remember that Stan is a man of strong faith who made a mistake.

I ask you to find compassion in your heart for Stan, and to not separate him from his family, friends, and the community, which he has served so faithfully over the years.

Sincerely,

Allen A. Ashforth