# Harold Bardonille

January 10, 2006

RE: Case Number 5-286

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, NW
Washington, DC 20001

Dear Judge Sullivan:

I am writing this letter to request leniency for Stanley L. Krejci when he appears for sentencing in the above referenced case.

I first met Mr. Krejci three years ago in his professional capacity with the McCormick Group, an executive search firm, when as Chair of the Board of Trustees I led the effort to find a Head of School for Paul Public Charter School. Mr. Krejci's firm was selected mainly because of Mr. Krejci's display of competence, wit, warmth and insightful understanding of the mission and objectives of our school and the qualities we wanted in a Head of School. Early in the relationship we came to realize that we were much more than a client to Mr. Krejci, we had become a cause. It took almost a full year before we found and hired the person who in the ensuing two years has proven to be the perfect fit for the job. During that year of searching, I worked very closely with Mr. Krejci evaluating several very highly qualified candidates and in the process learned a lot about Mr. Krejci and came to regard him as a dear friend.

Mr. Krejci became so attached and involved in the school that after fulfilling his business relationship he sought membership on the board of trustees and has worked hard ever since to advance the objectives of the school. Mr. Krejci, who is known and referred to by all of us as "Stan," had an immediate and continuing influence on the board of trustees, both in our role as fiduciaries and as individuals. I would often embarrass him by privately mentioning to him how I admired his remarkable skill in navigating the idiosyncracies of a racially, professionally and ideologically diverse school community . He is ever the unifier, the optimist, the can-do, lets find a way force on the board of trustees. Even in this time of personal tragedy, Mr. Krejci continues to serve the school with the same grace and enthusiasm except that he has moved into the background to avoid opprobrium for the school.

I am not one to condone wrongdoing and dishonesty and would not be writing this letter if I thought for one minute that Mr. Krejci had engaged in deliberate wrongdoing. The Stan Krejci I

---

Judge Emmet G. Sullivan, page 2

know is a gentle, ethical person who is strenuously trying to correct a devastating situation. Mr. Krejci is not only contrite and mortified by his conviction, he is actively seeking to correct the situation for everyone who may have been harmed, directly or indirectly. He has imposed penance upon himself by channeling his humility and redoubling his community service activities. He has individually apologized to each and every member of the Paul Public Charter School Board of Trustees and executive leadership and has asked and received their forgiveness for any embarrassment or discomfort he may have caused. He has stepped down from his position as Treasurer, but remains a loyal and tireless member of the board of trustees and continues to serve the school with his talents, energy and enthusiasm.

Apart from liking him because he is friendly, open, honest and dependable, my friendship with Mr. Krejci blossomed because we shared a vision for educational excellence. We embraced the idea that academic achievement is not the exclusive province of the privileged, but rather available to all who would seek its embrace, teachers and students alike. I cannot give Mr. Krejci enough credit for pursuing the same rigor, resources, advantages, recognition and objectives for a public charter school attended by multi-lingual students of modest to meager means as he did for a prestigious private school in Virginia. We believed in the vision and together we tried to make it manifest. Owing to that vision and lots of hard work from the entire school community, student achievement at Paul Public Charter School is on an upward trajectory.

No one will benefit from Stan Krejci going to prison, but a lot of people will lose the contributions he has pledged to continue. So I appeal to your good offices for mercy and leniency in sentencing Mr. Krejci.

Thank you for any consideration you might give to this appeal.

Sincerely,

Harold Bardonille
Attorney at Law

Alan F. Barnes
3909 Terry Place
Alexandria, Va. 22314

January 25, 2006

Honorable Emmet G. Sullivan,
United States District Court for the District of Columbia
3rd and Constitution Avenue
N.W., Washington, D.C. 20001

Dear Judge Sullivan:

I am writing to you about Stanley L. Krejci, with regards to case number 05-286. As part of his military service, Mr. Krejci served his country as a Commander in the U.S. Navy Supply Corps in Vietnam during the years 1971 and 1972. He was attached primarily to the Naval Support Activity in Saigon, which later became a part of Naval Forces Vietnam.

