# DAVID C. CANFIELD

219 North Royal Street                                              January 16, 2006
Alexandria, Virginia 22314


Hon. Emmet G. Sullivan
United States District Court
for the District of Columbia
3rd & Constitution Avenue, N.W.
Washington, D.C. 20001


Dear Judge Sullivan:

    I write to offer insights from my perspective on Stan Krejci's character for your consideration in his sentencing. I have been a attorney in private practice for 30 years, but my personal acquaintance with Stan stems from my service as board chair for the Trustees of Goodwin House, a nonprofit senior living provider that houses over 800 residents in two communities. I do not write in an official capacity on behalf of that organization, however; it is simply the venue in which I have become familiar with Stan, who became a Trustee two years ago.

    Stan has participated cheerfully and energetically in those aspects of Trustee service in which he became involved. He has given generously of his time, and actively undertook to build personal relationships among the Trustees, and between them and Goodwin House management. Although he appropriately resigned as a Trustee last fall in light of his situation, he sought to continue in a committee role with marketing oversight, and does so with enthusiasm.

    Stan has long been known in the northern Virginia community for his selflessness and desire to contribute to its well-being. In my working with him, I found his reputation deserved. He has been forthright in communicating to me the circumstances that now bring him before you, acknowledging his errors in judgment. I am firmly convinced that Stan did not seek any personal gain or to do deliberate harm - that would be totally out of character for the person I have known.

    I hope these thoughts are of assistance to you in assessing an appropriate measure of consequences for Stan's actions. Thank you for giving them your attention.

                                                 Sincerely,

                                               [signature]

Honorable Emmet G. Sullivan
U.S. District Court for the District of Columbia
3rd and Constitution Ave. NW
Washington, D.C. 20001

Re: case 05-286

January 28, 2006

Dear Judge Sullivan,

   I have known Stan Krejci for 32 years. I met him when he and his family moved into our neighborhood. Our daughters were in play group together. We lived next door to the Krejci's from 1979 to 1986. Our daughters and sons were best friends.

   Stan was always a kind and respectful neighbor, friend and parent. His children love him and frequently turn to him for advice and counsel. I always felt that he was there if I needed him, too.

   His open heart and kindness are evident in the many philanthropic activities in which he has taken part over the years. He took his immigrant father's advice to heart. He taught him how important it is to give back to the community. Stan does this quietly without "tooting his own horn".

   If he is involved in wrong doing, I truly believe him when he says there was no ill intent. Stan he would not purposefully do something wrong. He made a mistake.
   Please consider that he is a good man, friend, father, and an asset to our community.

Sincerely,

*Mary Casey*
Mary Casey
5904 Mount Eagle Dr.
Alexandria, VA 22303



**Cherry, Bekaert & Holland, L.L.P.**
The Firm of Choice.

www.cbh.com

1934 Old Gallows Road – Fourth Floor
Vienna, Virginia 22182
phone 703.506.4440
fax 703.506.8817

January 26, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, NW
Washington, DC 20001

Re: Case number 05-286

Dear Judge Sullivan:

I am writing this letter on behalf of Stanley Krejci, whom I have known for almost 10 years. I first met Stan when he was Chairman of The Tower Club in Tysons Corner. Stan has been very instrumental in making The Tower Club the premiere business club in Northern Virginia. His passion for the Club has made it the place to do business and make contacts.

I became more acquainted with Stan through ACG, a business organization where I have been very active since 1988, when I helped form the National Capital Chapter. Stan became well known at ACG and was elected to the Board a few years ago. He became the Chair of the Membership Committee where his efforts increased local membership to over 350 members. Last year he was nominated to be the President Elect of our chapter. He unfortunately had to resign as a result of this case. His leadership and hard work will be greatly missed and hard to replace.

I felt so strongly about his leadership and passion for worthy causes that I nominated Stan for the Board of Trustees at Goodwin House, A faith based continuing care residential community with two facilities and 800 apartments for senior living. After his election I worked with Stan on the Governance Committee where his council was invaluable. Stan resigned from this Board as a result of this case, which has left a big void on several key committees.

As you can see Stan has touched quite a number of people through his participation in the community. It will be difficult to fill the void left by his departure. I want to see Stan back in his role as a community leader and hope you share our concern for his future.

Sincerely,

*Clark Childers, Partner*


an independent member of
BAKER TILLY
INTERNATIONAL

3525 Trinity Drive
Alexandria, Virginia 22304

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001
Case Number 05-286

Dear Judge Sullivan,

My husband Rick and I have known Stan Krejci for over twenty-five years. During this time we have observed Stan's commitment to the Alexandria community by his long years of service to the arts, business and social service organizations in our city. Stan's untiring work in all these areas and his enthusiasm have helped many organizations in fundraising, strategic planning, and in most cases, service on boards. Stan has opened his home and heart to these organizations and unfailingly raised many thousands of dollars for worthwhile groups in Alexandria. Two of the boards on which Stan has most recently served are the Alexandria Symphony as president and the Campagna Center as first vice president. These diverse groups have benefited from Stan's tireless efforts.

On a personal note, Rick and I feel that Stan has exhibited responsible actions in trying to rectify his error. His talents and long support of our community of Alexandria should be taken into account when deciding his sentencing. Stan is a loving husband and father and a kind and generous friend. Stan and Gail are mainstays of their Belle Haven community and their kindness and true spirit of generosity has supported neighbors, young and old, in times of need. Stan has always been in the forefront of "community service". This is his true gift.

As friends, we respectfully ask that you take Stan's many years of community responsibility into consideration when you make your decision regarding his sentencing. If you feel a sentence is justified please consider what Stan's public and personal life has demonstrated so positively, Community Service.

