Katharine P. Davis
314 South Fairfax Street
Alexandria, VA 22314
703-836-1843

January 25, 2006

Re: Docket 05-286 Stanley L. Krejci

Dear Judge Sullivan,

My husband and I have known Stan Krejci and his family for close to thirty years. When we think of Stan, the first word that comes to mind is heart. He is a man who cares deeply about his family, his friends, and his community.

His involvement in community work goes deep and wide and his volunteer efforts have been felt throughout the city of Alexandria. He has worked tirelessly for the arts, in particular the Alexandria Symphony Orchestra and for those in need through his work for the Campagna Center. He cares about education and serves on the board of a Charter School in the District of Columbia.

Most of all, Stan is a true friend and a man we trust. He and his family have already suffered greatly from his mistake. Incarceration would have devastating effects on him and his family as well as for the community who care deeply for this wonderful man.

Thank you for your consideration.

Sincerely,

*[signature: Kitty Davis]*



January 20, 2006

Re: Case Number 05-286

Dear Judge Sullivan:

I am writing on behalf of my dear friend, Stan Krejci, whom I have known for nearly twenty years. Stan and his wife, Gail, are neighbors of ours who we have enjoyed knowing and working with in many charitable, neighborhood and school endeavors.

We first met while our sons attended St. Stephens and St. Agnes School in Alexandria, Virginia. The Krejcis, my husband and I spent many hours volunteering at that school together for athletic as well as fundraising events, not to mention supporting our sons' teams. The Krejcis provided a home atmosphere that we could trust in allowing our son, Tom, to spend time there throughout middle and high school because Stan and Gail always represented the values that we respect and taught our own children. During college, Stan spent many hours in person and on the phone advising Tom about potential career paths and options for after graduation. This effort was voluntary and very much appreciated by our entire family. Although Tom and their son, Drew, are grown men of 29 years of age, they remain very close friends and see each other frequently despite the fact that they live far from one another.

Stan's contribution to Alexandria charities is legendary. I won't take the time to list them as other writers will, I am sure, do so. Suffice it to say that he is a true philanthropist. All of this reflects Stan's core values. The legal situation that he finds himself in at present is very unlike him, and I know that he regrets any wrongdoing. As a director of a non-profit charity myself, Hope for the Future, I know how important it is to have people like Stan available to back an organization. In fact, it is essential.

I pray that Stan be permitted to continue with his work of advising and helping people find their place in life through his job at The McCormick Group as well as his many charitable activities. As I stated above, this ability transcends the workplace and spills over into family and neighborhood relationships. In short, we love and need Stan!

Thank you for the opportunity to speak on behalf of my friend.

Sincerely,

*Carol P. Demeny*

205 3rd St. SE Washington DC 20003    202.544.0755    www.hopeforthefuture.cc

# Capital Solutions, Inc.

659 C Street, S.E.
Washington, D.C. 20003
202.544.3350 • 202.544.9418 f
ttdemery@aol.com

January 25, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution N.W.
Washington, DC 20001

RE: Case 05-286

Dear Judge Sullivan:

Since 1986, I've known Stan Krejci to be a good man, an honest man, and a man who longstanding history of personal and civic accomplishments reflect the true nature of his character. The facts of the case leading up to a sentencing appearance, I don't fully understand. But to the extent a lifetime of selfless civic, charitable, and family service can help mitigate the affects of his guilty plea, it is my hope that this letter would come as part of that consideration.

The Krejci family were neighbors of ours and our children grew up together. As such there have been countless occasions when we have interacted together. Seven years of school functions, neighborhood gatherings, social and charitable to name a few. I have the benefit of time to know him in the context of life. Mr. Krejci is a fine neighbor, committed community activist, patron of the Arts, and champion of the underprivileged. He has always conducted himself consistent with the highest integrity and moral compass. I don't know what pressures caused the anomalous behavior, but I do know it was just that, an anomaly.

Mr. Krejci was, and still is, a caring successful executive who always made time for people in need, regardless of age or social status. He is a man who has accomplished much good and has many years ahead of him for more good works.

It is my hope that you will weigh the totality of Stan's life conduct and behavior, not just an isolated event, when determining his future. Thank you for you consideration.

Sincerely,

Thomas T. Demery
President

**Waller T. Dudley**
email: wdudley@mcguirewoods.com
Direct Dial: (703) 712-5465
direct fax: (703) 712-5220

January 26, 2006

The Honorable Emmet G. Sullivan
United States District Court for the
 District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

    Re:   **Stanley L. Krejci**
              **Case No.: 05-286**

Dear Judge Sullivan:

    Without hesitation, I submit this letter in connection with Your Honor's sentencing of Stan Krejci. I have known Stan for more than 20 years, we are good friends, and we have many mutual friends in Alexandria. Those things said, I am a member of the bar of this Court, and what follows is not clouded by the friendship.

    I want to provide Your Honor with my observations about Stan's devotion to and work on behalf of the Alexandria Symphony Orchestra. We have participated in this "labor of love" over the last 15 years. Stan had served ably as president about a decade ago. Quite remarkably, last year Stan answered the call and agreed to serve as our president again. He was providing his usual effective brand of leadership until several months ago, when he voluntarily stepped down to be sure that his situation did not distract the symphony or its supporters from our charitable mission.

