**PBG**

**THE POTOMAC BUSINESS GROUP, INC.**
**9101 FALLS BRIDGE LANE**
**POTOMAC, MARYLAND 20854**
*301-983-0699*
*Fax 240-331-4000*
*Mobile 301-938-6378*
*E-Mail Hezrin@potomacbizgroup.com*

January 9, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    Stanley L. Krejci
            Case # 05-286

Dear Judge Sullivan:

    I am writing this letter on behalf of Stanley L. Krejci, a friend and business acquaintance.

    I have know Stanley for approximately seven years and through the National Capital Chapter of the Association for Corporate Growth (ACG), which is an international corporate growth and merger and acquisition organization. Our chapter has 350 members and Stanley has been a very active member. Within ACG, he was our President-Elect, having recently resigned from that position; has chaired the Membership Committee; and is now a co-chair of our Sponsor Committee. Stanley was also a member of the Board of Directors. I am on the Board of Directors and the Treasurer of our Chapter, and I also serve on the Membership Committee. My positions have given me the wonderful opportunity to work closely with Stanley and on many occasions.

    I consider Stanley to be a person to admire, to look up to, who reaches out to help others, and is very sincere in all of his efforts and undertakings. I would never before nor now cease any efforts to work with Stanley and to seek his counsel. To this end, I have asked Stanley to work with me on an ACG Scholarship Committee Program to provide $5,000 annual grants to deserving students from the various Business Schools in our Metropolitan Area. This is a new program within ACG, and Stanley has agreed to devote time and effort in this endeavor. To further the Scholarship Program, he also undertook a

Page Two
The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
January 9, 2006

study to present to the Board of Directors to recommend how to proceed with the Scholarship Program.

When I read in the newspaper about this Case and the issues facing Stanley, I made it a point to visit with him, to offer my support and better understand what he was facing. I found him to be very candid and remorseful. It was at that meeting that Stanley advised me that he would resign from the ACG Board of Directors and as the President Elect. To my knowledge, he did this on a volunteer basis and with no outside pressure.

I would encourage you to take into consideration Stanley's past unblemished record, his family relations, his service to the community, and the loss each of us will share if he is not allowed to continue what he is doing. To this end, I hope you will find yourself in a position to be lenient to him.

Thank you for your time and patience and in reading this letter.

Sincerely,

Herbert S. Ezrin
President
Potomac Business Group, Inc.