January 18, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, NW
Washington, DC 20001

Case: 05-286

Dear Judge Sullivan,

I understand that you are the presiding judge in the case involving Stan Krejci. Based on my knowledge of Stan Krejci on a professional level and his active involvement in the community, I strongly believe that he is an asset to the community.

I first was introduced to Stan Krejci in 2001 when I was seeking new employment in the Washington, DC area. I was referred to his firm (The McCormick Group) by a relative of the owner of the firm. The owner of the firm put me in contact with Stan. Stan served as the key contact with Financial Executives International, a trade association of senior financial executives. Stan was charged with identifying qualified individuals to manage client relationships for FEI. In meeting with Stan, he thought that my qualifications and experience would make me a good fit for FEI. Since he was a longtime member of the organization, he would know the types of individuals that would serve the organization well. I followed up my meeting with Stan and then met with the senior staff at FEI and was hired for the position. In interviewing for a new job, there are always a number of issues that you face during the interviewing period as well as the negotiation phase. Stan was always straightforward, direct, and quite helpful in working through this process. I now work for FEI in this same capacity and am thankful to Stan for his help in my employment with FEI. I also believe that it has been a good arrangement for FEI and for The McCormick Group.

Since my initial hiring at FEI, I have met with Stan on a number of occasions. He is involved in many organizations and trade groups in the area. In fact, he was extremely helpful in providing me with advice and assistance regarding how another trade association functioned and was willing to share this information with me. Stan is an individual who is always looking to help others. I'm aware of Stan's involvement on a number of boards, both on a professional level and in areas that assist others. Through my experience with Stan Krejci, I have known him to be a man of integrity, a strong willingness to help others, and an asset to the community. I'm proud to provide a recommendation for him. Please feel free to contact me at 202 626-7807 if you would like to discuss further.

Sincerely,

Lewis R. Flax

1403 Bishop Lane
Alexandria, VA  22302
January 19, 2006

The Honorable Emmet G. Sullivan
United States District Court
3rd and Constitution Avenue, N.W.
Washington, D.C.  20001

Re:  Case # 05-286

Dear Judge Sullivan:

I am writing you today to ask that you offer Stan Krejci as much leniency as the law allows in his case before you.

My husband and I have known the Krejci family for more than 20 years.  During that time, I have served with Stan on numerous boards and committees of non-profit Alexandria organizations.  Simply stated, no one has given more than Stan to the Alexandria community while holding down a full time job.  While others say they don't have time to give back, Stan has worked tirelessly for those less fortunate in our community by raising funds to support programs as diverse as Head Start, the Alexandria Symphony, the Alexandria Red Cross, the Alexandria Rotary Club, the American Horticultural Society, and St. Paul's Church.  Stan did not have brief, insignificant roles in these organizations - he is a long-term supporter and leader.  Perhaps if Stan has had a weakness, it was allowing himself to be stretched too thin in order to serve the many organizations clamoring for his time and talents.  If this caused any portion of his current legal troubles, then all of us in the non-profit community share guilt in asking him to do too much.

Losing Stan as an active participant on their boards and fund raising committees has already penalized all of these worthwhile organizations and the clients they serve.  Our community will be very hard pressed to find a dozen people who can fill the jobs that Stan shouldered by himself.  Since I serve on some of these boards, I am witnessing first hand the void in leadership that has come from Stan's voluntarily stepping down to avoid any damage to the organizations that he cherishes.

It is my hope and the hope of many more Alexandrians that Stan can once again be allowed to use his tremendous talents to help us solve the many problems our community faces.  Many of our citizens who don't know Stan and thus cannot write on his behalf have benefited greatly from the funds he has raised for their needs.  I raise my voice; along with those voices you cannot hear, in requesting that you accept the restitution Stan has already made and acknowledge that the loss our community and his family have suffered is enough punishment in the eyes of the law.  We ask that you show the same

generous and caring spirit to Stan now as he has shown to legions of our most needy citizens for so many years.

