Val P. Hawkins
*Managing Director*
*USAA Realty Company*

January 30, 2006

Honorable Emmet G. Sullivan
United States District Court for
The District of Columbia
3rd and Constitution Avenue, N.W.
Washington, DC 20001

Re: Stanley L. Krejci
    Case #05-286

Dear Judge Sullivan:

I am writing this letter to speak on behalf of my friend Stan Krejci, whom I have known for many years. My wife and I have known Stan, his wife Gail, and their children Stacey and Drew, since moving to the City of Alexandria 28 years ago. We have been deeply distressed and concerned about Stan and his family since we learned of the above-referenced case.

From our close personal observation and experience, it is our opinion that Stanley Krejci is a true gentleman possessing the highest degree of character and integrity. He has been an outstanding role model and leader, giving so much of himself to a broad array of entities and activities which benefit our community. In looking back over the 28 years that we have known Stan, we find it difficult to name another person who has given more of his time and energy to his community.

His time, efforts, leadership and contributions have been extensive and truly extraordinary. Families, church, schools, charities, social and business---you name it, and Stanley has been there as a respected contributor of his time, energy and leadership skills. He doesn't just mark his calendar and show up, he stands up to work hard and contribute. Invariably, he rises to the top level of whatever the endeavor he is involved in, becoming a board member and eventually being selected to hold a top leadership spot.

We trust, and pray, that you and the Court will take into consideration the tremendous positive impact that Stan has had on those around him and our community as a whole over the years. We sincerely hope that you will look upon this fine man with mercy and fairness as you formulate your sentencing opinion.

Thank you for taking the time to read this letter and for your compassionate consideration of Stanley Krejci as a wonderful, contributing member of our community.

Sincerely,

Val P. Hawkins

EUNICE E. HENDERSON
5313 Second Street, N.W.
Washington, D.C. 20011

January 17, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
Third and Constitution Avenue, N.W.
Washington, D.C. 20001

Ref: Case Number 05-286

Dear Judge Sullivan:

I am a resident of the District of Columbia and a member of the Board of Trustees of Paul Public Charter School in northwest Washington. I have known Stan Krejci for about three years and believe him to be a gentleman in the old-fashioned sense of the term. Stan is intelligent, always thoughtful and respectful, gracious, generous in spirit, and trusting of others.

Stan Krejci represented the firm contracted by the Board of Trustees of Paul Public Charter School to identify, screen, and select candidates for senior level positions in the school. Stan's approach to the task of finding the 'right people' for the school included getting to know us by visiting Paul Public Charter School, attending Board meetings, and having conversations about the school with individual Board members and Paul staff. During this process, we also became better acquainted with Stan. I saw Stan's interest in the school change from that of an outsider engaged in an executive search to that of someone who shared our commitment to educate Paul students and develop in them the capacity to be responsible citizens, independent thinkers, and leaders. The Board of Trustees soon invited Stan Krejci to become a member. We quickly learned that Stan's interest and commitment to what we were trying to do reflected his enduring dedication to community.

Members of the Board of Trustees of Paul Public Charter School are all volunteers. We give of our time and energy willingly to oversee and provide policy guidance to a new type of public school with promise. Stan's contributions to the Board and to the school are incalculable. With his help, the Board recently added several new members with skills and experiences that significantly augment the capacity of the Board to achieve our goals. Stan also is very adept at tactfully diffusing and mediating differences of opinion held by Board members and helping to achieve consensus decisions, a skill sorely needed on a Board whose intention is to improve chances and choices for middle-schoolers.

Stan also supported and provided help in the Board's increased use of a committee structure to accomplish its work. In short, Stan has been a key member and leader of the Board.

Recently, Stan Krejci recused himself from Board membership. We miss his voice in our deliberations. Please believe that your decision about his sentence will effect the Board of Trustees, Paul Public Charter School, and our students.

Sincerely,

*Eunice E. Henderson*

Eunice E. Henderson

*Caswell Owen Hobbs*
2005 BELLE HAVEN ROAD • ALEXANDRIA, VIRGINIA 22307

January 22, 2006

Honorable Emmet G. Sullivan
U.S. District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Sullivan:

    Re: Case Number 05-286

I am writing on behalf of Stan Krejci in connection with his forthcoming sentencing hearing. I have known Stan as a neighbor and community leader for over twenty-five years. Through my law practice, I have also known Stan on a professional basis. I write, however, as a friend.

You will undoubtedly hear from many other of Stan's friends and colleagues about the numerous and extraordinary contributions which Stan has made to our community. This will all be true — and significant. I believe, however, that two aspects of Stan's community activities — motivation and

- 2 -

impact — distinguish Stan from many other participants in community activities, and both of these factors are, I suggest, particularly relevant to the judgment you are to make about Stan.

The motivation point is illustrated by something that many probably regard as one of the least significant of Stan's activities. For as long as I can recall, Stan has dressed as our community Santa Claus in his annual visit to our neighborhood. Children and parents alike relish this community event in which Santa, of course, plays the key role. It is, significantly, essentially an <u>anonymous</u> role — Santa Claus is in costume and his identity disguised. In short, no personal recognition inures to Stan for his role — just the satisfaction he receives for doing something for the community. And he has done this every year — cold, rain, snow (until this year). This suggests to me that, of all the many factors which can motivate those active in community activities, it is a

Caswell Owen Hobbs
2005 BELLE HAVEN ROAD • ALEXANDRIA, VIRGINIA 22307

- 3 -

sense of genuine community spirit which motivates Stan. There are other benefits, of course, but I believe that for Stan these are secondary – he sincerely believes in participating in and giving back to his community.

