

**College of Visual and Performing Arts**

4400 University Drive, MS 4C1, Fairfax, Virginia 22030
Phone: 703-993-8877; Fax: 703-993-8883

January 9, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

RE: Stan Krejci case number: 05-286

Dear Judge Sullivan:

I've known Stan Krejci for more than six years. At first, it was a professional relationship representing the same client but doing so from different perspectives and areas of expertise. During the course of this work, we grew to know, respect and trust one another. I have experienced first hand the immense and powerful impact Mr. Krejci has had on his community – from very local to vastly regional. Whether it was working to better the opportunities of those less fortunate or providing for expanded appreciation and access to artists and the arts, he has worked tirelessly and provided very important wise counsel.

Integrity is a word one might be reluctant to use under similar circumstances, but I am not when it comes to Stan Krejci. This individual is professional and in all of the many dealings, shared committees, social engagements, professional development, he is truly a leader and a voice that is highly regarded. I have called upon him to assist my clients, the service constituency of my clients, my own son and some of my dearest friends as they face challenges in their careers and in their personal focus. His veracity and my knowledge of his efforts to make this area a better place to live and work is of the highest caliber.

When Stan called me many months ago about serving on an inner city school board, I listened and despite greater responsibilities and a move from PA to VA, I understood why joining this board was both an honor and a responsibility. Stan touched a nerve and brought out the best of my commitment to others. He is that way.

Our justice system is clearly a most important asset of life in the United States. The appropriate respect for law, order and equality are all values that I cherish. In reviewing this case, I believe it important for you to consider the many contributions that Stan Krejci has made and will continue to make. I deeply request that you look at the many good deeds and services he has performed, his lovely family and the greater benefit to our society that sentencing him where he can continue to be available to all of us would mitigate the offense.

I stand ready to provide any further support of Stan Krejci and appreciate and respect your role in this process.

Sincerely,

Richard Kamenitzer
Executive Director-Center for Arts Management
Associate Professor of Arts Management
College of Visual & Performing Arts
George Mason University
(703)993-4220



CRAIG KEITH DESIGN

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

January 26, 2006


Dear Judge Sullivan:

I am writing to you to express my support of Stanley L. Krejci (case number 05-286), whose sentencing hearing is scheduled for February 23, 2006.

I have had the pleasure of Stan Krejci's friendship for over twenty years. In that time he has proven himself to be a man of honor, principle and integrity and the most charitable man I know. Stan's cheerful and dutiful service on numerous boards and committees of charities and civic organizations is remarkable. He brings tireless efforts and knowledgeable advice to every cause he undertakes, but always with a sense of humility and service.

I have also known Stan in his role as Chairman of the Campagna Center's Business Leadership Council. In this position, he uses his extensive contacts and friendships in business and government to create and widen community interest in furthering the valuable family and child oriented work of the Center. Stanley Krejci's importance, not only to the Alexandria and Arlington communities, but to the greater Washington community as a whole, cannot be overstated. He is truly a man who has dedicated a large portion of his time, his wealth and his considerable talents to helping others, especially those in need.

I have had the pleasure of serving with him on the executive committee of the Potomac Society for several years and have observed him in his element. He has spent numerous hours arranging the complex details of the society's events, always with a grace and ease that leaves the rest of us in awe.

While I am listing things about Stan that I admire, I must mention that he served his country honorably as an officer in the US Navy in-country during the war in Viet Nam.

To the thousands of people affected directly or indirectly by his efforts, although it unfortunately makes little or no difference legally, Stan's good works more than balance his lack of judgment in this business matter. I respectfully request that you thoughtfully consider Mr. Krejci moral conscience and his tireless contributions to his community.

Sincerely,

Craig R. Keith

201 North Fairfax Street, Suite 32, Alexandria, Virginia 22314
(703) 549-2290 • Fax: 549-2531

# Blankingship + Keith pc

A. HUGO BLANKINGSHIP, JR.
JOHN A.C. KEITH
WILLIAM H. CASTERLINE, JR.
SARAH ELIZABETH HALL
PAUL B. TERPAK
PETER S. EVERETT
DAVID RUST CLARKE
DAVID J. GOGAL
ELIZABETH CHICHESTER MORROGH
ROBERT J. STONEY
WM. QUINTON ROBINSON
JOHN F. CAFFERKY
WILLIAM B. PORTER
GIFFORD R. HAMPSHIRE

