JONATHAN AND BARBARA LANDERS
152 BOONE TRAIL
SEVERNA PARK, MD 21146
410-544-5527

January 25, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Sullivan,

We are writing on behalf of Stanley L. Krejci, to share our knowledge of and concern for Stan as a friend, a community leader and the father of a wonderful family and to ask for your consideration of leniency in his sentencing. As former neighbors of Stan and the Krejci family in Belle Haven, Virginia, we have known them and been close friends for over 14 years.

During that time, our daughters and Stan's son, Drew, attended school together. Our daughters were in his daughter's wedding, and we shared numerous family events and holidays together. We have stood elbow to elbow with Stan volunteering at numerous civic and neighborhood functions. Stan has been a personal advisor on financial, career and family issues and is always available with his time and support. Despite his full schedule of work, family and volunteer efforts, he always made time for us, and his other friends, and made you feel that you were his number one priority. To be honest, if Stan is truly guilty of anything it was in the over generosity of his time and support no matter how much he already had on his plate. Stan has been and is active in the community including serving on the boards of the Northern Virginia Community College Educational Foundation, the Campagna Center and the Alexandria Symphony.

Our families have shared many good and bad times together from graduations, to a wedding to a divorce in the family; both as neighbors and as friends spread across the country. As a result, we believe we know the Krejci family intimately and can honestly say that Stan and his family have already been severely punished by the events resulting from Stan's misguided actions. To add to the pain already endured by Stan, Gail, Stacey and Drew, by potentially separating the family or financially punishing the Krejci family, makes the need for the justice system to make an example of Stan's mistake, pale in comparison.

As his friends, we cannot image that he had any malicious intent for personal gain in his actions, but instead was working to help his company and its employees through a

difficult time. We understand that the mishandled funds have been returned to the appropriate accounts in full. While that does not alleviate Stan's poor judgment in this instance, we would ask that you seriously consider harnessing the good and untiring effort that Stan has always shown in determining an appropriate way for him to repay society. Utilizing the skills and truly good and generous character that we have always seen in Stan's actions towards his family, friends and community, in your sentencing determination, will truly have a much bigger impact on society than making an example of Stan's mistake by applying punitive measures.

Thank you very much for taking the time to read this letter and for your consideration.


Sincerely,

*[signature]*  
Jonathan W. Landers

*[signature]*  
Barbara B. Landers

Jan. 24, 2006

Honorable Emmet G. Sullivan
District Court for the District of Columbia
3rd. and Constitution Ave., N.W.
Washington, D.C. 20001

Ref: Case Number 05-286

Dear Judge Sullivan,

Please consider the following information about our personal friend, Stanley L. Krejci, as part of your sentencing hearing. My wife Sandra met Stan and his wife Gail approx. 37 years ago and has always valued their friendship and praised Stan's total commitment to his family and friends while generously contributing his time and talents to various

2)
community organizations.

Stan was especially kind and thoughtful toward Sandy during her first husbands struggle with cancer. Years later, when I began dating Sandra, he was very supportive and welcoming toward our ultimate marriage. Today, I am also proud to have Stan as my friend of 14 years.

Stan is a unique person whose life has been devoted to his family, country, friends and community. He is an extremely compassionate and caring person. The outcome of the courts sentencing hearing will effect all of us.

3)

Thank you for your thoughtful consideration in this matter.

Sincerely,

Bernie L. Lattner
Sandra P. Lattner
1511 Belle Haven Rd.
Alexandria, VA 22307

Hillary M. Lee
9637 Eagle Ridge Drive
Bethesda, Maryland 20817
301/365-8108
hemlee@aol.com

January 30, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, NW
Washington, DC 20001

Re: Docket 05-286, Stanley L. Krejci

Dear Judge Sullivan:

I have known Stan Krejci for almost thirty years, primarily on a personal level as a friend of both Stan and his wife, Gail, but also on a professional level as the teacher of his now grown daughter, Staci, when she was in the fifth and sixth grades at St. Agnes School in Alexandria, Virginia.

From a personal viewpoint, I know that Stan is an individual whose friendship, concern for others, and interest in supporting his community is tireless. He has extended himself to friend and acquaintance, and to numerous charitable causes – on countless occasions and in varied venues – and he does so with no thought of personal gain or status. His motivation is a genuine fondness for people and an honest passion about promoting the organizations that enhance the lives of ordinary citizens.

On a professional level, when I taught Stan and Gail's daughter at St. Agnes, I found Stan to be a warm, caring and conscientious parent, and an active supporter of the school – the latter through involvement that went beyond the expected volunteer commitment in school-related activities and events. Through the collective efforts of Stan and others who took a cue from his leadership and sense of responsibility, the school and its students benefited tremendously.

