

January 9, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

6905 Rockledge Drive
3rd Floor
Bethesda, MD 20817
P  301 897 2701
F  301 897 2702
www.qbit.com

Re: <u>Stan Krejci, Case Number 05-286</u>

Dear Judge Sullivan:

I write this letter in support of Stan Krejci.

I have known Stan on a business level since 1992, when I joined the D.C. Chapter of
Financial Executives International. Since that time, Stan and I have jointly served as
officers and on the local board of the organization, and I have had the pleasure of
working with him on many different conferences and monthly meetings. I also run into
him frequently at other local business group meetings.

I also know Stan professionally in his capacity as an executive recruiter, as well as
knowing Stan and his wife on a personal level, having had the pleasure of dining in their
home.

I can tell you that in all my years of knowing Stan, I have found him to be nothing but a
professional, businesslike, generous and caring gentleman. The circumstances
surrounding this situation are wholly inconsistent with all of my many experiences with
him over the past 14 years. His contributions of time and energy to the local business,
social and arts communities are immeasurable.

After factoring in all of Stan's positive attributes and contributions and how grossly
inconsistent this current situation is from both his historic behavior and who he is known
to be, I ask that you judge him with the greatest possible leniency.

Thank you.

Sincerely,

Michael J. Malesardi
Chief Financial Officer

cc: Stan Krejci

No bit left behind.

Mrs. Jean McGuinness
6201 Arkendale Road
Alexandria, Virginia  22307

January 20, 2006

Honorable Emmet G. Sullivan
United States District Court
3rd and Constitution Ave N.W.
Washington DC 20001

Dear Judge Sullivan

I am writing in favor of leniency for Stan Krejci. He has been a friend and neighbor of mine since 1976.

Stan gives much of his personal time to the advancement of those around him. His contributions range from being an advocate for music, art to providing food and reading programs focused on children and the aged.

Stan has apologized for the first major mistake that he has been accused of and I know that he feels remorse.

I feel that incarcerating Stan will not improve the community, nor advanced the arts, nor feed the poor.

Please grant leniency by giving the community a chance to continue to benefit from Stan's capabilities

Sincerely,
Jean Mc Guinness



# Applied Technology Group, Inc.
### www.AppliedTechnologyGroup.com

**January 24 , 2006**

**Honorable Emmet G. Sullivan**
**United States District Court for the District of Columbia**
**3rd and Constitution Avenues**
**Washington, D.C. 20001**

**Re: Docket Number 05-286**

**Dear Judge Sullivan:**

  I established a small manufacturing business located in Alexandria, Virginia with plants in Ohio and Michigan.   One of the first individuals interviewed for a management position in my fledgling business was Mr. Stan Krejci.  His educational, work history and military credentials were analyzed and after a personal interview, Mr. Krejci was offered a position within the company.  After due consideration, he selected another opportunity.

  **HARD WORK** - Over the 18 years since he turned down my offer, I have come to know Stan Krejci from both a business and a personal perspective.   He is a hard-working businessman, a loyal friend and through his charitable work, a friend to those in need.

  **MISTAKE** - In a fast-moving business there are many occasions in which a decision can turn out to be a huge mistake.  A review of the referenced docket indicates that Stan made a huge mistake influenced by hard work under the stress of keeping a business afloat. He has admitted to his mistake and has expressed sincere regret.

  Two business adages apply.  "Only those who work hard make hard mistakes", and Would you attempt to hire this individual again?  The answer to the latter is YES.

  Should Stan Krejci be sent to prison because of a bad business decision?  I sincerely believe that a prison sentence will not benefit society and would be out of proportion to an admitted business mistake.  Thank you for the opportunity to address the court.

Sincerely,
Applied Technology Group, Inc.

*James McGuinness*
**James McGuinness, Ph.D.**
**President**

**2401 Huntington Avenue  •  Alexandria, Virginia 22303-1531  •  (703) 960-5555  (703) 960-5575 Fax**

CHARLES POWELL MEAD, JUNIOR

26 Jan 2006

The Honorable Emmet G. Sullivan
United States District Court for
the District of Columbia
3ed and Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Case Number 05-286

Dear Judge Sullivan,

We are writing on behalf of Stan Keejci, our good friend of several years. Stan has unselfishly volunteered his time to a number of organizations, including the Alexandria Symphony and the Belle Haven Country Club, both of which he served as president.

