# SHUJA NAWAZ

January 10, 2006

The Honorable Emmet G. Sullivan

United States Court for the District of Columbia

3rd and Constitution Avenue NW

Washington DC 20001

**Re: Case number 05-286**

Dear Judge Sullivan:

I am writing to you about Stan Krejci, whom we have known since the 1980s, when our children went to the same school in Alexandria, VA for about 10 years. He has also been a neighbor and an active member of the community. Recently, I have come to know him also as a self-less individual who devotes a lot of his time and effort to helping inner city children through his work at the Paul Charter School. Indeed, as soon as he found that I was taking early retirement from the International Monetary Fund, he made a case for me to join him on the Board of Trustees of that school. I was delighted to join him and found that he was extremely devoted to the venture. His giving spirit is contagious.

The current legal imbroglio that Stan finds himself in appears to be so out of character for the person whom I and our other friends have known for many years. He is an open, caring, and giving person, and a friend of friends. This situation has seriously affected him and he appears to have suffered mental anguish as a result of it. Clearly, Stan is very sorry for what has happened and, if given the chance, will more than make amends for whatever has happened.

I hope you will bear in mind his standing among our community and his upright behavior over the years when pronouncing on this matter in your court.

Sincerely,

Shuja Nawaz



January 9, 2009

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Ave., N.W.
Washington, D.C. 20001

Re: Case number 05-286

Dear Judge Sullivan,

Stan Krejci has been the Chairman of the Tower Club Advisory Board of Governors for the past 8 years in addition to being a founding Member of the Tower Club and a Member of the Board for over 15 years. I have been the General Manager of the Tower Club for the past 12 years and I have worked closely with Stan for all of that time. Stan's tireless efforts, on behalf of the Club, have been instrumental in making the Tower Club a successful entity and a 'center of gravity' for the Northern Virginia business community.

I won't bore you with the details about Stan's numerous duties and responsibilities as our Board Chairman, yet I want you to know that all of the policy decisions that we had to make as a team, were made with honesty, integrity and never to personally benefit Stan, directly or indirectly in any way. It is my personal opinion, based on numerous experiences with Stan, that if he ever did anything perceived as wrong or incorrect, it must have been an honest mistake or oversight.

Please take this glowing character reference into consideration when deliberating his case.

Sincerely,

John Nicholas
General Manager
The Tower Club

8000 Towers Crescent Drive, Suite 1700, Vienna, Virginia 22182
(703) 761-4250



The Honorable Emmett G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Sullivan,

I'm writing on behalf of Stan Krejci case number: 05-286.

I've know Mr. Krejci over the last two years in his capacity as Treasurer of the Board of Trustees for Paul Public Charter School. Mr. Krejci is a volunteer who spends countless hours promoting the school goals and locating avenues for additional resources. During his tenure the school has received above average performance in all categories of organizational and fiscal management on the annual school performance review conducted by the D. C. Public Charter School Board. He also serves as the head of our nominating committee and has just recruited four new Board members to fill vacancies of retiring members.

On a more personal note, Stan cares deeply about this school and advocates for better pay for our teachers and staff, promotes professional development conferences and training and believes strongly in our mission "to educate our students and to develop in them the capacity to be responsible citizens, independent thinkers and leaders.

We would sincerely miss his big smile and warm hugs. He has touched the lives of many families here and the consequences of sentencing would fall not only on his family but also on the Paul family.

Sincerely,

Barbara Brent Nophlin
Head of School



Wednesday, January 18, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, NW
Washington DC 20001

Dear Judge Sullivan

Case number 05-286

I am writing to the Court on behalf of Stanley L. Krejci. Stan has been a family friend since shortly after I arrived in Alexandria about 20 years ago. His enthusiasm for life creates a magnet. This magnetism is truly contagious for each of us who have been near enough to become a friend. Stan cares, in a manner which I describe as "beyond the basic," about his family, his friends and Alexandria.

I recall a time 11 years ago when our son was about 20. He was just finishing the University of Virginia and trying to understand the world of work when Stan volunteered to read and markup his resume. Stan then also counseled him on the best way to handle an interview because Stan is not content with the basics. This young man today remembers the lesson and has taken Stan's advice to heart each time he has been faced with a job change. At the time no one made a big issue over what he did. It was just Stan's way. From my own perspective, he has gone beyond the basics as he has shared with me his understanding of the complex subject of career choices, while maintaining his enthusiastic and positive opinions.

He has contributed this "beyond the basic" talent to multiple organizations in Alexandria; whether it is as an auctioneer for the Alexandria Historical Society or a board member for the Alexandria Symphony or at the local country club. His community contributions exceed those of many of us. They are a model to strive for.

If he is not in the community, he can not contribute. It is that simple. His "beyond the basic" talent is needed by all parts of his community.

That is my opinion.

Sincerely,

James T Norman

Copy to:
Mr. Sandford M. Saunders, Jr.
Greenberg Traurig
800 Connecticut Avenue NW
Suite 500
Washington, DC 20006

Mr. Stanley L. Krejci
6111 Vernon Terrace
Alexandria, Virginia 22307

---