January 17, 2006

The Honorable Emmet G. Sullivan
United States Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Sullivan,

My name is Geoffrey V. Parker. I am an independent business consultant and a resident of Alexandria, Virginia. I am writing to you on behalf of Stanley L. Krejci, who is the subject of case number 05-286 and is awaiting sentencing in that case.

I have known Stan for over ten years. He is a neighbor, and I have been associated with him in numerous business and philanthropic activities and social gatherings. I can attest to his credibility and honesty. He has served in fiduciary positions as President and Board member of a broad number of organizations in this and other communities. He is tireless and effective in all of his efforts and his performance has always been exemplary.

The circumstances leading to Stan being before you are most unfortunate and seem to have resulted from an error or mistake rather from any deliberate act on his part. He certainly did not personally benefit from what transpired. He is both deeply embarrassed and remorseful and, of course, this has taken a heavy toll on his wonderful family.

Stan Krejci is a good man and citizen. I hope that this will be recognized in his sentencing procedure and that if any punishment is to be ordered, it would be mimimal.

Thank you for considering this letter of support for Stan.

Sincerely,

Geoffrey V. Parker

# Peck Advisory Services

9111 Tetterton Avenue
Vienna, Virginia 22182

703.405.4884

January 16, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

RE: Case Number 05-286

Dear Judge Sullivan:

As you consider the sentence for Stan Krejci, I would like to let you know what I think of Stan Krejci.

Our world is full of a lot of great people. In summary if the world was full of Stan Krejci's it would be unbelievably great. It would be a better place to live and work.
    Stan is not selfish but unselfish,
    Stan is not a taker but a giver,
    Stan is not a destroyer but a builder,
    Stan is not a follower but a leader,
    Stan is not just a face but a committed doer.

In my more than 20 years of knowing and working with Stan in the business community, it has always been clear to me that;
1) His family comes first.
2) He joins organizations and spends time on their affairs to make a positive impact and not to just have his name associated with a good cause.
3) He cares about people and has always asked me how he can help me rather than asking me how I can help him.
4) He is and has been very visible at the Tower Club and the Washington Metropolitan Board of Trade, there are few if any functions I attend where Stan is not also attending.

I do not know the details of the case but it would be hard for me to believe that Stan did anything in a mean spirited or self-serving manner. Maybe in helping to turn a company around he was blinded and did a wrong but surely not the man I've know for all these years could have done something in a mean spirited manner. He is too tender to do this.

For his sake, his family's sake and the sake of the Washington, DC business community, I beg you to give him the lightest sentence possible. Stan is a good man.

Thank you for your time and consideration of this important matter. I have enclosed my personal profile for your reference and would welcome the opportunity to discuss this further if it would be beneficial, please free to contact me.

Sincerely,

Dale B. Peck

Enclosure

# DALE B. PECK
9111 Tetterton Avenue
Vienna, VA 22182

Dale is a retired partner of Beers & Cutler. He merged his practice into Beers & Cutler, a leading accounting and consulting firm serving Metropolitan Washington companies in 1989 to form the Virginia office. He applied the same skills in growing his former accounting firm a client a week for 5 years as he did in growing the Beers & Cutler practice to be the largest regional accounting firm based in Northern Virginia.

During Dale's 17 years at Beers & Cutler he served clients in the manufacturing, construction, retailing, and wholesaling, distributing, technology and publishing industries. Dale's service included among other things, tax planning, examining financial statements and merger/acquisition assistance.

In 1968, Dale joined Arthur Andersen's Washington, DC office and served clients in the Winnipeg, Canada and San Francisco offices for 10 years. He served primarily publicly owned companies such as Levi Strauss, Marriott, Alumax, USLICO (formerly United Services Life Insurance Company, Bankers Security Life Insurance Society and Bankers Financial Life Insurance Company), International Bank, K-tel Records and Smithfield Foods. Large non-public companies that Dale served were American Bankers Association, Andrews Federal Credit Union, and National Geographic Society.

In addition to the normal audit work for his clients, he assisted in the early 1970's with the mechanization of the accounts receivable process for a retailer and development of an international controller's reporting system for a client operating in 33 countries.

Dale was recruited in 1978 from Arthur Andersen to join Bankers Security Life Insurance Society, United Services Life Insurance Company and Bankers Financial Life Insurance Company as the principal

accounting officer. These companies later merged to be known as USLICO. During his time at USLICO Dale served separately as the liaison to the audit committees (all contained different members and chairmen) of all 3 companies. He also was involved in the early 1980's with the completion of two $30 million acquisitions. He assisted in the development of an Internal Audit Department. While the Department technically reported to the CEO, the department reported administratively to him (this was pre Sarbanes-Oxley). Dale's total direct reports while at the insurance companies exceeded well over 100 with three accounting departments located in Washington, DC, as well as accounting departments located in Bellevue, Washington and Bismarck, North Dakota reporting to him through controllers and/or CFO's at all locations.

In 1984, Dale founded an accounting firm and grew it a client a week for 5 years and then merged with Beers & Cutler to allow him to continue to grow his Northern Virginia practice. During this time period, Dale became involved in the community and is serving or has served on 12 not-for-profit boards of directors with most service provided in a leadership capacity as evidenced by him being President of the County Club of Fairfax (1984), Chairman of the Fairfax County Chamber of Commerce (1991) and Chairman of the Greater Washington Region American Heart Association (2005-2007). In 2001 he was awarded the Public Service Award by the Virginia Society of Certified Public Accountants.

