# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (202) 282-5000 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH | FACSIMILE (202) 282-5100 | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE |
| | www.winston.com | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |

NICHOLAS S. REYNOLDS
(202) 282-5717
nreynolds@winston.com

January 31, 2006

Honorable Emmet G. Sullivan
United States District Court
 for the District of Columbia
Third and Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Docket No. 05-286

Dear Judge Sullivan:

I write in connection with the forthcoming sentencing hearing of Mr. Stan Krejci in your court. We have known Mr. Krejci socially and professionally for over 20 years. We were stunned when we learned of the matter pending before you, because the charges suggest a Stan Krejci who would be totally unfamiliar to us. We know him to be community minded, forthright, and of sound judgment. He has been active in a variety of civic and charitable efforts over the years. Indeed, we know of no one more involved in the community than Stan Krejci. He has a lovely family of which he is supportive and to which he is dedicated. Obviously his family has already suffered grievously in light of these charges. And he, himself, has been most remorseful of his actions and pained by this experience.

Thank you for taking the time to read this letter. It is written in the hope that it will provide more context about the man before you. As we understand the situation, restitution has been accomplished so that in the end no one has suffered financial harm. The loss of face and damage to reputation that this experience has caused to Mr. Krejci are punishment enough to someone held in such high esteem in the community. In these circumstances, we urge you to be most merciful in your sentencing of Mr. Krejci.

Sincerely

Nicholas S. Reynolds



January 23, 2006

Honorable Emmet G. Sullivan
United States District Court for the
District of Columbia
Third and Constitution Avenue, N.W.
Washington, D.C. 20001

Case # 05-286

Dear Judge Sullivan:

I'm sure with your very full docket you see many people caught up in the tentacles of our justice system. But I would venture to say you've likely not seen many, if any, like Stan Krejci. In my over forty years in business I've never met anyone like Stan.

I've known Stan since he came to work at The McCormick Group, an executive search firm, in August 2000 where I have been for over eleven years, most recently as Vice President of Business Development. Stan and I comprise the business development team. It is our responsibility to generate executive searches for the company. While I know that Stan's friends, community leaders, clients and family are also writing you, I want you to get a sense of who Stan is from his closest co-worker. My perspective and point of view may be like no other.

Stan came to The McCormick Group at a time when business was in a lull. The tech boom had gone bust and we were in the midst of a slow recovery. As a result, Stan had to fight hard to build a base of business but he had a persistence and determination about him that was immediate evident to us all. It took about a year but those qualities paid off, big time. Today he is extremely successful and has had a wonderful, positive impact on our company.

Stan is hugely successful and a real magnet for business because he conveys a true sense of trust and confidence. People can feel it. You likely know people like Stan. When you first meet him you feel at ease right away, like you've known him for a long time, and the conversation is immediately loose and flowing. Individuals in all types of business settings- presentations, one-on-one meetings, networking functions- are always impressed with Stan and instantly like him. He makes people feel good in an honest and sincere way, not at all contrived or self-serving. People give back to Stan what he gives to them. Everyone universally likes him. I have not met anyone that has anything negative to say about Stan Krejci. No one. Never.

*1525 Wilson Blvd., Suite 550, Arlington, Virginia 22209 (703) 841-1700*

Krejci – page 2

He is overly generous in his time and devotion to other people. He frequently goes far beyond what is required in servicing his clients. He is able to establish strong relationships with clients that continue far beyond the time and effort it takes to complete a search. One classic example is that after conducting a successful search for Paul Charter School in Washington, DC, the Board of Directors was so impressed with Stan that they asked him to join the Board and become its Treasurer. There are other examples just like the Paul Charter School. In my years in executive search I've rarely, if ever, seen someone so embraced by his or her clients. It's a great example of Stan's commitment to his clients and, in turn, how they see Stan as more than just a service provider.

Stan's generosity and commitment is always on display. He is constantly offering to help others in every way imaginable, "Let me help," or "I can do that for you." His co-workers constantly approach Stan for advice. They see Stan as someone with his feet planted firmly on the ground, with good sense and a great perspective that can help them in time of need. He has earned their unwavering support and respect. When his co-workers became aware of Stan's situation and they learned the facts they instantly rallied around him offering encouragement and assistance. His clients reacted exactly the same way. Not one client turned their back on Stan. In fact, just the opposite took place. They bombarded Stan with phone calls asking what they could do to help.

Initially, the business community reacted with disbelief. Then, when they learned what actually happened their disbelief turned to genuine anger. Every businessperson I talked with that had any command of the facts thought the charges brought against Stan were ridiculous. CFO's with an intimate knowledge of the procedures involved were especially outraged and very vocal in their belief that charges never should have been brought against Stan.

I think the charges against Stan Krejci are outrageous. More to the point, it's unjustified to even accuse Stan and an embarrassment to our judicial system. I can't believe prosecutors brought charges in this matter. I'm sorry you have to waste any of your time. It never should have been brought before you. When you look closely look at the facts in this case, as you must, the simple conclusion you should reach is that all charges should be dismissed.

Sincerely,

Paul Rothenburg
Vice President