

**Club Managers Association of America**
1733 King Street
Alexandria, Virginia 22314-2720

**James B. Singerling**
Chief Executive Officer

January 31, 2006

The Honorable Emmet G. Sullivan
U. S. District Court for the District of Columbia
3rd and Constitution Avenue N. W.
Washington, D. C. 20001

Re: Case number: 05-286

Dear Judge Sullivan:

I am writing to communicate my observations of Mr. Stan Krejci as a community leader and as a friend. I am the CEO of an international association headquartered in Alexandria, Virginia. I serve on the Board of the Alexandria Chamber of Commerce, the United States Chamber of Commerce Committee of 100 CEO's, The Alexandria Symphony Orchestra and the Boards of two 501 c (3) foundations. I have a wife and two daughters who live in the Belle Haven neighborhood where Stan Krejci and his family reside.

The above being noted, I have known and observed Stan Krejci for over fourteen years. Whether it was buying Girl Scout cookies from my daughters, volunteering as Santa at our Christmas activities for the neighborhood or attending multiple breakfast meetings for our community organizations (usually followed by multiple evening meetings for more community organizations). I have never been fortunate enough to have worked with a more devoted, community-minded individual. Stan always said "yes" when asked to offer advice and support to all community service organizations. He not only helped organize fund-raisers; he also supported and attended these events.

This communication could go on for pages stating the numerous Boards and Committees that we have served upon. I will not take your time with those proclamations of his commitment to bettering our community. I must, however, express my unqualified respect for Stan Krejci as a neighbor, as a business associate, as a fellow volunteer and as a very nice man. It is not often enough that one has the opportunity to meet an individual that can have the impact that Stan Krejci has had on my community.

It is my sincere hope that he will be able to continue to contribute through his involvement in our daily lives and those of our children.

Sincerely;

*James B. Singerling, CCM, CEC*
Chief Executive Officer

(703) 739-9500  •  Fax (703) 739-0124  •  e-mail jim.singerling@cmaa.org

<div style="text-align:center">

**CHARLES HENRY SMITH**
604 KINGS CLOISTER CIRCLE
ALEXANDRIA, VIRGINIA 22302

</div>

January 12, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001.

Re: Stan Krejci
    Case No. 05-286

Dear Judge Sullivan:

    I am writing on behalf of Stan Krejci, who will be sentenced in your Court in February. Stan has pleaded guilty to an ERISA violation regarding the use of 401(k) funds for which he was a fiduciary.

    Stan has been a model for community service over the years, always willing to take on a new task for any of the many organizations he has served. His intent has never been self-glorification, but rather genuine interest in making improvements within his community. These positions are without compensation, and often are thankless jobs struggling with difficult community issues. Yet Stan has always embraced the challenges with an enthusiasm uncommon even among volunteers.

    I personally have served with Stan on the Board of Trustees of Goodwin House, Inc., a not-for-profit continuing care retirement community, where he has shown his characteristic zeal for rolling up his sleeves and jumping into the fray on the many issues surrounding senior living.

    When I look at the crime that Stan has willingly admitted he committed, and I look at his long history of community service, I see a man, who, once again, was trying to solve a problem within an organization, not taking money for his own advantage.

    I urge Your Honor to recognize the heartfelt remorse expressed by Stan, his commitment to his community, and consider a sentence that reflects the nature of the man rather than the nature of the crime.

    I thank you for your kind attention in this matter.

<div style="margin-left:50%">

Sincerely,

*[signature]*

Charles Henry Smith

</div>

<div align="center">
John A. Stehl
5110 Colebrook Place
Alexandria, VA 22312-2145
</div>

Hon. Emmet G. Sullivan
United States District Court for
The District of Columbia
3rd and Constitution Ave. NW
Washington, DC 20001

Re: Case# 05-286

January 25, 2006

Dear Judge Sullivan,

I am writing this letter on behalf of Stan Krejci. I have known Stan for seven years, both professionally as a colleague at The McCormick Group, Inc., and also as a friend.

I have worked alongside Stan in the executive search business for six years. This profession requires a high degree of honesty and integrity in order to build a solid reputation, as it is a totally non-regulated industry. The industry ultimately depends upon strong ethical behavior by a search consultant and his firm, or you are out of business quickly. As far as honesty and integrity issues are concerned, Stan Krejci stands "at the head of the class".

