**Comsat INTERNATIONAL**

*H. Brian Thompson*
*Chairman*
*Comsat International*
*1600 Tysons Boulevard, Suite 550*
*McLean, Virginia 22102-4865*

January 25, 2006

Honorable Emmet G. Sullivan
US District Court for the District of Columbia
Third & Constitution Avenues, NW
Washington, DC 20001

Dear Judge Sullivan:

I am writing in reference to your case # 05-286 in the matter which will be heard in your court shortly involving Stan Krejci. While I am not knowledgeable about all the facts in the case, I am very saddened by its prosecution and concerned about its outcome given what I do know about the situation, and especially what I know about Stan.

Stan has been a personal friend for about 20 years and was involved in the industry I have worked in for my professional lifetime—telecommunications. When Stan was the CFO for Metrocall many years ago when paging was one of the mainstays of communications, he was known to all as not only a thoughtful and competent financial officer, but one who could be counted on to "do the right thing". He ran programs of public interest for the local Financial Officers Association and it was there that I first met Stan.

Since that time, I have come to know and greatly respect Stan and his wife Gail, for their intrepid involvement in their neighborhood and the broader community of Alexandria. They have given tirelessly of themselves and their resources to so many causes I have found it virtually impossible to find anyone who doesn't hold them in the highest esteem throughout the community. They expect nothing in return for their graciousness and Stan is always there for his immediate family, his friends, and then for anyone in the community who seems to be in need of assistance. Frankly, what makes most sense in this case is that Stan was trying to help those in his office through a difficult time, and after leaving the firm, was unaware of how things evolved. There is no other way of understanding this predicament, as he has never—to my knowledge—ever thought of benefiting personally from what he undertakes for others.

Honorable Emmet G. Sullivan
January 25, 2006
Page Two

With due respect, the fact that this case has even gotten to your court seems a real miscarriage of the purpose of the law, not to mention the grievous hurt that it has already brought to someone it should not. While there may be some measure of misjudgment in the fact base of this case, there clearly cannot be any "intent" shown or proven if I am any judge of Stan's character. Indeed, the pain that the published press coverage has brought to Stan and his family, and the requirement that he withdraw from all the public boards and eleemosynary programs he has pursued with diligence these past years, has likely caused more damage to him personally and potentially to all those served by his efforts, than your court ought to consider either fair or just in this case.

I would beg the court to consider that this man has brought more joy and hope to the people he touches than I can describe here, and rather than to extract further separation of Stan and that public for whom he cares so much, it would seem to me that you could fashion a public service "requirement" for him that makes the very best of this situation for all concerned as well as those in Alexandria who may yet benefit from his touch.

I ask that you consider these comments coming from not only a friend, but someone who, as Chairman of Comsat, has seen firsthand the quality of how such a person can create a sense of values in our broader community that makes companies like ours want to locate here and to broaden our community involvement accordingly.

Judge Sullivan, I trust in our system of justice, and am certain you will do the right thing by Stan in this case. Thank you for considering my comments.

Sincerely,

H. Brian Thompson
Chairman, Comsat International