January 26, 2006

Honorable Emmet G. Sullivan
United States District Court
  For the District of Columbia
3rd & Constitution Avenue, N.W.
Washington, D.C. 20001

                Re: Case No. 05-286—Stan Krejci

Dear Judge Sullivan:

      My wife and I are writing you with respect to our friend Stan Krejci who is to appear before you for sentencing.

      We have known Stan and his family for about 30 years. We often visit one another, share family celebrations and have participated together in school and community activities. As you no doubt know from other friends, Stan has always been tireless in providing friendship and comfort to his family, friends and community. His contributions have been hands-on and meaningful. He is one of those exceptional people who are energizing forces among their friends and in their communities—a leader of substance.

      I would like to focus on one facet of his activities that has directly impacted me—his willingness to step in and quietly provide comfort and assistance to those in distress. When I was having personal difficulty dealing with the unexpected need to restart my professional life late in my legal career, Stan sought me out and provided counseling that helped me accept my circumstances and to move forward without bitterness. More recently, Stan has volunteered to counsel my son who is having difficulty finding a way in his profession. It is not unusual for Stan to volunteer his insights this way—he has often counseled young adults as they attempt to make responsible choices to balance their careers and their personal lives.

      Now, in his time of distress, Stan not only has faced his situation forthrightly, as he has taught others, but he has continued to help others. We hope that you will see Stan as his friends do and that you let Stan remain with his family and heal among his friends and community. You must balance many factors as you judge Stan---but rest assured that Stan is an exceptionally good person and that his family, friends and the Alexandria community want and need Stan to continue contributing to our lives.

                                      Sincerely,

                                      David A. Vaughan
                                          and
                                    Patricia Magee Vaughan

325 Mansion Drive
Alexandria Va. 22302
703 548-9845

January 28, 2006

Dear Judge Sullivan,

I am writing to you in reference to Stanley Krecji - case number 05-286.

I first met Stan when he was invited to join the Board of Directors of the Compagna Center which I was chairing at the time. Stan quickly became one of the Board's most valuable Directors.

The mission of The Compagna Center is to provide programs and services for the children and families in Alexandria. Stan was instrumental

in organizing the Business Leadership Council and educating its members about the programs of The Campagna Center which include Head Start, Early Head Start, a before and after school day care program and several others.

Stan and his wife, Gail, have always actively supported many non-profit organizations in Alexandria with their time and financial support and our community will continue to need their valuable help.

Sincerely,

Joan Vogel

**Virginia B. Voght**
**401 North Lee Street**
**Alexandria, Virginia 22314**

January 22, 2006

Honorable Emmet G. Sullivan
U. S. District Court for the District of Columbia
3rd and Constitution Avenue, NW
Washington, DC 20001

Dear Judge Sullivan:

I am writing this letter in support of Stanley Krejci, case number 05-286, who I have known for 30 years. As neighbors and parents of children the same age, Stan and his wife, Gail, quickly became good friends of ours. My husband and I admired the interest and time Stan showed in rearing his own children and were grateful for his influence on ours. He was always present at pre-school programs and performances and had a supportive word for each of the children. You can imagine our delight when a couple of years later we took the children to see Santa Claus at the Campagna Center's Scottish Walk and discovered a familiar face behind the beard. That is when my husband coined the term, "Stanta". However, Stan took his job seriously and our children never suspected that the jolly old man in red was our own Mr. Krejci.

As Chairman of the Alexandria Red Cross, I again witnessed Stan's unselfish dedication to our community, as we were organizing our first gala last spring. When I asked Stan if he would serve as our auctioneer, he willingly accepted and never mentioned charging a fee, as many who perform this function do. In addition to donating his services, he gladly participated in all our promotional efforts and was definitely instrumental in the overall success of the evening.

The appealing thing about Stan is that he genuinely likes people and serving his community. He takes an interest in everyone, and his generosity and personal kindnesses to our family and others in Alexandria have been widespread. He is a favorite with all my children and they join me in asking that you please consider the vital part Stan plays in our community when deciding his sentencing. We need people like Stan Krejci who are always looking for ways to make this world a better place to live.

