# MEMORANDUM

To:         Stan Krejci

From:       Hope Johnson

Subject:    Money Purchase Pension Plan

Date:       February 18, 1997

---

The purpose of this memorandum is to follow-up on my oral request in July 1996 regarding The Interface Group, Ltd., Money Purchase Pension Plan.  The last accounting provided to me was through December 31, 1995, that my plan was 100% invested.  The value according to that document was $54,990.71.

In July 1996, I had requested  that the money be rolled over into an IRA of my designation.  As of this date, such action has not been taken.  I am formally making this request again.

In order for me to plan appropriately for retirement, it is necessary to know what the value is today and I am especially concerned that the assets in the account continue to have investment gain. Without having control over the funds, I am not aware whether or not my investment objectives are being met.

I would appreciate a response in a timely manner as this has been going on for almost a year. Hopefully, this will be resolved by  February 28, 1997.