MEMORANDUM

TO:        Stan Krejci

FROM:    Hope Johnson

DATE:     June 4, 1998

SUBJECT: Statement of Account for Cash or Deferred Arrangement Profit Sharing Plan

This is a formal request to receive my Statement of Account for The Interface Group, Ltd., Cash or Deferred Arrangement Profit Sharing Plan for the Plan Year ending December 31, 1997.

Since March, this request has been made verbally but to date the statement has not been provided.

Thank you.