## GORRELICK, TIEVY & ASSOCIATES, INC.
*Actuaries and Employee Benefit Consultants*

ALLEN GORRELICK
MICHAEL I. TIEVY
JANICE R. SVEDA
JOY A. MILLER
LISA M. EPPARD
KAREN FRIEDEL
PATRICIA RAWLINGS
NANA A. WATERS
STEPHEN J. EPPARD

Suite 400
1803 Research Boulevard
Rockville, Maryland 20850
E-mail: gtainc@erols.com
Facsimile: (301) 762-6607
Telephone: (301) 762-6600
Writer's Extension:   3013

October 12, 1999

VIA FACSIMILE - (202) - 342-7221

Mr. Stanley Krejci
The Interface Group, Ltd.
2445 M Street, N.W.
Washington, D.C. 20007-1435

Re:   The Interface Group, Ltd. Money Purchase Plan
      The Interface Group, Ltd. Profit Sharing Plan

Dear Mr. Krejci:

The tax forms for the plan year ending December 31, 1998 must be filed with the Internal Revenue Service by Friday, October 15, 1999.

After numerous phone messages, we have not received any response from your office. In order for us to complete the administration for the plan, we must receive the census request form as soon as possible, in any event, no later than Wednesday, October 13, 1999. If we do not receive this information by Wednesday, we cannot be held responsible for any penalties imposed by the Internal Revenue Service for late filing of the forms.

Feel free to call Kimberly Vermillion or me with any questions.

Sincerely,

*Patricia Rawlings*
Patricia Rawlings

PR/pr