UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal No.: 05-286 |
| : | |
| STANLEY KREJCI, : | |
| : | |
| Defendant.  : | |

### DEFENDANT STANLEY L. KREJCI'S SUPPLEMENTAL FILING

Defendant Stanley L. Krejci ("Mr. Krejci"), by and through counsel, respectfully submits this Supplemental Filing containing letters written on behalf of Mr. Krejci since the filing of his Sentencing Memorandum on February 6, 2006. Again the letters are tabbed alphabetically, by the author. In particular, we draw the Court's attention to the letters of Mr. Krejci's wife, Gail Krejci and his daughter, Stacey Krejci, *see* Tab K.

Respectfully Submitted,

STANLEY KREJCI,

By his attorneys,

Sanford M. Saunders, Jr.
Greenberg Traurig LLP
800 Connecticut Avenue, NW
Washington, DC 20006
(202) 331-3130
saunderss@gtlaw.com

A. John Pappalardo
Greenberg Traurig LLP
One International Place
Boston, MA 02110
(617) 310-6072
pappalardoj@gtlaw.com