Rodney B Buck
6619 Heidi Court; McLean, VA 22101
703-790-546   rbuck@columbiaresearch.com

February 17, 2006

Honorable Emmet G. Sullivan
United States District Court for The District of Columbia
3rd and Constitution Avenue, NW
Washington, DC  20001

Re case number 05-286

Dear Judge Sullivan:

I am writing as a friend and business associate of Mr. Stan Krejci.  I have known Stan in a variety of capacities over the past ten years.  I have known Stan as a leader in our business community.  I have worked with Stan in leadership capacities within not for profit organizations. I have been a recipient of Stan's personal generosity as he has shared of his talents in multiple capacities. Through these multiple viewpoints, I will share with you the daily importance of Stan to his fellow leaders in our community.  Hopefully, I along with others will provide you with broad representative viewpoints on Stan as an individual and as a community leader.

Stan is a caring person.  On many occasions, Stan has gone out of his way to help others.  Stan has reached out to me multiple times as I have gone through career changes just to see how I was doing and to offer his assistance and friendship.  He has done the same for many others, including some of my personal friends.  Within the past year, Stan was instrumental in advising a mutual friend to take on the Chief Executives role for the Columbia Lighthouse for the Blind.  Thanks to Stan's efforts, the Columbia Lighthouse is now serving more vision-impaired individuals in our community than ever before.

Stan has a meaningful and positive business impact on our regional business community.  As a leader within The McCormick Group, Inc., Stan has provided critical assistance to many business executives and to multiple small and medium sized companies in our area.  Within the past 2 or 3 years, I have watched Stan assist three growing small businesses build their boards of directors with high quality business leaders.  One of these three businesses recently encountered financial difficulty.  Thanks to Stan and the strong board of directors he helped put in place, this business has found its way back to financial health.

Stan actively volunteers his time and talent as a leader within multiple not for profit organizations in our community.  For many years Stan served as President and as an officer and director for the Financial Executives Institute.  Stan has also served as President and as an officer and director for the Canadian American Business Council and

The Tower Club. These are organizations I am familiar with and can personally attest as to the selfless contributions Stan has made towards making these not for profit organizations successful. Stan is also known as an active member of his church community and as a leader supporting multiple Episcopalian organizations.

I have worked side by side with Stan as a fellow officer and director of The Association for Corporate Growth. Stan has served multiple committees of this organization and most recently served as its President – Elect. Stan has tirelessly supported this organizations programs and as its Membership Chairman saw the membership double within a few short years. Stan has built meaningful personal and business relationships with the members of ACG. Stan is greatly respected as a leader who cares, practices good and impartial decision making, and as a personal contributor that helped lead this organization into a place of prominence in our regional business community.

As I am sure you have heard from many, Stan is a caring member of our community who personally and actively makes a difference for multiple businesses and not for profit organizations through sharing his leadership and business talents. Stan is also a caring friend who actively and continuously reaches out to help others. As you deliberate, I ask that you not impair Stan's contributions to our regional community. We in the community need Stan, his selfless contributions as a leader and his personal advice and friendship. Don't take this away from us.

I respectfully submit this communication as a friend of Stan's, but also as an officer, director and past President of the Association for Corporate Growth and as President of The Columbia Group, a growing business serving the federal government within our regional community.

Respectfully

*[signature]*

Rodney B. Buck

Networking & Engineering Technologies, Inc.

January 31, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, DC 20001

Reference: Case number: 05-286

Dear Judge Sullivan:

I am the owner of a 50-employee Information Technology company, based in Northern Virginia. We provide services and products to the Federal government as well as to commercial organizations. This letter is being written on behalf of Stan Krejci, with whom I've worked in various volunteer capacities.

I met Stan when I joined the Board of Trustees of the Alexandria Symphony Orchestra (ASO) three years ago. It was a pleasure and honor to work with Stan on the ASO's Executive Committee as we managed the financial aspects as well as the musical content of upcoming concerts. Based on our relationship working with the symphony, Stan asked me to volunteer with another non-profit, the Campagna Center. In 2005, Stan facilitated the sponsorship of my induction to the Alexandria Club of Rotary International.

I have worked closely with Stan in these organizations, and he has impressed me with his selfless dedication to their causes. He has always demonstrated himself to be a leader of strong character and integrity, exemplified by his consistent and genuine support of his community, friends, and colleagues. Stan has also introduced me to several business and community leaders throughout Alexandria. Based on his community service and his involvement in Alexandria, he has earned the adoration and respect of his peers. I am one of many colleagues that are thankful for his honest and sincere efforts to inspire businessmen to work together to support various volunteer organizations.

The purpose of this letter is to express my strong feelings regarding the potential impact that the sentencing of Stan will have on several organizations with which he is involved. I feel certain that they will suffer greatly if he is no longer able to continue his volunteer work with them. Without his vision as a key leader, decision maker, and implementer these organizations, and to some extent, the community as a whole will be negatively impacted. Based on this, I strongly recommend that the impact on the community should be considered when deciding on his sentence.

Sincerely,

Ronal E. Butler
President, N.E.T.

2750 KILLARNEY DRIVE • SUITE 207 • WOODBRIDGE, VA 22192
Voice (703) 897-0879 • Fax (703) 897-0728 • info@netengtech.com • www.netengtech.com