

COLUMBIA LIGHTHOUSE for the BLIND

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, NW
Washington, DC 20001

RE:   Stan L. Krejci
      Case Number 05-286

Dear Judge Sullivan,

Since 1900, Columbia Lighthouse for the Blind (CLB) has offered programs and services which enable individuals who are blind or visually impaired to obtain and maintain independence at home, school, work and in the community since 1900. Columbia Lighthouse for the Blind offers a variety of programs and services for children and adults who are blind or have low vision; including adaptive technology, professional and career services training, low vision services, rehabilitation, children's services, independent living and older adult programs.

Stan Krejci has met with several program and services staff and is committed his resources, time and skills in assisting CLB with our children's programs, more specifically his affiliations in Head Start programs, as well as his knowledge and understanding of all our programs and those we serve. Stan shares a vision similar to CLB as community focused and serving those in our community that are most in need of our services. It is because of Stan's passion and commitment that we are able to partner with local community schools and offer services to children who are blind or visually impaired within their system.

With Stan's support, Columbia Lighthouse for the Blind eagerly approaches the continuation of our mission as well as expanding our community outreach with dedication, enthusiasm and commitment.

Sincerely,

Anthony J. Cancelosi
President and CEO

INDEPENDENCE IS OUR VISION

1120 20th Street, NW, Suite 750 South | Washington, DC 20036 | T: (202) 454-6400 or (877) 324-5252 | F: (202) 454-6401
6200 Baltimore Avenue, Suite 100 | Riverdale, MD 20737 | T: (240) 737-5100 | F: (240) 737-5101 | www.clb.org

# ANTHONY J. CANCELOSI

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, NW
Washington, DC 20001

RE:   Stanley L. Krejci
      Case Number 05-286

Dear Judge Sullivan,

I am proud to provide this letter on behalf of Stan Krejci. Stan is a highly intelligent, perceptive and community oriented human being. Our relationship, both on a personal and professional level, began ten years ago. During that time frame, I have witnessed Stan grow in learning, in character, in depth of understanding the needs of our community and witnesses his commitment to fulfilling those needs. He seeks truth in every area of his life, whether in learning, discussing business, or relating to his family and friends. Because of his positive disposition, his reflective way of operating, and all of the character traits that make him unique, Stan's knowledge and expertise is valued and welcomed throughout all his contacts.

Due to Stan's shining example of dedication to business organizations and the community at large, I felt comfortable in introducing Stan to the Association of Corporate Growth (ACG) not only as a member but also a potential board member. As he has done in all aspects of his life, he proved to be an extraordinary resource, an exemplary listener and a willing mentor to those around him.

Always, in his work and in his personal life, Stan is consistent, dedicated and passionate, enthusiastic, cheerful, and a pleasure to work with. He has incredible creative energies and a refreshing idealism tempered only enough to accomplish what needs to be done. To exemplify this, Stan has agreed to serve on the Presidents Council for Columbia Lighthouse for the Blind (CLB).

As President and CEO of Columbia Lighthouse for the Blind, I anticipate that Stan's dedication, commitment and enthusiasm will lead to numerous opportunities for the blind and visually impaired individuals in our community. Stan's unending dedication to the community marries perfectly with CLB's mission and vision in serving the blind and visually impaired community.

Sincerely,

*[signature]*

Anthony J. Cancelosi