1359 Snow Meadow Lane
McLean, Virginia 22012
January 28, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution, N.W.
Washington, DC 20001

Dear Judge Sullivan,

Having known and respected Stanley L. Krejci since 1992, I write with concern and support of his case, 05-286.

Stan and I first met when he was a Member and I an employee, Membership Director, at the Tower Club in Vienna, Virginia. I was Membership Director at the Tower Club for thirteen years, 1992-2005, and am now Director of Federal Business Development for Appian Corporation, a software company.

Stan's reliability and reputation made him an excellent choice for Chair of the Board of Governors at the Tower Club, a position in which he served from 1993 or 1994 through 2005. Stan advised the Club and its staff, led Board meetings, spoke on to the press and community on behalf of the Club, and was a trusted advisor to the owning corporation, ClubCorp, a worldwide club and resort owner based in Dallas. Our many interactions over the running of the Club were collegial and respectful, with the frequency of several times a week for over a decade. His leadership was even-handed and considerate, and his good reputation grew with each year of service.

I know Stan personally as advisor and friend. He and I had many discussions about my career; he was willing to mentor at the drop of a hat. I came to understand the search business through Stan and several of his partners at McCormick Group. We also had many discussions, one as recent as a Christmas lunch, on parenting: how tough but wonderful it is to be a good parent, and how blessed we each are with great kids.

There is not a crooked bone in Stan Krejci's body. Stan has touched and led many lives, mine among them, and he deserves your mercy.

Sincerely,

Ardell Taylor Fleeson
Director, Federal Business Development, Appian Corporation