In my capacity as Chief of Staff, I worked closely with Mr. Krejci and observed his performance of duty to be exemplary in all respects. He displayed a high standard of conduct and showed outstanding personal attibutes and courage during a time of significant turmoil in South Vietnam - the period when U.S. forces were beginning to draw down in strength. In addition, Mr. Krejci provided valuable support to U.S. Navy installations and operations during the large-scale invasion by the North Vietnamese in the spring of 1972. During this time, his work required numerous trips throughout threatened regions in South Vietnam for logistic support of bases as well as advisory matters with his Vietnamese counterparts.

My wife and I - longtime residents of the City of Alexandria - became close friends with Stan and his wonderful wife, Gail, following our tours of duty together. In addition to having a great number of friends, they are well known for their services to the community.

Mr. Krejci served his country well and faithfully in the military. I believe that his record of service and personal attributes are deserving of the highest degree of consideration.

Sincerely,

*Alan F. Barnes*
Alan F. Barnes
Captain, U.S. Navy (Retired)

January 27, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Sullivan,

I am writing to you on behalf of a very special individual and friend, Stan Krejci. Stan has been a friend and neighbor to our family for roughly 20 years. The news of Stan's guilty plea startled us, on the whole however, we think this sort of taking of responsibility is a hallmark of Stan's good character as we know it.

In the time we have known him, Stan has always been more than a community leader, he has been THE community leader. Stepping in and stepping up when local charities (like the Alexandria Symphony) fall on hard times or need a strong individual to demonstrate the sort of leadership necessary to achieve their missions.

I watched Stan pull the Symphony back from fiscal ruin by sheer power of will, organizing local residents and raising funds in so many different ways they are impossible to count. The result is a program that touches 45,000 children every year. I have witnessed similar commitment to Alexandria's children through his activities at the Campagna Center, helping disadvantaged children by organizing business leaders to support the Center and its Head Start programs all over Alexandria.

In addition to these more public roles, I know Stan be the father to two fantastic kids in Drew and Stacey and a great husband to Gail. His family's mutual assertions over the years lead me to believe I have characterized his role as father and husband accurately.

I have always believed that unseen and unclaimed actions are as important an indicator of character as the headline making ones. To that point, Stan's unseen actions speak volumes. As an example, Stan maintains our community's flag pole and its garden. By placing birth and death announcements of current and past residents Stan plays a key role in binding successive generations of residents together in a shared history of our neighborhood. I mention this last role not because it couldn't be done without him, but because to my knowledge no one has ever asked him to do it, nor does he claim any credit for it. It is just another example of his unselfish service.

Stan's remorse for what has happened is obvious to all of us. I believe that his public profile has added to the pain he and his family have felt through this ordeal. In light of his efforts at restitution and his plea I hope that you will find a way to treat this case as the isolated incident it is, a mistake by a man of otherwise unquestioned integrity and value to his community. I believe this will remain a single incident and in an otherwise unblemished record of selfless service to his country and community and ask that you treat it as such, taking into account all that Stan has done for all of us.

Sincerely,

Robert M, Bartenstein  6038 Fort Hunt Road  Alexandria, Virginia 22307  703-960-0027

# WILLIAM B. BARTON

January 18, 2006

The Honorable Emmet G. Sullivan
United States District Court, District of Columbia
3rd & Constitution Ave., N.W.
Washington, D.C. 20001

        Re: Case No. 05-286
        Stanley Krejci

Dear Judge Sullivan;

  I am writing you on behalf of Stanley Krejci who is currently before the Court for sentencing. I have known Mr. Krejci for many years starting with our service together on the Tower Club Board of Governors in the 1990s when he was Chairman and thereafter I worked with him for several years continuing until his resignation in December, 2005 on the Association for Corporate Growth (ACG) Board of Directors. We served (and both chaired in successive terms) the same committee, Membership, and worked closely together during this time. In both these cases, these are volunteer positions and individuals serve without compensation.

  During my association with Mr. Krejci, spanning many years, I have always found him to be an extremely devoted, hard working and creative individual who is a valuable asset to the organizations and members he serves. During my association with him at ACG, and while he chaired the Membership Committee, he was largely responsible for growing the membership to new levels through a thoughtful and disciplined approach, reaching out to business leaders and understanding their objectives. Mr. Krejci does this in a pleasant, cooperative manner and is inclusive rather than exclusive. He has a wonderful sense of humor and keeps other members engaged and enthusiastic.