Sincerely,

Donna and Rick Clausen

JAMES MCCLAY CLOSE, M.D.
4108 FORT WORTH PLACE
ALEXANDRIA, VIRGINIA 22304

4 January 2006

Re: Case number 05-286

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Ave., N.W.
Washington, D.C. 20001

Dear Judge Sullivan,

On moving to Alexandria over 15 years ago, my wife introduced me to long time friends of hers, Stan and Gail Krejci. During these years I have gotten to know both of them quite well.

Regarding Stan, I was initially impressed by his intellect, his cordiality, and his sincere interest in the well-being of people he knew. Over these years of close friendship, my favorable impression has increased many fold. This is the result of my growing respect for him and my observation of his unmitigated devotion to worthy community causes. It seems that nothing happens in service organizations in Alexandria in which Stan does not play a vital role.

This vigorous activity in and support of these organizations have made me want to say to him many times, "Stan, slow down!" He is a constant giver of his time and money. If someone in the city has a just cause such as The Campagna Center, the Alexandria Symphony, Northern Virginia Community College, Goodwin House, etc., his/her first thought is, "Let's get Stan Krejci to be in charge or at least to be an integral part of it." I am in constant awe of
his indefatigable energy when it come to this type of involvement. His contributions are immeasurable. All of the service organizations with which he is associated would suffer severely without his services.

While speaking of him and his activities it is important to consider his wife, Gail. Gail works full time, but is always at his side and is constantly contributing to his involvement in community affairs.

One must also consider the deleterious effect it would have on both Stan and Gail's well-being were he to be incarcerated. Even now, I am able to see the profound effect that the publicity has already had on both of them. Even if nothing comes of these charges, I fear that they may never recover from what has happened thus far.

Sincerely,

James M. Close, M.D.

4108 Fort Worth Place
Alexandria, VA 22304
January 4, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Ave., N.W.
Washington, D.C. 20001

Re: Case number 05-286

Dear Judge Sullivan,

I have known Stan for thirty years. We lived in the same neighborhood and our paths crossed in many ways. Our children played on the same soccer teams, we and a close group of friends socialized together (and still do), and his wife Gail and I belonged to a spiritual development group as well as a community service group. Over the years Stan and Gail have truly been some of my closest friends. We have spent weekend getaways as well as week-long vacations together. In that time I have known Stan as a devoted husband and father, hard-working businessman, active church member and inspiring community leader. I would be hard pressed to come up with the name of anyone else who has contributed more to the community of Alexandria. As far as I know, Stan is well-liked and well-respected by everyone in town. And I do know, because I can't tell you how many friends and acquaintances have approached me in the past few months and said, "How are Stan and Gail? Is there anything I can do?"

Stan is an activist in the good sense of the word; he has served not only as a fund raiser, but also as a friend raiser for numerous organizations in town, rallying support and drumming up financial contributions in the thousands and thousands for everything from the Alexandria Symphony to The Campagna Center. Several years ago Stan was offering me suggestions for The Campagna Center because I was a board member. I suggested he consider being on the board and making it happen himself, and he went on to do just that, chairing the development council and forming the business leadership council which has raised awareness of The Campagna Center's mission for our community's families and children and connected hundreds of local entrepreneurs, CEOs, lawyers and professionals with the needs of our fellow Alexandrians. Stan's energy and commitment have been contagious.

To say that Stan is charismatic is an understatement. He has had leadership roles, positively impacting both social and service organizations, including the Rotary Club, Goodwin House, Northern Virginia Community College, Tower Club, and Belle Haven Country Club. I know he is also deeply committed to the Paul Public Charter School in the District and takes great pride in the opportunities it offers some of the city's youths. He is a man who gets things done. He is a Renaissance man who is as comfortable chairing a fund-raising gala as a board meeting, dressing up as Santa Claus for the Scottish Christmas Walk or in Black Tie as the auctioneer for a fund-raising auction for The American Horticultural Society.

Besides being civic-minded and generous-spirited, Stan is also warm-hearted and giving. He has phenomenal expertise in the executive search field, and he has shared that on his own time with many young adults, including two of my own children, who have been perplexed about career choices and employment opportunities. I also know Stan personally as both a compassionate friend, good listener, wise advisor (and avid dishwasher).

I have been going through this horrendous ordeal with Stan and Gail for the past four years, and I think he has paid his dues in personal pain and suffering, physically, emotionally and financially. It's been a devastating experience for him, for Gail, for his children and for his friends. No malice was intended by anything he did. If Stan had a fault in this embezzlement case it was ignorance. I am confident that there was no criminal intent in anything Stan did.

Sincerely,

*Alice S. Close*
Alice S. Close

January 24, 2006

Honorable Emmet G. Sullivan
Unites States District Court for the District of Columbia
3rd and Constitution Avenue, NW
Washington, DC 20001

Dear Judge Sullivan,

I am writing to you today in reference to Case Number 05-286 on behalf of Stan Krejci. I am sure you will be hearing from many individuals that have known Stan for many years and/or worked with him in the past. I thought you might take a moment to hear from someone that has known Stan for only six months and has been so very impressed with his level of professionalism, leadership and work ethic.

I have worked in a professional capacity for some 30 years and joined The McCormick Group in July of 2005. Stan was one of the individuals that interviewed me and was part of my decision to take the position. He was so open and honest during the interview process and listened far more than he spoke. He was assigned as my Manager and go to person when I joined the firm. He has always displayed good leadership and honesty about every aspect of the situation. He has never misled me in any situation and has always given me good advice. I was so impressed with the many humanitarian efforts that he was involved in as well as the many business contacts that he has. I have found it to be an honor to work with him.

Thank you for taking time to read my short letter and please feel free to contact me at 703-224-1446 or scohen@tmg-dc.com should you have any questions.

Sincerely,

Sally S. Cohen
Consultant
The McCormick Group