    I have served on the symphony board twice with Stan, and I have worked very closely with him in my capacity as counsel. At all times, Stan has exhibited great passion and concern for the best interests of the organization. He has been singularly successful in raising our profile, in raising money to advance our charitable purposes, and he is a tireless advocate. This has included Stan's devotion to our ongoing efforts to reach different segments of the Alexandria community, in particular our children and other people who would not normally have the opportunity.

The Honorable Emmet G. Sullivan
January 26, 2006
Page 2

Not long ago, Stan single-handedly persuaded the head of a corporate foundation to make the largest private grant we have ever received, in support of our efforts to reach children. No one else was involved. Stan got the idea, he made up his mind to do it, and, he did it. Our community is richer for it, and in my experience this is perfectly typical of Stan Krejci.

Were I to testify as a character witness, I would say with confidence that Stan has enjoyed a reputation in Alexandria as a giving, caring, and civic-minded leader. He does not simply write a check and move on; he gives hours to the causes he believes in. He has a unique, good-natured style of leadership. He communicates his enthusiasm successfully and with great results, and Alexandria is in his debt.

It would be presumptuous of me to comment on this prosecution, or the plea agreement, because I do not know all of the facts. I do know Stan Krejci. With all due respect, I urge that the two goals of punishment and deterrence would not be advanced by imposing a substantial fine, let alone a period of incarceration.

Stan Krejci has been punished very substantially. He is a terribly decent and honorable man, who has done great work in the community he loves. He apparently made a mistake; one which he will have to live with for the rest of his life. He has not run from the responsibility, and to my knowledge there was no criminal intent at all. In fact, I cannot help but notice the phrase: "Krejci should have known what ERISA dictated" in the Justice Department's September 30, 2005 press release.

I ask Your Honor to exercise the full measure of the Court's judgment, discretion, and leniency under the unique facts of this case.

Respectfully submitted,

Waller T. Dudley

WTD/sji

*EDWARD E. DYSON*
*1908 Belle Haven Road*
*Alexandria, Virginia 22307*

January 30, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, NW
Washington, DC 20001

Re: Case Number 05-286

Dear Judge Sullivan:

I write to you as a neighbor and long time friend of Stanley Krejci and his family for more than twenty years. It is difficult to know where to begin in describing what Stan has meant to his community, friends, and most importantly, his family. With respect to the latter, he has been a devoted and caring husband and father, and he and his wife Gail have raised two wonderful children. The interesting thing is that someone can be a good neighbor but you may not really feel their presence. That is not the case with Stan and his family. They have made their presence known in the most caring and beneficial way in support of their neighbors and friends. It would indeed create a void if Stan were unable to be present to continue his good works. As you might imagine, with respect to someone that has done so much and wishes to do more, Stan has already suffered greatly in this matter.

His community activities, spreading across the Northern Virginia region and beyond, are well known and impressive. I wish to offer my support for Stan in the context of my personal observations as a friend and neighbor. Stan has always been someone you could go to for assistance of any type, personal or otherwise. He remembers our birthdays, celebrates them in our honor, and has promoted our children, as minors and later as adults, with various organizations in order to help them with their futures. He serves as a model of good neighborly and community support. Very simply, Stan's personality and energy are geared toward getting involved and helping others.

Finally, his children, as adults, now live elsewhere. Stan and Gail are a very devoted couple. She is a strong supporter of all of Stan's community activities and an active participant as well. We hope that team will not be separated. That would be a loss to a lot of people, and particularly to Gail.

I respectfully submit these comments for your consideration and hope that you will find them useful.

Sincerely,

Edward E. Dyson

***JULIA A. DYSON***
*1908 Belle Haven Road*
*Alexandria, Virginia 22307*

January 30, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, NW
Washington, DC 20001

Re: <u>Case Number 05-286</u>

Dear Judge Sullivan:

This letter is in support of Mr. Stanley Krejci. I know you will read about the numerous organizations that Stan supported, but I thought my personal feelings and observations would be of interest to you. He has devoted so much of his time and energy to various charities and organizations, among them The Campagna Center, The Alexandria Symphony Orchestra Board of Trustees, The Alexandria Rotary, Northern Virginia Community College, The Charter School, and as a lector at St. Paul's Episcopal Church in Alexandria. This is just a small sample of the many organizations that Stan has supported both personally and financially.

I have known Stan for over 20 years. We live in the same neighborhood and I have watched as he and Gail raised their two children. I am also aware of Stan's involvement in our community of Belle Haven, as well as other volunteer organizations that he has actively supported. I fondly remember when Santa Claus came to Fort Willard. Each year Stan would lead the families in Christmas carols as we waited for Santa to arrive. He always invited our youngest son, Jed, to sing along with him. When Jed was very young, I remember Stan would hold him because he was too small to reach the microphone. Later, as Jed grew, he continued to sing along with Stan. It was a wonderful experience for our son to share the Christmas spirit with his neighbors.

Stan has devoted his life to his family. He and Gail are totally committed to each other and their children. They spent many years supporting their daughter Stacey's love of swimming by taking her to the indoor pools in Washington in the wee hours of the morning. Their children always came first and they enjoyed a very happy childhood. They are a close-knit family.

     Stan's goodness always shines through. He is always interested in what is happening in another person's life. He smiles readily and is genuine in his thoughts. He has a very tender heart that reaches out to anyone who might need his help. He is one of the kindest men I have ever known. He is a true friend in every sense of the word.

     Professionally, he has worked very hard to provide for his family. He is a trustworthy American who wants to make a difference, and he has proved this over and over again by his selfless actions. We love him.

                                             Sincerely,

                                             Julia A. Dyson