Thank you very much for your consideration.

Sincerely,

Carter Flemming

Carter D. Flemming

*Bridget Fahy Flint*
*312 West Alexandria Avenue*
*Alexandria, VA   22302*
*703/836-3039*
*bflint@aed.org*

Honorable Emmet G. Sullivan
U.S. District Court for the
   District of Columbia
3rd and Constitution Avenue, NW
Washington, DC  20001

**RE:  *Case # 05-286***

Dear Judge Sullivan:

If Churchill's quotation is correct – "You make a living by what you do; you make a life by what you give" - then Stan Krejci has made a rich life indeed.  Stan's generosity of spirit, his energy, his commitment to a wide range of causes and activities have all combined to produce a life that enriches every area in which he is involved.

I am convinced that we would not have a symphony orchestra in Alexandria were it not for his efforts in getting a fledgling concept off the ground and consistently nurturing it along – by fundraising, hosting events to introduce the conductor to potential supporters, and encouraging attendance at concerts among his many friends.

I have known Stan and his family for nearly 30 years – starting as acquaintances meeting at the community pool (where Stan was an active participant in putting on swim meets for our children), to shared responsibilities on local boards and committees, and on to a deep and lasting friendship based on the sharing of life's ups and downs and really becoming one of my closest friends – someone I know I can always turn to when I need a loyal support.

Surely, you will receive many letters which recount the huge contributions Stan has made to our community.  His contributions are tangible, measurable, and have been of major importance in making Alexandria a "community" and not just an urban center.  He has a tremendous talent for connecting people and forging coalitions to get things done.  I would urge you to consider these many letters and their writers who are far more eloquent than I in deciding his sentence.

Stan is deeply cherished by me and my entire family.  He has never hesitated to help any of my children with tweaking their resumes or giving job search advice from his

Page two

professional experience.  He shares willingly his expertise in his many areas of accomplishment – I have never made a request for his assistance that Stan has ever turned away.  To say that he is generous, kind, a faithful friend, a talented leader, a wonderful husband and father is not to exaggerate in the least.

　　　He deeply regrets that his actions have caused hurt to his beloved wife and children and friends.  We, his friends, consider Stan to be a VIP – **not** in the sense of a famous persona who is widely recognized, but rather, in the fact that he is a very important person to all of us who know him and the wonderful person that he is.

　　　I appreciate your reading my letter.  I would welcome the opportunity to give any additional information if you would find that helpful.

Sincerely,

*Bridget Fahy Flint*
Bridget Fahy Flint

James F. Flint
312 West Alexandria Avenue
Alexandria, Virginia 22302
January 23, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, NW
Washington, DC 20001

Re: Docket 05-286, Stanley L. Krejci

Dear Judge Sullivan:

I have been a friend of Stan Krejci's for almost 30 years. During those three decades, I have seen the many facets of his life. Rather than try the impossible effort of providing a complete picture of the man, I hope that a few observations will give you an accurate assessment of his character.

Stan lives in the Alexandria section of Fairfax County, while I have lived within the boundaries of the City of Alexandria since 1971. Unlike Fairfax County, or the District for that matter, Alexandria is small enough that individual efforts can still have a tremendous impact. As a citizen of Alexandria, I am fortunate that Stan has devoted time, effort and treasure to improve the City.

During the 1970's, a group of citizens, organized as a non-profit corporation, purchased a small building located at the corner of Duke and South Fairfax Streets in Alexandria. The building, constructed before the Civil War, is known as the Athenaeum. While originally used as a bank, the Athenaeum served as a lecture hall and community meeting place for much of its history. The purchase was made to avoid the possibility that a developer would renovate the building into a single family dwelling.

After the purchase, the Athenaeum was operated as an art museum/gallery, but produced so little revenue that the non-profit feared it would default on the mortgage. Through Stan's efforts, events including charity auctions, art shows, parties and receptions, were held at the Athenaeum, several of which I attended. These events not only produced enough revenue to assure the mortgage payments, but they also drew public attention to the building. Stan's efforts were rewarded when the Virginia Museum of Fine Arts, assumed the Athenaeum's mortgage, preserving this important historic and cultural asset for the City and its citizens.