Second, when Stan gets involved in an activity, he does so in a way which makes a substantial difference. Unlike many who lend their names to letterheads, write checks, and attend the annual banquets, Stan digs in as a hands-on participant dedicated to achieving real and substantial improvements in the organization. I have seen this happen again and again in the organizations in which Stan is active – Stan invariably invests an extraordinary amount of his time in the organization and makes a contribution which is head-and-shoulders above that of his contemporaries – a contribution which is of substantial, lasting benefit to the community!

Again, I suggest, this is evidence of a sincere and deeply felt commitment to give back to the community. And the cumulative impact on our community from Stan's broad and deep contributions is, to my knowledge, unparalled!

I hope, accordingly, that Stan's sentence will be one which gives significant weight to his important role in our community, and permits him — indeed encourages him if possible — to continue in that role in a respected manner.

Sincerely,

Caswell O. Hobbs

# Charles R. Hooff III

January 16, 2006

Honorable Emmet G. Sullivan,
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001.

Reference: case number: 05-286

Dear Judge Sullivan,

I am writing on behalf of my good friend Stan Krejci. I don't know much about the reference case; however I have known Stanley socially for over twenty-five years. Our daughters grew up together and were on the swim team together. Stan and I suffered the trials and tribulations of teen age daughters and all that goes with spirited children. We survived that, and his daughter is today a substantial citizen, and a credit to Stan's positive leadership.

Stan has been a very generous person giving much of his time to numerous charitable and civic organizations. At all times he has conducted himself in a genteel manner. To read about Stanley in the press was a complete shock, and so out of character. Stan is a person that you seek out when you have important business for civic or charitable to be done. This is a very important asset for our community.

Sincerely,

Charles R. Hooff III

1707 Duke Street
Phone 703-549-6103

Alexandria, Virginia 22314-3495
e-mail crhooff@belmontbayfarm.com

# SUSANNE H. HOWARD
3107 OLD DOMINION BOULEVARD
ALEXDANDRIA, VIRGINIA 22305

January 31, 2006

The Honorable Emmet G. Sullivan
United States District Court for the
District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

RE: United States vs. Krejci: Case Number 05-286

Dear Judge Sullivan:

We are pleased to write to you in support of Stan Krejci, our longtime friend. We would like to add our voices to that of the many we know have already written to you on behalf of Stan.

We have known Stan and Gail for over 20 years. Our children, who are now young adults, attended the same school. And, we have carpooled, served together on many school committees, and cheered at the sidelines of athletic events.

About 5 years ago, Stan joined me at The McCormick Group. So, in addition to being friends, we are now colleagues. We have worked closely together on several projects. I have found Stan to be ethical, a person of his word and a person committed to community service. After 9/11, many of our community organizations were in need of volunteers, Stan never let them down.

Our impetus for writing to you is to ensure that you see Stan as the caring, generous, committed person we know. A person we are proud to have as our friend. We have always been able to count on Stan's support.

Sincerely,

Susanne H. Howard
Principal
The McCormick Group

Captain H. Wyman Howard, Jr. USN (Ret.)

7106 Marine Drive<br>
Alexandria, VA 22307

January 18, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001.

Dear Judge Sullivan:

I am writing to share my observations on the contributions of Stan Krejci to the greater Washington, DC community. This involves case number 05-286. My name is Lindsay Hutter. I am resident of Alexandria, Virginia, and a senior vice president with Hill & Knowlton and am based in the company's Washington, DC office.

I have known Stan for approximately eight years. We were first introduced when we were elected to serve on the Board of Directors of The Campagna Center. The Campagna Center is a highly respected non-profit organization that operates over half a dozen programs for thousands of underserved children and families in Alexandria and parts of Northern Virginia. Were it not for the Center's programs, many children in our community would lack before and after school care, enrichment programs, tutoring programs and other services that contribute to their education and development.

Since joining The Center's Board at the same time as Stan, I have worked with him week in and week out for the last eight years. Indeed, we both continued to assume more and more responsibilities on the Board, ultimately serving together as Chair and Vice Chair. In short, I've seen Stan up close in a variety of leadership and governance capacities for eight years and here's what I've observed:

- An individual deeply committed to serving the least among us. The Campagna Center's constituents are not the wealthy and well-known; they are the underserved and unknown.
- An individual with a high degree of awareness of and adherence to proper governance and compliance. Indeed, Stan was an initial champion for The Campagna Center to form an Audit Committee and served as a founding member of that Committee.
- An individual that dedicated his time, energy and resources to raising community awareness for the needs of the underserved. Stan led and organized numerous events and activities in Alexandria to build community awareness for the challenges and needs of low-income children and families and to raise funds to contribute to ongoing and new programs to give these children opportunities they otherwise wouldn't have to learn and grow into responsible citizens.

Judge Sullivan
Page 2
January 18, 2006

Stan's contributions to The Campagna Center alone are tremendous, and above and beyond what most individuals contribute in the way of community service. I cannot think of a single event or activity that he and his family did not personally support.

But with Stan, it didn't stop at The Campagna Center. It extended to the Alexandria Symphony Orchestra, St. Paul's Church and countless other community service organizations throughout Northern Virginia and Washington, DC, including Leadership Fairfax, Leadership Washington and multiple other non-profits. More often than not, when Stan and I were leaving a Campagna Center meeting, he was on his way to another community service meeting.

It is not going too far to say that Stan Krejci is one of the most dedicated community citizens I have ever met or had the privilege to serve with. I hope that you will reflect on his past and present contributions as evidence of a citizen with noble intentions and what could be his future contributions as considerations for your decision.

Sincerely,

Lindsay Hutter