WILLIAM L. CAREY
MARY McGOWAN

MARK A. TOWERY, *counsel*

LEAH M. GARCIA
JENNIFER L. REDMOND
ANDREA D. GEMIGNANI
JEREMY B. ROOT
CHIDI I. JAMES
DANIEL E. ORTIZ
ELIZABETH VOYATZIS
LEZA CONLIFFE

Writer's E-Mail Address:
jkeith@bklawva.com
Direct Dial: (703) 293-7225

January 30, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   Stanley L. Krejci; Case No. 05-286

Dear Judge Sullivan:

I am writing this letter in support of my friend, Stanley Krejci. I have known Mr. Krejci personally and professionally for over 30 years, and I am pleased to vouch for his good character. I hope that my observations about Mr. Krejci will be of some use to you in discharging your difficult responsibilities in sentencing him.

First and foremost, I have always known Mr. Krejci to be an honorable man of absolute integrity and honesty. The situation which brings him before this honorable Court is a complete anomaly in Mr. Krejci's otherwise exemplary life, and although I do not know the details of the circumstances which gave rise to the charges brought against him, it is clear to me that the exigency of trying to keep a troubled business going was his overriding motivation, not personal gain.

Second, Mr. Krejci's service to the community has been almost legendary. He has contributed his boundless enthusiasm, estimable talent and leadership ability to numerous charitable causes including the boards of directors of such organizations as the Alexandria Symphony, the Campagna Center, and Goodwin House, Inc., to name a few. Mr. Krejci has worked tirelessly to raise funds for most of the charities with which he is involved. It is particularly in connection with Mr. Krejci's good works in the community that he has become widely known, admired and appreciated by a vast number of people.

Third, Stan Krejci is a devoted husband and father, a steadfast churchman, and loyal friend; consequently, he has the support of family, church and friends in the midst of this difficult time. Nonetheless, I know that this has been and continues to be a humiliating experience for him and his family and that the public airing of this matter has been particularly difficult for one who has been so prominent in the community. He has borne this burden with characteristic resilience and good cheer, but it has undoubtedly taken a toll on him.

# Blankingship ✢ Keith pc

Finally, Stan Krejci is a good and decent man, who realizes that he made a mistake, is remorseful for it and has taken steps to right the wrong that was done. I urge you to be merciful in imposing punishment on Mr. Krejci, to be mindful of the effect that this proceeding has already had on his life and to weigh the immense continuing value he has to the community and, of course, to his family.

Very truly yours,

*[signature]*

John A. C. Keith

JACK:lh

cc: Sandford M. Saunders, Jr., Esq.

Case 1:05-cr-00286-EGS    Document 11-11    Filed 02/06/2006    Page 4 of 15

Blankingship ✢ Keith pc

*Sherley Osgood Keith*
*5970 Wilton Road Alexandria, Virginia 22310*

January 19, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Sullivan:

I am writing to you in support of Stanley L. Krejci (case number 05-286), whose sentencing hearing is to come before you on February 23, 2006.

For more than twenty years, I have known Mr. Krejci as a friend, a fellow board member, the parent of one of my students, and a figure of great significance to the Alexandria community where we both live. I know him as a man of principle, conscience, and honor. I know him as a man of faith, whose extraordinary good works flow from a highly developed sense of altruism and social justice. Finally, I know him as man who adores his wife and children, who raised his son and daughter upon the American ideal that it is their responsibility to make the world a better place.

Mr. Krejci is something of a legend in Alexandria, having served on the boards of nearly every civic, business, and charitable organization in the city. He has been a wonderful friend to countless worthy causes, and I know you will hear from others about much of that work. What I want to write about, in particular, is his extraordinary service to two organizations: the Campagna Center of Alexandria and the Paul Public Charter School in Washington, D.C. The Campagna Center depends upon the resources of the Alexandria community in order to provide services and programs to the city's most vulnerable children. As Chairman of the Campagna Center Business Leadership Council, Mr. Krejci has worked tirelessly for many years not only to raise funds, but also to involve others in the work of this deserving institution. His commitment to the Paul Charter School has been no less fervent. Initially engaged as a consultant, Mr. Krejci so impressed the school's administration with his dedication to the educational process that they asked him to serve on their board. As a governor of the school, he has been deeply and delightedly engaged in all efforts to provide its students—all of whom are students of color or ethnic minorities—with rigorous academics, character development, and leadership training. Mr. Krejci's heart for service and his ability to bring communities together in mutual support are essential qualities of his generous nature.