I hope you will keep these thoughts in mind when you consider Stan Krejci's case. He is an invaluable friend, a loving husband and father, and an exemplary citizen.

Sincerely,

*Hillary M. Lee*

Hillary M. Lee

9637 Eagle Ridge Drive
Bethesda, Maryland 20817

January 30, 2006

The Honorable Emmet G. Sullivan
U.S. District Court for the
    District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Re:    Case Number: 05-286

Dear Judge Sullivan:

    I have known Stan Krejci for almost thirty years. My relationship with Stan has been both personal and professional. I have entertained Stan and his wife Gail in my home and have been guests in their home on numerous occasions. Stan has been both a friend and a business associate. I have done business with Stan's current firm, the McCormick Group, only because of Stan. I have also been a long time member of the Association for Corporate Growth, a national business development non-profit organization. Stan recently served as President of the National Capital Chapter of this organization -- a chapter having 350 business professionals as its membership body. It is a tribute to Stan that this group of business leaders, many of whom know Stan well from his service in other leadership roles within the organization, had sufficient confidence in Stan to elect him as their leader. That Stan would receive such a vote of confidence is not surprising to me as I too have great confidence in Stan's abilities, character and trustworthiness.

    Not only have I worked with Stan, I also have known others who have worked extensively with Stan. As an active longstanding member of the Washington area business and legal communities (including thirty years as a D.C. Bar member), I know many professionals who also know Stan. I do not know anyone who has anything but the highest regard for Stan.

    I am aware that Stan has been a timeless supporter of many charities. He has a big heart and his efforts have benefited many who needed a helping hand. Stan's devotion to helping the fellow member of his community has made him an exemplary citizen.

The Honorable Emmet G. Sullivan
January 30, 2006
Page 2

    In my dealings with Stan, he has always exhibited the highest ethical conduct and I have known him to operate only on the highest moral ground.

    I urge you to bear in mind all the good Stan has done, and undoubtedly will continue to do, as you consider this case.

                                                    Sincerely,

                                                  Wayne M. Lee

*James M. and Elizabeth L. Lewis*
*1235 Aldebaran Drive*
*McLean, Virginia 22101*

January 29, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, DC 20001

    Re:    <u>Stanley L. Krejci Case Number 05-286</u>

Dear Judge Sullivan:

We are writing on behalf of Stanley L. Krejci whom you are scheduled to sentence in the above-referenced matter. Stan Krejci has been our friend for close to thirty years. We first met Stan in 1977 when we moved into a house just down the hill from Stan and his wife Gail and their two children Drew and Stacey. They welcomed us, we learned we attended the same church (St. Paul's Episcopal Church in Alexandria) and shortly they became dear friends. Later Drew and our daughter Lucy became playmates, Gail agreed to be our daughter Ellen's Godmother, and still later Stacey became our best babysitter. Over the years we have been in and out of each others homes, served together as volunteers, supported each other in difficult times, traveled together, and shared many meals and special occasions. Through this friendship, over much of our adult lives, we believe we know Stan well.

The purpose of our letter is to share with you some of the fine qualities we have experienced and appreciated in our friend Stan. We hope you will take this information into account in deciding his sentence.

Stan is a faithful friend. He has been loyal and supportive of us and our family through thick and thin and made great efforts to continue our friendship even though we moved to a new home thirty minutes away. He is warm , generous and always willing to help even when it is not pleasant or convenient.

Stan is a tireless volunteer. Over the years Stan has devoted countless time and talent to a multitude of charitable causes. He is always willing to host the event, serve on the committee, usher at church, help raise funds and even serve as auctioneer at charity auctions. He does all of this cheerfully and enthusiastically.

Stan is a devoted father and husband. He and Gail have a strong relationship and have raised two upstanding, engaging and successful children. He and Gail have instilled a strong set of values in their children. Stan has been the principal breadwinner for his family and has always provided a stable, happy home without ostentation or excess.

Stan is person of integrity. Over the years, we have known Stan to keeps his word, stand up for what is right and seek to live according to sound moral and financial principles. We expect him to do so in the future.

Should you have any questions, we can be reached as follows:

| | |
|---|---|
| James M. Lewis, Esquire | Elizabeth L. Lewis, Esquire |
| Holland + Knight, LLP | Cooley Godward, LLP |
| 1600 Tysons Blvd. | 11951 Freedom Drive |
| Suite 700 | Suite 1500 |
| McLean, VA 22102 | Reston, VA 20190 |

We thank you for reading this letter and for the care we know you will take in making this sentencing decision.

Sincerely yours,

*James M. Lewis*                                    *Elizabeth L. Lewis*

James M. Lewis                                       Elizabeth L. Lewis