We have personally observed the close, caring relationship Stan has with his wife Gail, his son Drew, and his daughter Stacey. We know Stan regrets the unfortunate business decisions he has made and the embarrassment and disappointment he has caused his friends and family.

In your sentencing, please consider the significant contributions Stan has made to his family and our community over the years.

Sincerely,
Charles P. Mead JR
Mary Jane Mead

# Fund for Education and Human Services

**Projects in Education**

January 18, 2006

The Honorable Emmet G. Sullivan
U.S. District Court for District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Reference Case # 05-286

Dear Judge Sullivan:

I am a member of the Board of Trustees of the District of Columbia Paul Charter School and it is in this capacity that I write without hesitation to attest to the importance of the contributions that Stanley Krejci has made to the school, its students, administrators, teachers, parents and community.

For thirty-five years, I have worked professionally with public and private schools, area colleges and universities and with many public and private institutions seeking to provide services to the students and teachers in the District of Columbia. During this long period of time, I have rarely encountered a more effective and dedicated volunteer than Mr. Krejci. Specifically, he is to be commended for the following and more:

- He has helped the school identify and select outstanding administrators, teachers and support personnel for the school.
- He has been instrumental in directing fiscal decisions setting up a top quality reporting and accountability system for both the capital and operating budgets.
- He has been one of the major catalysts in directing the school towards excellent academic programs that encourage students to become high achievers ready for high school and college.
- He has attended all Board meetings and helped identify highly qualified new members to serve the school
- He is a leader, a visionary and a catalyst for energizing the Paul Charter School staff and Board Members

1234 Massachusetts Avenue, N.W.    Suite 113    Washington, D.C. 20005
(202) 393-4919    Fax (202) 393-3914
E-mail: ProjectsInEducation@msn.com
Web Address: www.projectsineducation.org

# Fund for Education and Human Services

**Projects in Education**

I hope you will take all of the above into consideration when determining the future of Mr. Stanley Krejci.

Sincerely,

*Elaine C Melmed*

Elaine C. Melmed
Executive Director

1234 Massachusetts Avenue, N.W.    Suite 113    Washington, D.C.  20005
(202) 393-4919      Fax  (202) 393-3914
E-mail: ProjectsInEducation@msn.com
Web Address: www.projectsineducation.org

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, DC 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

January 25, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
Third Street and Constitution Avenue, NW
Washington, DC 20001

Re:     Stanley L. Krejci
        Case No. 05-286

Dear Judge Sullivan:

We are writing you in connection with the forthcoming sentencing hearing of Stan Krejci. Stan has been a close personal friend for three decades. Consequently, we have had an opportunity to observe Stan in numerous environments--in our neighborhood, at our country club and various social gatherings, as well as cultural events. It is our opinion without reservation that Stan is held in high regard by everyone that he has interacted with in our neighborhood and the Alexandria community at large.

This widespread respect for Stan emanates from his willingness to "get involved" in all aspects of life in our community. He served his country as a naval officer and ever since has continually volunteered to take leadership positions in numerous organizations in our community. In that regard, he has served on the board of Goodwin House, a senior citizen and assisted care facility in Alexandria, as president of the Alexandria Symphony, and as president of Belle Haven Country Club, to name just few of his many volunteer activities.

Stan was selected to head these organizations because of his reputation for accomplishment earned by his successful discharge of responsibilities and obligations in other volunteer positions. Stated differently, it is the inexpressible feeling of comfort when Stan is in charge that has motivated many of us to ask Stan to be our leader.

As beneficiaries of Stan's extensive efforts over the years we, as do many others, have total confidence in his honesty and integrity. We are hopeful that Stan's generous contributions to community life in Alexandria will be taken into careful consideration by the Court and that one abberrational event will be analyzed in the context of the many lives he has enriched over many years, the result of his unrelenting willingness to "get involved."