Dale received his Bachelor of Science degree in Accounting from Old Dominion University. He is a Certified Public Accountant licensed in Virginia. Dale and his wife reside in the Washington, DC area.

# DALE B. PECK

## Employment History

| | |
|---|---|
| 1968 – 1978 | Arthur Andersen |
| | Washington, DC |
| | Winnipeg, Canada |
| | San Francisco, CA |
| | |
| 1978 – 1984 | United Services Life Insurance Company |
| | Bankers Security Life Insurance Society |
| | Bankers Financial Life Insurance Company |
| | Washington, DC |
| | |
| 1984 – 1989 | Dale Peck & Company |
| | Fairfax, VA |
| | |
| 1989 – 2005 | Beers & Cutler PLLC |
| | Washington, DC |
| | Vienna, VA |

## Memberships

American Institute of Certified Public Accountants

Virginia Society of Certified Public Accountants

Economic Club of Washington, DC

Tower Club

River Bend Golf & Country Club

Fairfax County Chamber of Commerce

# DALE B. PECK

## Board of Director Experience

**Public Company Boards of Directors**
  Cardinal Financial Corporation
  · Board Member
  · Executive Committee Member
  · Audit Committee Member

**Non-Public Company Boards of Directors**
  American Heart Association
  · Chairman
  · Gala Chairman
  · Sponsorship Chairman

  Capital Forms & Systems, Inc.

  Country Club of Fairfax
  · President
  · Treasurer
  · Various Committees

  Fairfax County Arts Council
  · Finance Chairman

  Fairfax County Chamber of Commerce
  · Chairman
  · Treasurer
  · Audit Committee Chairman
  · Various Committees

  Family Business Forums
  · American University Family Business Forum
  · George Washington University Family Business Forum
  · Northern Virginia Family Business Forum

  Northern Virginia Community College Education Foundation
  · Finance Committee

  Northern Virginia Technology Council
  · Treasurer
  · Various Committees

  River Bend Golf & Country Club
  · Finance Committee

Also served on the following Boards of Advisors:

**Public Company Boards of Advisors**
  United Bank (formerly George Mason Bank)

**Non-Public Company Boards of Advisors**
  Network Alliance, Inc.

Served as Public Company Audit Committee Liaison and as Chief Financial Officer for the following public companies:
  Bankers Security Life Insurance Company
  United Services Life Insurance Company



CASSIDY & PINKARD

January 30, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

RE: Case Number 05-286

Dear Judge Sullivan:

It is with a heavy heart that I send this letter for your consideration. I believe our country is too easy on many who commit crimes and that punishments should more severe in many cases. However, I must say that I cannot fathom how serve punishment or jail time for a man like Stan Krejci does our society any good.

Judge, the Stan Krejci that I have known for over 15 years is a good person that has helped improve our community. He has been actively involved in organizations such as the Northern Virginia Community College, Northern Virginia Technology Council, the Campagna Center, the Paul Public Charter School in DC and the Association for Corporate Growth to name a few.

I first met Stan as a young and raising professional in the Northern Virginia community. He went out of his way to be kind and helpful to me. I watched him give of himself to his community in many ways and most of them unselfishly. Fast forward 15 years and I think of Stan as the Mayor of Belle Haven. His neighbors and friends say that he is a true gem. He is one of the people that have helped build Northern Virginia's technology community into the fantastic, energetic and vibrate community that it is today. It has been through both civic and industrial giving that he has touched our community in such a wonderful manner. Please know that he is extremely regretful of what happened. In my opinion, he has definitely handled this situation better than the majority of people in similar circumstances.

Judge, this is an example of the kind of person that truly reflects Stan Krejci. Some six years ago my wife had just moved to the Washington area; she met Stan at a community function, they spoke in-depth for sometime. Before the evening was over, she had informed him that we were looking to acquire a new home. Well Stan kicked into what I call "Stan gear"! This means he invited her to his home to meet his wife and discuss which homes would be coming available in the Belle Haven area. Stan considers Belle Haven the best and most friendly neighborhood in Washington DC. He then followed up

The Honorable Emmet G. Sullivan
January 30, 2006
Page 2 of 2

as promised and introduced her to several people. He took her under his wings to help this stranger to him out by going "above and beyond". That is the Stan I know and love. He loves people, life and wants only the best for everyone!

Judge if I see a weakness, it would be that he went out of his way to help save the company. Was it bad judgment – most likely considering how much remorse Stan feels today. Is it worth sending him to jail? In my opinion, this would be an injustice to Stan and our society! Your Honor, I have never written such a letter in my life and have not written this one lightly. I believe in my heart that Stan was trying to save the company and did not mean to harm anyone. Under such stresses, mistakes can be made whether in bad judgment or just error. That he may be guilty of; however, trying to harm someone – never!

Stan is a father, husband and very good man. In my opinion it does our society no good for him to end up in jail; actually it would serve just the opposite – bad for our society, bad for Stan, his family and friends. If he has to be punished, make sure it is in a way that he can do more good for our society!

Thank you for considering my thoughts. Should you desire more information, please contact me at 703-906-3145.

Sincerely,

Dale E. Powell
Managing Director