I know you hear quite often about how a given defendant has "suffered enough" already come sentencing time, and the accompanying appeals for mercy. I will not belabor that point, although these unfortunate circumstances have taken an enormous toll on Stan and his family. He is extremely remorseful for what has occurred.

You will likely hear from others, as you will from me here, about Stan's impressive history of giving back to the community. In my professional life of 30+ years, I know of no one who has given more to his community as well as non-profit professional organizations than Stan Krejci. His work with The Campagna Center (which runs D.C.'s Head Start Program), Alexandria Symphony, and Paul Public Charter School (in the District of Columbia) have distinguished Stan as an individual who cares about his community.

Stan Krejci's life has touched many lives in many ways.

Indeed, would it not be our greater DC community's loss, if Stan were not able to continue in these charitable works? If there were such a thing as community service in the Federal sentencing guidelines, I believe it could be documented that Stan has served a "life sentence" of such efforts, given purely from his servant's heart.

It would be easy to ramble on about Stan Krejci's unselfish ways, but I do not intend to compromise the message that you must send regarding ERISA trusteeship and the sanctity of qualified plan assets. I am sure that you have already gathered that Stan never benefited (or ever intended to personally benefit) from the ERISA assets.

As a former pension consultant for over ten years, I can fully appreciate the need to send this message. I would also ask you, Your Honor, to send a message to the public that the Court can show mercy in such extraordinary situations as Stan Krejci's. It seems to me that there is no need to rehabilitate Stan with any form of incarceration. I am confident that his public embarrassment for him and his family is the best form of deterrent, if there were a future opportunity to use poor judgment in a similar situation.

I hope that you will find compassion for Stan, so that the "greater good", in my opinion, can be served.

Sincerely,

John A. Stein
Principal
The McCormick Group, Inc.
Managing Member
Leveraged Gifting Partners, LLC

# THOMPSON COBURN

*Thompson Coburn LLP*
*Attorneys at Law*

Suite 600
1909 K Street, N.W.
Washington, D.C. 20006-1167
202-585-6900
FAX 202-585-6969
www.thompsoncoburn.com

January 27, 2006

Timothy Sullivan
202-585-6930
FAX 202-508-1028

Honorable Emmet G. Sullivan
U.S. District Court for the
 District of Columbia
3rd and Constitution Ave., N.W.
Washington, D.C. 20001

Re:   Stanley Krejci, Case No. 05-286

Dear Judge Sullivan:

I have known Stan Krejci and his family for over 20 years. Our oldest daughter and his son, Drew, were classmates in both pre-school and high school, and my wife and I got to know the Krejcis through that experience. In addition, Stan served as Belle Haven Country Club's representative to the Country Club Swimming & Diving Association for several years, an organization that I was also active in and was President of in 1999 and 2000.

During all of the years that I have known Stan, I have been staggered by his community involvement and his willingness to take on leadership positions. Never a shrinking violet, he always represented his constituents zealously; when he decided something needed to be done, he knew how to achieve it. Stan was constantly at the forefront of the people raising funds for countless organizations in Alexandria, including the Alexandria Symphony, and he has served as the auctioneer at large charity events more than anyone else I know. The fact is that people know Stan has a huge heart, and he developed a reputation as the person to go to when funds needed to be raised for a worthy cause.

In addition to his civic contributions, Stan and Gail have raised two wonderful children, and he was the kind of dad who always rearranged his busy schedule to be in the stands or on the sidelines when his children competed in the several sports in which they excelled. If parental support was needed for any of these activities, Stan was always there to help.

The Stan Krejci I know is a solid citizen and a good man. I have always been proud to think of him as a friend, and, while I do not minimize the gravity of the plea that he has entered, I would ask Your Honor to take into consideration the fact that Stan has been a model citizen and community leader for a very long time; that he has repaid the funds that apparently were taken; and that he can do far more good on the outside, working in our community, than he could ever do in prison. Stan Krejci is an enormously talented man who certainly has already

3288101

Honorable Emmet G. Sullivan
January 27, 2006
Page 2

paid a huge price as a result of this ordeal. I have great difficulty believing that a prison sentence would serve any useful purpose in this instance, and I would urge Your Honor to seek an alternative sentencing approach to the extent possible.

Sincerely,

*Timothy Sullivan*

Timothy Sullivan

ts/ts

3288101