Sincerely,

Virginia B. Voght

**JANET VON STERNBERG**
415 PRINCE STREET
ALEXANDRIA, VIRGINIA 22314

January 31, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, DC 20001

Re: Case Number 05-286

Dear Judge Sullivan:

I am writing this letter on behalf of Stan Krejci, whom I have known socially for over six years through our joint service on the Board of The Campagna Center, a non-profit organization located in Alexandria which serves over 1000 children and their families each year.

In working with Stan over the years on various committees, I have been impressed by his command of details, his ability to cut through confusion and obfuscation in an honest and forthright manner, and his managerial and financial acumen. He has a great ability to handle many complex matters with enthusiasm and dedication. You are surely aware of his many contributions to philanthropy in Alexandria through active, involved service on many boards and commissions. I have never had any reason to doubt his integrity or honesty.

I am quite certain that the events of last year which led to Stan's present sentencing hearing stemmed from a desire to help co-workers in need rather than to benefit himself. I do not believe that he personally profited from any misappropriations of company funds and is very remorseful for the suffering he has caused his family, friends, and community. His absence from the scene of late has been very noticeable as he can always be counted on to give unstintingly of his time and energy to social causes. He was well on his way to developing new leadership for The Campagna Center Board when he was forced to resign his impending chairmanship.

It is my hope that you will give Stan's numerous personal strengths thorough consideration and understand what a blow it would be for the community to lose his leadership for any period of time.

Sincerely,

*Janet J. von Sternberg*
Janet J. von Sternberg, Ph.D.
Retired Professor of Psychology

**SAINT PAUL'S EPISCOPAL CHURCH**
228 South Pitt Street • Alexandria, Virginia 22314
703 • 549 • 3312 • www.stpaulsepis.com

The Reverend Oran E. Warder
RECTOR

December 21, 2005

Dear Judge Sullivan,

I am writing in support of my friend and parishioner, Stan Krejci, who is the defendant in case number 05-286. My name is The Rev. Oran E. Warder and I have known Stan for six years as Rector of St. Paul's Episcopal Church in Alexandria, Virginia. Stan is active in the church, participating as a Eucharistic Minister, and is known and relied upon for his leadership in the church and the community.

One thing that still touches me deeply is the extraordinary help he was to his godson, Geoffrey Brock, who was 14 years old when his father died. Stan took his role seriously as godfather to this young boy and was steadfastly present throughout the time of mourning and beyond.

In civic activities as well as in church life, Stan can be counted on to serve faithfully and well. His gifts as a leader are quickly obvious but he takes it one step beyond that. He is effective in recruiting people to help and gives them encouragement and shows his support. His efforts result in the raising up of new leaders.

The seriousness of the charge he faces has been a terrible blow to the community. Stan is widely known, respected, and trusted. He is already living under a considerable burden in terms of the sentencing.

Sincerely,

*[signature]*

The Rev. Oran E. Warder
Rector, St. Paul's Church

"SHINE AS A LIGHT IN THE WORLD TO THE GLORY OF GOD"



**WILLIAMS WHITTLE ASSOCIATES**
INTEGRATED MARKETING COMMUNICATIONS

January 16, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, NW
Washington D.C. 20001

RE: Case Number 05-286

Dear Judge Sullivan:

I have known Stan Krejci and his family for more than 20 years. I have had occasion to know him socially as well as through business, and currently through our mutual trusteeship on the Board of Goodwin House Inc., a continuous care retirement community in Alexandria.

I have always known Stan to be selfless in his dedication to bettering our community through his involvement not only with Goodwin House, but also with numerous other civic and charitable efforts.

His greatest achievement has been being a father of two wonderful children who seem to be taking after him in their devotion to their community.

If ever there were a citizen of our community who is deserving of your consideration for leniency, it would be Stan Krejci.

Sincerely,

Robert L. Whittle
President and CEO

711 Princess Street, Alexandria, Virginia 22314 · 703.836.9222 · Fax: 703.684.3285 · www.williamswhittle.com
Member of ICOM · A Worldwide Agency Partnership.

**WILLIAMS WHITTLE ASSOCIATES**
MARKETING COMMUNICATIONS

D. Anderson Williams
*Chairman*

Jan 9th '06
Ref. Case # 05-286

Dear Judge Sullivan,

You will hear from no better judge of Stan Krejci than myself. My firm and family have been good citizens and denizens of this community for over a quarter century. My many accomplishments and contributions pale in comparison to Stan Krejci. Alexandria Virginia would not be what it is today without Stan's community service. His enthusiasm and generosity has touched and influenced every corner of our town. Just the thought of sentencing Stan Krejci would be a strike to the heart of our community.