  During my friendship and service with Mr. Krejci I have never witnessed anything close to what I would call an ethical or legal lapse in behavior or judgment. On the contrary, he has always been very careful about any rules or procedures that may apply. For example, at his suggestion ACG established and he chaired a special sub-committee to establish rules and procedures for ACG to make charitable contributions instead of making such

decisions one at a time on an ad hoc basis without sufficient preparation and thoughtful consideration. He has always been sensitive to and aware of the need for full and open discussion of any issues and the opportunity for members to be notified in advance of any important discussions or votes so they can be prepared.

In his capacity as an executive recruiter, Mr. Krejci also serves as something of a mentor to young professionals beginning their careers or mid level executives who may be changing career paths. He is generous with his time in this regard and willingly meets with those who ask.. He has also assisted senior executives who have experienced an unexpected severance or termination and gives them professional counsel on paths that may be open for moving forward. Anyone who has been in this position truly appreciates this type of sympathetic counsel with concrete suggestions.

I write this with the intent that it will provide some additional insight into Mr. Krejci's character. I am aware that he has pleaded guilty to certain wrongful activity and all I can say is that those actions are completely out of the character for the man I have served with over the years. If you have any questions, please let me know. Thank you for allowing me the opportunity to provide this letter.

Sincerely

William Barton
6131 Long Meadow Road
McLean, VA 22101
(703) 448-1810 Ext 12 day

# ACG National Capital

January 23, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Sullivan,

This letter is in support of our friend and colleague, Mr. Stan Krejci, case number 05-286. Stan has been an active member in good standing of the Association for Corporate Growth (ACG) since 1992. ACG is a non profit business organization with a membership in the D.C. area of over 350 senior-level executives. From 2003 to 2005 Stan was an active Director on our Board, an elected position, and until recently was President Elect for the 2006-2007 term. This, in itself, testifies to the high regard our membership has for Stan and his unique ability for service and leadership.

In addition, Stan chaired our most active committee, Membership, for two years when we attained our most significant increase in corporate executives. Since spring 2005 he remains active on two key committees, Sponsorship and Scholarship. These positions involve fostering relationships and outreach in the regional community, both business and academic. Stan solicits and secures multiple levels of sponsors. As a non profit entity we rely heavily on our sponsors for their financial support. Stan initiated our scholarship program which is specifically oriented to developing the future business leaders of our community. He acts a liaison directly with local business schools to coordinate thousands of dollars worth of awards annually. Stan's contributions on these committees have been and continue to be critical to their success.

Stan is very well liked and respected by his professional peers. His opinion is often sought to mediate or bring clarity to a situation. He has never abused this trust vested in him nor has he ever taken advantage of a situation as member holding positions of authority in ACG. This business community benefits greatly by his volunteerism and leadership.

Sincerely,

Annabel Bendz and Katie Newland
Chapter Administrators
ACG National Capital
1934 Old Gallows Road, Suite 400
Vienna, VA  22182

**ABC Radio** 

Jeff Boden
President and General Manager
(202) 895-2420
jeff.k.boden@abc.com

January 25, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Sullivan,

I am writing on behalf of Stan Krejci and case number: 05-286. Having known Stan for forty-seven years, I am proud to write on his behalf.

Stan is my uncle. But more than that, he is a very important person in my life. I admire Stan as a great family man, hard-working business executive, and selfless civic leader. As long as I have known him, he has always put others first. Stan is a rare individual who never utters an unkind word about anyone and vice-versa.

From my earliest days I recall Stan's strong relationship with his parents, siblings, nieces and nephews. As his only relative living in the area, he has been actively involved in my life for the past 28 years. When I arrived in Washington, DC in 1977 to attend American University, I took great comfort in knowing Stan was "just across the river" if I needed anything. He always included me in family gatherings and subsequently has extended that same reception to my wife and two children. He has never missed one of our children's birthday celebrations; in fact, the kids don't care what kind of celebration we are having for them as long as Stan and Gail will be there. He has been present at every important event in my life here from attending my wedding to the christening of my children. He truly understands the importance of family and works diligently to preserve and maintain these traditions for future generations.