Much more recently, Stan turned his attention to Alexandria's Campagna Center. The Campagna Center is Alexandria's largest non-governmental social services provider. The Center provides the City's Head Start program, as well as day care and tutoring for disadvantaged elementary school children. An enrichment program for 1,300 children is also provided, as well as volunteer opportunities for senior citizens.

Page Two

To garner support for these programs, the Campagna Center established its Business Leadership Council in 1998. Stan has devoted countless hours to lead and expand the Council to the point that it now has 225 members representing the area's business community. As a former member, I can attest to the success of his efforts to both educate the business community about the role played by the Campagna Center and to obtain increased financial support for the organization from the business sector. Stan's continuing concern for improving educational opportunity is also highlighted by his active membership on the Board of a charter school in the District of Columbia.

I hope that the few examples I have offered convince you that Stan Krejci is an important, valued asset of the City of Alexandria. His efforts to improve our community have had a decidedly positive and far reaching impact. To lose Stan's ability to mobilize support for these and other causes would be tragic.

As a result of our friendship of 30 years, I can assure you that this is not a man that could deliberately misappropriate anything that didn't belong to him. Certainly, this was an inadvertent mistake from which he did not benefit. He has told me of both his surprise and remorse that this has happened. He and I are both concerned about the effect incarceration would have upon his family. The strain of the past few months upon Gail, his wife, is clear. It is obvious that they both have already endured a heavy punishment. The couple's visibility in the community, resulting in front page coverage in one of our local newspapers, guaranteed that would be the case. I sincerely urge that further punishment will serve no purpose

I cannot end without telling you that both Stan and I served in Vietnam. He was with the Navy in Saigon while I was an Army platoon leader in the most northern province. Unfortunately, I developed Lou Gehrig's disease, which forced me to give up my law practice in the District in 2004. With Stan's support and active assistance, I have been able to control the financial burden that treatment for this disease imposes.

This is a man whose good works truly outweigh the mistake he made.

Sincerely,

James F. Flint

# Alexandria Surveys
International, LLC

January 17, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, DC 20001

**Subject: Case Number 05-286; regarding Mr. Stanley Krejci.**

Dear Judge Sullivan:

This letter is about my feelings for Stan Krejci. I know very little about what his mistake was. I know less about the law and the process with regards to his case. What I do know is that I consider Stan a friend and a significant and valued leader in both the business and service communities of the City of Alexandria and the Northern Virginia region.

My first exposure to Stan was shortly after I bought my company in 2001. I was introduced to Stan by a trusted friend and it was a very short time before Stan had me involved in the community as a member of the Business Leadership Council of the Campagna Center. The Center is the cornerstone of Alexandria's under-privileged children's education programs which depend on the generosity of the business and social community. Stan is an icon of this group whose benefit is beyond measure to the City and its needy children.

Stan and I both serve on the Board of Directors of the Association for Corporate Growth. Here again Stan's leadership is of immense value. He has lead the growth of this organization over the past few years, offering to small businesses like mine an opportunity to work with larger companies and to affordably share in the knowledge of many successful businesspersons.

Because of Stan's need to deal with his case he has voluntarily withdrawn from these and other leadership roles. The organizations have suffered as a result. I believe Stan Krejci is a person of integrity. If he made a mistake, I am sure it was just that. It is my sincere and heartfelt hope that whatever penalty Stan must pay that it will allow him to remain active in our community and give him the opportunity to repay his debt with the respect that he has earned.

It would be my pleasure to provide you with any further information which may aid Stan in this very difficult time of his life and career.

Sincerely,

William G. Fry, PE
Alexandria Surveys International, LLC
Co-owner

6343 South Kings Highway   703.660.6615 Phone
Alexandria, Virginia 22306   703.768.7764 Fax
www.AlexandriaSurveys.com