Many years ago I was fortunate enough to teach Mr. Krejci's son, and I remember how impressed I was by his deep interest in what his boy was reading, how deeply he was thinking, and how his writing was coming along. But it was ultimately his son's integrity in which he

was most interested. He wanted him to be well educated, of course, but he wanted the young man to embody the basic fundamentals of goodness and decency: to tell the truth, to have moral courage, to be kind to his neighbors and to do them no harm. He brought up his daughter in the same way, and for decades he and his wife have been much admired in the community for their graciousness and good will, even more for their sound character and moral substance.

It is a paradox that Mr. Krejci should be in the situation in which he now finds himself. That his own actions were the cause of hurt to others goes completely against his nature, and he has been tried by his own conscience many times over. Although he has done everything in his power to make restitution, he will feel remorse for what has occurred for the rest of his life. While I do not in any way excuse whatever wrongs he has committed, I beg you to restore him to his family, his friends, and to the community that he has served so faithfully and so well.

                            Sincerely,

                            Sherley Osgood Keith

213 Prince Street
Alexandria, Virginia 22314
January 26, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd. and Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge Sullivan:

I am writing regarding Mr. Stanley Krejci and case number 05-286. I have known Mr. Krejci for more than 10 years. My association with him has been through our mutual volunteer work, extensively at the Campagna Center, a large social service agency located in Alexandria, Virginia. There Mr. Krejci and I served together on the Advisory Board for 6 years. More recently I have worked with him on the nominating committee to identify new Board members. Throughout the many years of my relationship with him, I have found him to be a remarkable champion for this organization, an enthusiastic and completely committed volunteer, who has given most generously of his time, intellectual capital, and resources to improve the organizational governance, and the lives of the children and adults who are served by the Campagna Center.

Mr. Krejci has been involved in many other civic organizations and is well recognized as a community leader. In these many settings he has always strived to serve the greater good of the organization and has been very effective in rallying support, increasing membership, increasing donors and their contributions, and being a very positive leader. He has worked tirelessly and selflessly to increase the visibility and financial stability of these organizations that rely for a considerable part of their revenue on private donations. Mr. Krejci's prominent stature in the community has benefited these organizations, because of his own vibrant personality and his extensive network of supporters and friends.

For all the reasons stated above, I urge you to consider the charges against Mr. Krejci in the context of the extensive positive contributions he has made for many years to the community. Additionally, please consider that from my perspective Mr. Krejci's actions in the subject case, and all his subsequent activities, have been motivated not for personal gain, but rather for the good of his associates and the organizations that he devoted himself to.

If you would like additional information, please call me on 703-684-1209.

Thank you for your consideration in this matter.

Sincerely,

Anne Kelly

**Richard I. Klein**
9721 Brimfield Ct.
Potomac, Maryland 20854
301-299-7237

January 28, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
Third and Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Case Number: 05-286

Dear Judge Sullivan:

I am writing on behalf of Stan Krejci to relate my experiences of having known and worked with Stan for over ten years.

For many years I worked closely with Stan on the Board of the Washington, DC chapter of the Financial Executives International. Stan was a fellow board member and we worked closely on a number of issues including membership, board recruitment, program content and chapter administration. This year, as President of the DC Chapter, I turned to Stan to coordinate our program even though he had completed his term on our board.

In all of my interactions with Stan I have found him to be honest, professional and of the highest integrity. I should add that in conversations with other board members after details of his case were published, I found that everyone I spoke to feels as I do about his honesty and integrity.

In addition, based on my recent conversations with Stan, I know he is stunned, sad and remorseful for what has occurred.

I hope this sheds some light for you on what someone who has known and worked with Stan for over ten years sees of him.

Sincerely,

Richard Klein

Lange Gasse 88<br>
4052 Basel<br>
Switzerland<br>
Tel: +41 61 271-5458

The Honourable Emmet G Sullivan  
US District Court for the District of Columbia  
3rd and Constitution Avenue, N. W.  
Washington DC 2001

18 January 2006

Dear Judge Sullivan,

Reference: Case Nr 05-286

I am writing on behalf of Stanley Krejci to urge to consider clemency in sentencing him in the above-referenced case. I live now with my husband in Basel, Switzerland, but am an American citizen and was a resident of Northern Virginia from 1975 to 1999.