Sincerely,

*Dennis Meyer*                  *Rita Meyer*
Dennis I. Meyer        and        Rita M. Meyer
Senior Counsel

DIM/cmh

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

Mrs. Ann Dozier Michael
1715 Maple Hill Place
Alexandria, VA   22302

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, DC   20001

**Reference: Case # 05-286**

January 10, 2006

Dear Judge Sullivan,

I am writing this letter on behalf of Stan Krejci, whom I have known since 1978, when I moved into the house across the street from him.  In the many years of our friendship, I have known him to be a loyal friend, a trustworthy neighbor and confidant, and a model citizen in our city.   He has consistently proved himself to be the sort of caring and selfless citizen that has made a success of many of our local charitable organizations such as: The Campagna Center, The Alexandria Symphony, and Saint Paul's Episcopal Church.  He is a very welcoming person and is always including others in his wide circle of friends.

Stan has stood by me in my times of tribulation, and I am likewise doing the same for him.  I understand, as I am sure that Stan does, that he broke the law by committing a very unfortunate mistake.  I humbly suggest to the court that he not be punished by incarceration.  His family, friends and community need him.

With my sincere gratitude for taking the time to read this letter regarding my dear, faithful friend, I am

Sincerely,

Ann Dozier Michael
Associate Broker
McEnearney Associates Realtors

G. REVELL MICHAEL, AIA, RIBA

CHARTERED ARCHITECT

January 12, 2006

The Honorable Emmet G. Sullivan
United Stated District Court for the District of Columbia
3rd and Constitution Avenues, NW
Washington, DC 20001

Dear Judge Sullivan:

Re: Stanley L. Krejci.
Case No. 05-286

It has been my pleasure to count Stan Krejci as a friend for over thirty years,  It was my good fortune to take my turn as president of the Northern Virginia Fine Arts Association as the immediate successor to Stan.  I inherited a well-run organization that enjoyed the respect and good will of the entire Alexandria community.  Prior to his presidency our volunteer organization was on the verge of being taken over by the city because of our inability to meet our obligations.   In addition to installing professional staff, Stan instituted the practice of renting our facility, the Athenaeum, for special events such as receptions, weddings, and tea dances.  This enabled us to attain the financial security that had long eluded us.  His leadership is in large measure the reason Alexandria's Athenaeum is today one of the most prominent institutions in the Virginia Museum system.

Stan's tireless devotion to civic activities is evidenced in his acceptance of the responsibilities associated with being president of the Alexandria Businessmen's Club.  Stan re-organized our membership structure, encouraging new and younger members thus increasing ABC's influence among the movers in our city's commercial and financial network.

I write about these two activities because of my intimate personal experience with these organizations.  I am sure the Court will receive communications attesting to Mr. Krejci's leadership in the Alexandria Symphony and the Potomac Society and how much we have come to admire and respect him and his dedication to our community.  His recent resignation from the symphony has truly deprived that organization good-humored and energetic leadership.

On the occasion of his sentencing for his mistake, I would urge that the community's devotion to Mr. Krejci and his involvement in our lives be considered and that the Court impose the most lenient sanction possible.

Sincerely,

G. Revell Michael

Friday, January 27, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001.

Dear Judge Sullivan:

The purpose of my letter is to share my perspective of Mr. Stanley L. Krejci. Stan was one of the first people I met when I moved to Alexandria from New York City. He literally opened his home and the community to me. He went out of his way to help me during a tough transition. I will always be grateful for his kindness and thoughtfulness.

Because of Stan I am more involved in the community than I have ever been. Stan sets a high bar for all of us in terms of commitment and getting involved. He cares passionately about his family, his friends and his neighbors. One cannot begin to understand all that he has done for Alexandria. His work is not limited to the people he knows. He helps people who will never meet him through the Campagna Center in Alexandria. There are hundreds of young children who have opportunities and support because of Stan's efforts through the years. He has served the older citizens of Alexandria through his work with the Alexandria Symphony and its outreach to senior citizens.

Stan and Gail Krecji are a part of the fabric of Alexandria. They are a part of our families. They are great friends who celebrate the good times, but more importantly they are always there during the dark times offering light to help their friends find their way. It is rare to meet a person as generous as Stan. He would do anything to help anyone. Stan has a great heart and has been a blessing to me and my family.