Sincerely,
D. Anderson Williams

711 Princess Street, Alexandria, Virginia 22314 • 703.836.9222 • FAX: 703.684.3285 • E-mail: awilliams@wwafsp.com
*Member of the International Federation of Advertising Agencies*

FORREST E. WILLIAMS
6130 VERNON TERRACE
ALEXANDRIA, VIRGINIA 22307

1 FEB 2006

Honorable Emmet G. Sullivan
United States Court for the District of Columbia
3rd & Constitution Ave N.W.
Washington, D.C. 20001

Re: case # 05-286

Dear Judge Sullivan,

I am writing to you in support of Stanley Krejci who will come before you shortly for sentencing.

I have known Stanley and his family for over 25 years both professionally and socially. I have worked with him in the charity area around Alexandria for many of those years. Seldom, have I encountered someone with his zest to contribute back to the community, take charge in whatever projects he undertook, and saw them to their successful conclusion.

His son Drew and my son Clarke grew up together and are best friends. While they were in St Stephens St Agnes together, Stan and Gail were very involved in the school's fund raising events. Stan could always be counted on to act as a host emcee or auctioneer for any charity event. I could not guess how many dollars he has been responsible for raising for the local institutions in our community.

Obviously the community, his friends, and most particularly his family are devasted over

efforts of a number of people together to lend support and help the family through this tough time.

My son is also writing you in this regard because Stan has touched him during the relationship he has had with Drew over the years. In fact I am sure you will be deluged with letters of support from his friends and neighbors in the vast community he has served so faithfully over the years. You can see our support is sincere and we truly respect Stan and how richly he has contributed to our lives and the community he has been associated with.

The consequences of sentencing are dire, as I'm sure you are well aware, and my simple plea is that you use as much compassion as you can in exercising your duty to the law in consideration of how much Stan means to our community and to how much he has selfishly given of himself to Alexandria.

Sincerely,

*[signature]*

First Vice President and Branch Manager
Wachovia Securities, LLC

January 24, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Sullivan:

I have had the privilege of knowing Stanley L. Krejci for the last twenty-five years. We have served together on countless civic organization boards; for many of which, Stan has served as the President. His energy, commitment and devotion to his community have been unparalled. Never have I known an individual to have as much dedication as Stan to the betterment and improvement of our city. To state it simply and concisely…Stan is "Mr. Alexandria."

I have respected and admired Stan for many years. He is an incredible leader with boundless enthusiasm for innumerable worthwhile causes. In fact, I have often said to Stan "How do you do all that you do?" He can miraculously juggle a multitude of tasks… conducting himself at all times with extraordinary charisma, superb organizational skills, eternal optimism and boundless energy.

Stan is the ultimate gentleman and has a kind word and friendly smile for everyone. Stan takes a sincere interest in others. He is always very kind and caring. Thus, Stan has a huge circle of friends who love him dearly.

We all make mistakes in our lives. And perhaps Stan has exercised misjudgment. But I can only respectfully ask that you take into consideration Stan's extraordinarily exemplary life when you render your decision.

Alexandria needs Stan…and Stan needs Alexandria. He is indeed a pillar of our community and I deeply hope that Stan will be able to continue to contribute to and support the community that he so dearly loves.

Sincerely,

Donnan C. Wintermute

January 13, 2006

2008 Fort Drive
Alexandria, Va. 22307

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, C.C. 20001

Dear Judge Sullivan:

I am writing this letter in reference to case number 05-286 regarding my long-time neighbor and friend Stan Krejci. Stan and his family have been friends of mine for over 20 years. His wife has been in a prayer group with me and their children attended school with mine.

Stan has always been deeply committed to his family, his work and his community. I can't think of anyone who has volunteered more of their time to the social fabric of the Alexandria community. He and his wife Gail have tirelessly entertained for whatever event they have been asked, be it social or professional , to further the involvement of the community. I have never had reason to question his character, integrity or honesty.

This is to ask you to take his sincere remorsefulness for what has occurred into account and how it would impact on his family, friends and community as you decide this matter.

Sincerely,

*Nancy Ziegler*

Mrs. Ronald L. Ziegler (Nancy)