Stan has been a tremendous resource for me professionally. Upon my entry into the business world, Stan has provided sound career advice and guidance. Advice which I have sought and valued. When friends call for advice, I have often referred them to Stan, who happily takes their calls. Spending the past 23 years in the local broadcast industry has taught me that all strong

relationships are based on honesty, trust, and integrity--traits that Stan has clearly demonstrated over the years as a beloved community volunteer and business leader.

As a working parent of two boys ages 9 and 13, a hockey coach, the President and General Manager of WJZW-FM and WRQX-FM radio, and the Vice-Chair of the Board of Trustees for the National Capitol Chapter of the National Multiple Sclerosis Society, my time is extremely limited. I have always marveled at how Stan could also be a father of two, a busy executive, and a member of not one board, but multiple business and community board's simultaneously. As I have come to learn from our increased involvement in the Alexandria area, Stan is highly respected and admired for his selfless community service. To my recollection, he is or has been involved with: The Alexandria Symphony, The Canadian-American Business Council, The Rotary Club, The Godwin House, The Paul Public Charter School, The Campagna Center, Northern Virginia Community College, St. Paul's Episcopal Church, and St. Stephen's St. Agnes School. As long as I can remember Stan has always volunteered to help organizations outside of his work and family commitments. Stan has redefined the phrase "If you want something done, give it to a busy person" to "If you want something done, give it to Stan Krejci." The Alexandria community is a better place because of his untiring commitment.

Last year was the first time in over ten years that we stayed in town for both Thanksgiving and Christmas. We had the pleasure of spending both of these wonderful family events at the Krejci home. Four generations were represented at the table. In addition to immediate family, there were several close friends of Stan's at the table. Friends without immediate family in the area that would otherwise have been at home alone. Stan is a person who goes out of his way to ensure no one is left out and always feels welcomed. Family and friends are truly treasured and cherished by Stan.

Stan informed me about this case with great remorse. After all the years of giving to others, now is the time for the community to support him. Our family, his friends, and the countless recipients of his generous philanthropy would stand to lose without Stan's continued involvement.

Thank you for the opportunity to share my thoughts.

Sincerely,

Jeff Boden

Cc:   Mr. Sandford M. Saunders

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, DC 20001


Dear Judge Sullivan,

I am writing to you on behalf of Stan Krejci and case #05-286.

Stan Krejci has been my brother-in-law for over fifty years, so I know Stan about as well as anyone, outside of his immediate family. This I can tell you:

- He and his wife Gail have raised two wonderful children; A daughter Stacey who works in Washington for McKinsey and Company, and a son Drew who is in advertising in Denver.

- But there's something even more important to me and that's the relationship Stan and his family have developed with my son, his wife, and my two grandchildren who reside in the District. They have become part of Stan's family and that means a great deal to me, living 600 miles away.

- In all the years I've known Stan I've never heard anyone give anything but positive comments on Stan's business acumen. One thing I can say, for sure, Stan is not a "corner cutter."

- No one I know gives more back to his community than Stan. He is, and has been on more boards than I can count. Stan is the ultimate 'giver' of time and money to make Washington a better place.

So, Judge Sullivan, what you have before you in Stan Krejci, is a wonderful father and husband, and honest and hardworking business executive, and a real 'giver' back to the community.

I'm proud to have Stan as my brother-in-law.

Besides being Stan's brother-in-law, I was President of Blair Radio, a division of John Blair and Company, New York. I'm currently retired but do serve on the Board of Trustees of the National Multiple Sclerosis Society—Greater Illinois branch. Thank you very much for your consideration.

Sincerely,

John N. Boden



January 25, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N. W.
Washington, DC 20001

<u>Subj.: Case No. 05-286</u>

Dear Judge Sullivan:

    I am writing as a personal friend of Mr. Stan Krejci. I have known Stan for about twenty-five years and have nothing but the highest regard for him. We have many mutual friends and have served on some of the same boards. He is a pillar in the community of Alexandria, serving with distinction on a number of boards of charitable organizations and usually becoming the chair of those boards before his term expires. He is almost compulsive in his willingness to serve the community as an active contributing member. He is unselfish in his desire to "give back."