Stan is one of my oldest and dearest friends, someone who has touched my life in many ways. Stan and I grew up in the same town, Hammond, Indiana, and I have known him and his family all of my life. His parents, who emigrated from Czechoslovakia, were resilient, high-minded and successful people, who had the respect of everyone in Hammond. Like his parents, Stan has always patterned his life on doing what is right—to his wife, children and friends. He also has a strong sense of his obligation as a citizen and has made countless and invaluable contributions to his community. I can say with certainty that Stan's efforts on behalf of others were in no way directed toward his personal gain. He is simply a person who loves reaching out and making the lives of others better. He and his wonderful wife, Gail, have done just that—improved many lives by being who they are, exceptionally warm people who spread love, joy and a spirit of activism wherever they go. They have always been ready to help others in time of need, whether it was a neighbor who was suddenly diagnosed with cancer or a friend who lost a spouse. And Stan has been an outspoken advocate of countless community causes. Whatever mistakes Stan made, he did not make them out of any criminal intent. If Stan is sentenced to imprisonment, it will be a loss to all who know him and it will deprive the Northern Virginia community of one of its finest citizens.

For the above reasons, I hope you will consider clemency in the case of Stanley Krejci.

Yours sincerely,

*Amy Knight*

Dr. Amy Knight

Lange Gasse 88
4052 Basel
Switzerland
Tel: +41 61 280 8750
Email: malcolm.knight@bis.org

The Honourable Emmet G Sullivan
US District Court for the District of Columbia
3rd and Constitution Avenue, N. W.
Washington DC 2001

18 January 2006

Dear Judge Sullivan,

**Reference: Case Nr 05-286**

I am writing to urge clemency in the sentencing of Mr Stanley Krejci, who has been convicted in a criminal offence in the above-referenced case.

When I learned of Stan's conviction, I was literally stunned. The financial crime of which he was convicted appeared to me to be an act that was inconsistent with his high moral and ethical standards. Accordingly, I immediately contacted him to register my full support for him as a reference to his honesty and upstanding character.

I am the General Manager and chief executive officer of the Bank for International Settlements (BIS) in Basel, Switzerland. Prior to becoming CEO of the BIS I served as Senior Deputy Governor of the Bank of Canada, Canada's central bank (1999-2003) and before that as a senior official of the International Monetary Fund, 700 19th St N.W. Washington DC (1975-1999).

I have been acquainted with Stan Krejci since November 1975, when I arrived in Washington with my wife, Amy, a close friend of Stan's from the early 1950s. Stan reached out to us as newcomers to Washington and we got to know him and his family extremely well.

During the 24 year period that my family and I were in Washington we met very frequently with Stan and Gail Krejci. Stan is one of the most open, kind, and honest people that I know. He has been a pillar of the community in Northern Virginia, very active in his church, in charitable causes, and in social and recreational clubs. He has been involved in a number of business endeavours, including retail services and executive search services, always to my knowledge exercising the highest ethical values and standards. He has a strong and stable family life and a deep commitment to friends, colleagues, and people less fortunate than he has been in life.

In light of my long and close contacts with Stanley Krejci I can only assume – as I noted at the beginning of this letter – that his conviction is the result of some terrible mistake on his part. It is totally out of his character and I cannot imagine him doing such a thing again.

I therefore respectfully ask you to consider Stan Krecji's fine character and unblemished personal record up to this point in determining the appropriate sentence in this case.

Yours sincerely,

Malcolm D Knight
General Manager & Chief Executive Officer, Bank for International Settlements, Basel, Switzerland

# BB&T Capital Markets | Windsor Group

12010 Sunset Hills Road, Suite 700
Reston, VA 20190
Phone (703) 471-8500
Fax (703) 471-3888
www.WindsorGroupLLC.com

January 27, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, NW
Washington, DC 20001

Re: Case Number – 05-286

Dear Judge Sullivan:

I am writing you to tell you about my strong respect for and admiration of Stan Krejci, the defendant in Case 05-286.

I have known and associated with Stan closely over the past 7 to 8 years. He is widely known and respected throughout the business community and numerous non-profit and charitable organizations. I know of no other person in the D.C. Metropolitan Area that has provided so much leadership and time to a great range of pro bono activities that enrich the entire community. I have observed and interacted with him on numerous Board of Directors and various community organizations. No one I am aware of has given so much for no monetary consideration to our community.

Stan has a reputation for integrity and honesty. I am confident that he is remorseful for what occurred. The community needs to continue to have Stan's leadership. I ask that you take into account the exemplary life Stan has led. We need his continued leadership and selfless contributions.