I beg of you to show mercy on our community and please do not take Stan away from us. Show mercy on Stan and Gail and recognize their family has paid a great price enduring this crisis for the last few years. Stanley L. Krejci is a man of integrity. He would never intentionally hurt anyone or do anything unethical. He is also decent and strong enough to acknowledge that he is not perfect or above making a mistake.

Stan is a husband, father, brother, son, friend and neighbor – we all need him very much. Thank you for your consideration.

Most sincerely,

Mary Ann Millard

**Katherine L. Morrison**
**806 W. View Terrace**
**Alexandria, VA 22301**
January 7, 2005

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia 3rd and Constitution Avenue,
N.W., Washington, D.C. 20001.

Re:  Stanley L. Krejci
Case #05-286

Dear Judge Sullivan:

I am writing to inform you of my personal history with Stan Krecji, whose sentence
you will be deciding later this month.

I do not have in-depth knowledge of the issues to which Stan pled guilty, but I have
known Stan and his wife Gail for more than 14 years, primarily in my capacity as CEO of a
local human services nonprofit in Alexandria, VA.  Stan and I also have been associated
through the Rotary Club of Alexandria.

As you decide about Stan's sentence I ask you to consider the totality of his civic life
during which he has given a great deal of time and resources to help others.  Specifically, he
has been on the Board of Directors and chaired the Development Committee of the
nonprofit I lead, and in those roles Stan secured a number of significant donations.  Truly,
his work with Rotary, the Alexandria Symphony, a charter school in Washington DC and the
charity I lead all point to a selflessness and willingness to sacrifice for others that should be
considered in the judgments made about his future.

Please feel free to contact me if further details would be useful.  You can reach me at
home at 703/548-2819 or through email at kmorr806@hotmail.com.

Thank you for your consideration.

Sincerely,

Katherine L. Morrison

CARLOS A. MUNOZ
9603 Hillridge Drive
Kensington, Maryland 20895


January 11, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Reference case number 05-286

Dear Judge Sullivan:

I am writing on behalf of Stanley L. Krejci, who I understand is scheduled for sentencing in your court during late February. I recently retired from my position as senior vice president of finance and administration for the American Insurance Association and currently serve on the Board of Trustees of the Paul Public Charter School in the District of Columbia, where Mr. Krejci also serves. I also am a member of the Financial Executives International (FEI), where I served on their National Board for a three-year term and on the District of Columbia Chapter Board for ten years during the same period that Mr. Krejci also served.

I have known Mr. Krejci for approximately 15 years mostly on a professional level. During that time, I have seen him behave with nothing but the highest ethical and moral standards, and have observed in him a deep commitment to providing valuable service to the community. His unselfish devotion to community service is amply demonstrated by his having held leadership positions on the boards of various well-regarded nonprofit organizations, including the Goodwin House, Inc., Northern Virginia Community College Education Foundation, Campagna Center, Alexandria Symphony Orchestra, FEI, and the Association for Corporate Growth. As mentioned above, I also served or currently serve on two of those organizations' boards and can personally vouch for his integrity and honesty based on my own observations of his performance, which also included treasurer of both entities.

I was deeply saddened and shocked when I read the news of his guilty plea in the Interface Group matter. Upon approaching him and asking for an explanation, I found a profoundly remorseful man concerned that he had acted in a naïve manner during his tenure with the Interface Group. I am convinced that he did not act in a malicious way with any intent to defraud, and perhaps his only failure was in acting based on incomplete data. For that, he has already paid a price and learned an invaluable lesson.

Honorable Emmet G. Sullivan
January 11, 2006
Page two

Mr. Krejci in many ways has richly served the community and is valued by many as a contributing member to worthwhile endeavors. His sentencing will affect many, not least of which is that same community that has benefited so much from his services. And, of course, his family will be most affected.

Your Honor, I implore you to take the above matters into consideration when sentencing Mr. Krejci. I assure you that he is already serving a sentence---that imposed by his own conscience and the fundamentally unsettling events related to this matter. I respectfully suggest that further punishment would serve no one.

I genuinely hope that the above is useful to your deliberations.

Sincerely,

Carlos A. Munoz