    I cannot believe that there were anything but good intentions in his effort to keep his employer's company afloat, and he experienced no material gain from the transactions, I can assure you. I hope you will keep these things in mind at the hearing in February.

                          Sincerely,

                          William V. Brierre, Jr.
                          Vice President, Government Relations

January 20, 2006

The Honorable Emmet D. Sullivan
United States District Court for the District
   of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Sullivan,

I am writing concerning case number 05-286 on the behalf of Stanley L. Krejci. I have known Stan for approximately twenty-five years and was surprised and saddened by the events that transpired to bring this case before you.

My husband and I thought so highly of him that twenty-two years ago we asked him to be our son's Godfather. He has been a wonderful friend and mentor to our son, Geoffrey, especially upon the death of my husband five years ago. At that time he stepped in and was an important mentor and friend to my grieving seventeen year old son. He helped him, supported him and guided him. He was there for him then, and still is now.

I have served on two community boards with Mr. Krejci: The Campagna Center (a charitable organization which helps & supports programs for underprivileged children, teens and "seniors" in our community) and the Alexandria Symphony. He has served as Chairman of both boards with enthusiasm and distinction - not in a titular capacity, but truly working tirelessly to improve the organizations and their purposes.

He is also an <u>active</u> member of my congregation,

St. Paul's Episcopal Church in Alexandria, Virginia. He does not just come to Sunday morning services, but actively serves in many ways. At present he is an active member of the Capital Campaign Committee, serves as both Lector and Chalicest and in the past has served on the Vestry and in many other capacities.

He and his wife are my valuable friends and assets to our lives and to our community.

I am sure his is sorry for his unwise decisions and has suffered terribly, as has his family, from the widespread publicity that has resulted from these actions.

Please consider all the good he has done for one grieving young boy, his family, friends, church and community when sentencing him. As I understand it he has made total financial reparations and, I believe, has hurt himself more than anyone else.

Sincerely,
Mrs. Harry L. Brock, Jr.
(Suzanne S. Brock)
314 South Saint Asaph St.
Alexandria, Virginia
22314

Ken M. Brown
2302 Cheshire Lane
Alexandria, VA 22307

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
Third and Constitution Avenue, N.W.
Washington D. C. 20001

Case Number 05-286

Dear Judge Sullivan:

I have known Stanley Krecji, his wife Gail and their two children, Stacy and Drew for approximately 30 years. We have been neighbors and close friends for that entire period. As you may know, Stan has been one of the most ardent supporters of community charities and functions to benefit both the needy and the arts for many years. Stan's generosity is much more the giving of his time and tireless efforts than the donation of money to good causes. To my knowledge, Stan does not have a lot of money to give away. Stan's wife, Gail works out of necessity and their lifestyle is not extravagant. Stan has been an ardent community supporter because he has a very strong desire to help people in need and he has been very effective in doing so over many years.

During the time I have known Stan Krecji, I have always found him to be honest, sincere and completely reliable. He has gone out of his way on countless occasions to help young people looking for jobs and given them his best counsel and advice. Anyone who asks Stan for his time or help can count on Stan to be there for them. He has a host of loyal friends who appreciate his warm friendship and giving attitude and I am certain that you will hear from most of them on Stan's behalf. I would urge you to carefully weigh the enormous good that Stan has done over most of his life as you consider an appropriate sentence in this matter.

Sincerely,

Ken M. Brown

*Meredith R. Brown*
*2302 Cheshire Lane*
*Alexandria, VA 22307*

January 30, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
Third and Constitution Avenue, N.W.
Washington D. C. 20001

Case Number 05-286

Dear Judge Sullivan

I am writing this letter on behalf of Stan Krejci. My husband, Ken and I have been good friends of the Krejcis for nearly thirty years. Our children attended nursery school together and when they were older they went to Youth Group together. Gail and I have been members of the same Bible Studies and prayer groups. We have taken care of each others' children and have been to each others homes for many meals and parties. We have celebrated birthdays, weddings of our children, parties for our children and many other events through these many years. We consider the Krejcis very dear friends.

Stan has always been an upstanding citizen, going out of his way to be a major part of the community. No one I know has done more in our community than Stan. There is hardly a person around that does not know Stan and most of them have been in his home for a wonderful dinner. Stan loves people and makes it his business to always make people feel loved and welcomed by him wherever he is. He and Gail have always been there to support many people through heartbreaking situations. They are very caring, attentive people and have truly made a difference in many lives.