Sincerely,

J. Richard Knop
Sr. Managing Director
Co-Head Defense and Government Services Group



1743 Wazee Street
Suite 425
Denver, CO 80202
17 January 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001                    Case Number 05-286

Dear Judge Sullivan:

When many sons look back at their relationship with their fathers, they look back at the lessons they learned from them. Many sons think about how their fathers taught them to throw a football or tie a tie. These are not the lessons that I remember or that stick out in my mind. The most important lesson I learned and the lesson that has stuck with me through the years is: *giving is more important than receiving.*

Whether dressing up as Santa Claus for Christmas events, counseling friends and family on job opportunities, or sitting on the boards of various organizations in the D.C. area, my father's time has never been about him; it has always been about others. I do not think there is a more dedicated man to this community than my father. I used to be embarrassed growing up seeing my father head out the door in his Santa outfit to go to some event. Now I could not be more proud. I could never understand why my father would sit on so many community boards for free. Now I hope to someday be asked to do the same.

When my father first told me about this ordeal, I was devastated. After the initial shock wore off, I found myself even more devastated for my father when he told me that he was going to resign from the professional and community organization boards he was currently sitting on. I could not think of a tougher one-two punch for my father to take. This is a man who has never gone out of his way to achieve personal gain. This is a man who has always put others in front of himself and now he is not only being charged with a crime, but he is being forced to resign from organizational boards that he serves on for nothing else but the greater good of this community.

Everyday I wake up hoping that what my father is going through is just a bad dream. Everyday I wish this had never happened to my mother and father. Most importantly, everyday I want to hear that my father is back involved with his many organizations doing what he loves best: helping out the community.

People always tell me how much I look like my father. I hope one day people will tell me I remind them of my father.

Sincerely,

Andrew Krejci

Red Robot, Inc.
1743 Wazee Street, Suite 425 Denver, CO 80202
t. 303.296.8737 // f. 303.296.8736 // www.redrobot.com

January 27, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Reference: Case Number: 05-286

Dear Judge Sullivan:

I thank you for taking the time to read this letter to show my support to Stanley L. Krejci, whom, I understand is involved in the above referenced case.

My name is Shivram M. Krishnan, and I am the founder, President & CEO of INDUS Corporation, an information technology company headquartered in Tysons Corner, Virginia, providing high quality technology services to our Federal Government.

Your Honor, I came to this country in 1979 with $500 in my pocket to pursue higher education. Today, I am one of those blessed in life to own and manage a $100 million technology company, providing opportunities to hundreds of people in the U.S. However, this did not happen only because of my focus, perseverance, and hard work. It happened because of people like Stanley Krejci, who welcomed me with open arms and no biases, and mentored me by giving the best of what his life experiences had to offer.

I have known Stanley Krejci, professionally, for the past eight years. When I first met him, he was already a well known leader within the Washington Business Community, a leader who was known for his character and integrity in dealing with people. Over the years, as our professional relationship matured and also evolved into friendship, Stanley Krejci, has always been giving to me of his advise, business wisdom, guidance, and mentorship, without any expectation of a reward in return. His unselfish service to the Washington Business Community is characterized by his tireless volunteerism with several leading business organizations, to my knowledge, including The Tower Club Board of Governors, the Association of Corporate Growth (ACG), and the Financial Executives Association.

As the current President of ACG, I had the opportunity to work closely with Stanley Krejci in the past year, when I convinced him to join me on the leadership team as the President-Elect. As President-Elect of ACG, Stanley Krejci effectively used his leadership, volunteering, and mentoring skills to help incoming business leader members of ACG; convened and lead a team of volunteers to make recommendations on ACG's Charity Initiatives to help establish a Scholarship Program for deserving students from the leading Universities in the Washington region.

Your Honor, I can go on and on, but, in the interest of not wasting your valuable time, I want to conclude with the following appeal. With respect to the case in front of you, Stanley Krejci has been very remorseful for what had happened, has suffered personally, and has been humbled in front of the Washington Business Community. In sentencing Stanley Krejci, I appeal to you to consider a sentence that might require him to not only continue but redouble his efforts in serving the Washington Community, as opposed to one which might take him away from his family, friends, and the community.

I sincerely want to thank you for providing me with this opportunity to write to you.

Sincerely,

Shivram M. Krishnan
President & CEO
INDUS Corporation
1951 Kidwell Drive, 8th Floor
Vienna, VA 22182