If you needed help with anything, Stan would be there for you giving his time and energy and expertise. He is very gifted and energetic and is blessed with a very upbeat attitude even when he is going through a hard time. He has always been extremely open and honest and more than happy to share his own struggles and very delighted when people give him advice and offer their prayers.

The Krejcis' have raised their to be children to be delightful and responsible young adults and they are a very close family. This has been very difficult for all of them. I pray that you will see what a good man this is and have mercy on him.

Sincerely,

Meredith R. Brown

McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215
Phone: 703.712.5000
Fax: 703.712.5050
www.mcguirewoods.com

Thomas C. Brown, Jr.
Direct: 703.712.5393

tbrown@mcguirewoods.com

# McGuireWoods

January 17, 2006

Hon. Emmet G. Sullivan
United States District Court
District of Columbia
3rd and Constitution Avenue, NW
Washington, DC 20001

      Re:    Stanley Krejci
             Case No. 05-286

Dear Judge Sullivan:

    My wife and I have known Stan Krejci and his family well for some thirty years.

    If the City of Alexandria ever had a vote for "Most Valuable Player", Stan Krejci would be on everyone's short list for that award.

    Sadly, this pending case has required Stan to resign from leadership positions in several civic and business organizations that have depended on his leadership. Very frankly, those resignations have already severely punished Stan and the community he has served so faithfully and I hope the Court will take due notice of that fact in its sentencing.

                      Respectfully yours,

                      Thomas C. Brown, Jr.

TCB/alc
cc: Stan Krejci

Active\3486602.1

MRS THOMAS C BROWN JR
921 North Quaker Lane
Alexandria, Virginia 22302

January 14, 2006

Honorable Emmet G. Sullivan
United States District Court
For the District of Columbia
3rd and Constitution Avenue, NW
Washington, D. C. 20001

Dear Judge Sullivan:

I am writing on behalf of our friend, Stan Krejci (case number 05-286).

My husband, Tom, and I have known Stan and his wife Gail and their two children for about 30 years. We have attended the same churches and our children attended the same schools as theirs. I have served on several volunteer civic boards with Stan. The latest was the Alexandria Symphony Board, of which he was President.

Stan is a real "people person". He knows how to get people involved for good causes throughout the city and is widely loved. His nickname is "The Mayor" because of the multitude of local causes he espouses. He makes working with him a lot of fun by getting people together to feast, laugh, share ideas, and give their talents to better the city. He is just a great and honest guy.

We hope that you will be lenient in your judgment of our good friend, Stan.

Sincerely,

Sally Guy Brown

LINDA F. BUNCE
2217 WINDSOR ROAD
ALEXANDRIA, VIRGINIA 22307

January 28, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Case number 05-286

Dear Judge Sullivan,

It has been a privilege to serve on the Board of Trustees of the Alexandria Symphony Orchestra with Stan Krejci the past four and a half years. He has brought great energy and enthusiasm to his work on the Board, and during his time as President, demonstrated the leadership qualities that moved the Symphony forward.

Stan's work for the Symphony is only one of the many projects with which he's involved in the community. He has given unstintingly of his time and effort and has benefited all of us in Alexandria.

It is my sincere hope that you will take Stan's devotion to serving the community and helping others who are less fortunate into account.

Sincerely,

*Linda Bunce*

Linda Bunce

RE: CASE 05-286                                            1/6/06

## Marvin P. Bush

Dear Judge Sullivan:

I am writing to you as a neighbor and friend of Stan Krejci. I have known Stan and his family for close to 15 years and consider him to be amongst the most significant contributors to our Alexandria community. His contribution is driven by his thoughtful and selfless personality as well as by his natural inclination to make his community stronger in every way.

When my father spoke of "1,000 points of light" he was referring to the legions of Americans who give of themselves to bring light into other peoples lives. To me, he had people like Stan in mind.

Stan would never do anything that would intentionally hurt others. He is too decent a man for that kind of behavior.

Thank you for your consideration of this letter. I can be reached at 763-905-9002.

Sincerely,
Marvin Bush