6111 Vernon Terrace
Alexandria, VA 22307

February 17, 2006

The Honorable Emmet G. Sullivan
United States District Court for the
  District of Columbia
Third and Constitution Avenue, NW
Washington, DC 20001

Dear Judge Sullivan:

Re:  Case Number 05-286

When I sat down to write what was the first of many drafts of this letter, I thought I faced the daunting task of helping you to know Stanley Krejci, the man to whom I have been married for over 35 years. This man is not a man who would ever intentionally break the law, or put in jeopardy the retirement funds of his co-workers. Over the last several weeks, we have been privileged to read the outpouring of letters to you from Stan's friends, colleagues, neighbors and people in the community with whom he has worked, so I feel that others have told you of the character of the "real Stan Krejci," in business, in the community and in his friendships.

I would like to briefly tell you about the man whose core values were instilled in him by his father, a man who came to this country as a young boy; who came to love his adopted country and had a burning desire to give back to the community that had nurtured his dreams. He was still, in his early 90's, working as an unpaid fund raiser for a small Catholic college in Indiana. He would, if he were alive today, be so proud of his son who took his admonitions to give back so much to heart.

Nor does Stan leave his compassionate heart at the door when he comes home. He is a father who adores, treasures, mentors, supports and exults in his two children. He is infamous in our family for the multitude of times he checks in with Stacey and Drew in the course of the week, loving to hear what they are up to and how they are doing.

This has been a dreadful time for our close family. Stan never hesitated in taking responsibility for his actions. I will never forget when he came home from his meeting with the prosecutors and his attorneys and told me about his decision to plead guilty to a felony. Instinctively, I wanted to fight. I knew he could never intentionally break the law. He explained to me that, although he believed at the time that his actions to save the business were not improper, he had indeed violated the pension laws and needed to accept responsibility. I should have expected no less, since Stan has never ducked responsibility in his life and he was not about to start at age 63. He also told me that he would have to use our retirement funds to pay restitution to the victims. Having made this decision, Stan's focus turned to how he could keep all of this from hurting me and our children. Stan and I hoped that we could protect Stacey and Drew from worrying about their father, but that was impossible. They worried about him and his despair that he had done wrong. He could not hide from them his anxiety and distress over having made such a huge mistake. He anguished over what he had done that not only jeopardized his co-workers retirement, but ours as well, necessitating my going to work. The press coverage of his guilty

plea made matters worse because it drew attention to, and, in Stan's mind, placed a cloud over his family and the charitable and community groups for which he worked.

As a wife and mother, I am proud of my children for their unqualified support of their father, and of Stan for how he has conducted himself in front of them, the community and business associates. Stan has always practiced what he preached about doing the right thing, and in this situation he has been no different. He has not made excuses or wallowed in self pity. He has continued to work hard in his job and on those community and charitable groups as he could. I believe the fact that he has had to drop off some boards has hurt both him and the organizations.

The lawyers have told us about how the court looks to certain "guidelines" when considering sentencing. While I do not understand the workings of the judicial system, I do know that Stan made a mistake and tried to make it right. I also know that he has been severely punished inside. He has tried to stay "up" for his family, friends and colleagues, but I know that, despite the good face he puts on things, Stan's shame and disappointment in himself have taken a big toll. He knows and has accepted that he did wrong. He has paid a price and learned a lesson. I can assure you with every fiber of my being that he will never again break the law. Your Honor, I pray that you will take the measure of the man presented to you in your courtroom and in the letters you received and conclude that he is genuinely contrite and remorseful. As you make your decision, please consider that Stan is a good and decent man and a loving husband and father whose family and community need him with us and among us.

Thank you very much for the time and care you are taking in making the decision about our family's future.

Sincerely,

Gail L. Krejci

228 Warren Street, N.E.
Washington, D.C. 20002

January 31, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Case number 05-286.

Dear Judge Sullivan,

I am writing this letter to appeal to you to be lenient in your sentencing of my
Father, Stanley L. Krejci.

I adore my Dad. He is my greatest advocate and best role model. My Dad has the
highest standards regarding integrity and service, which he demonstrates through
his genuine dedication to his family, friends, and the community at large.

My Mom, Brother and I are so lucky to know that my Dad loves us unconditionally.
He shows us every day. We tease him about it sometimes; since this love often
manifests itself through daily calls and e-mail check-ins. I feel blessed knowing
that I can tell him absolutely anything and know that he will be honest, supportive
and consistent in his response.

My Dad is a true friend. He loves people and never leaves an event without having
spoken with everyone there. He genuinely cares for them and wants to get an
update from everyone, often leaving with a "to-do" list of ways he can be helpful to
them. I have heard from so many of my peers that their husbands aspire to grow up
to be like my Dad. He is so truly interested in other people, so nice, and so much
fun.

The community also benefits from my Dad's giving nature. From the time I was
very little, we could count on Dad coming home a bit late many nights, due to board
meetings. At first, I thought that my Dad was on these boards to make money. I
learned later that he does not receive payment for his board work, and that he does
it solely to be of service. I am so proud of him. He has helped so many
organizations maximize what they can give back to the communities they serve. I
am amazed by how much of his time he donates to these causes – and how he loves
every minute of it.

This ordeal - the criminal charge, guilty plea, and resulting press - has been extremely hard on my Dad. He is ashamed of his mistake and devastated about the toll it has taken on the parts of his life he values most, his family, friends, and community service organizations.

For our family, this has been a very rough time. The uncertainty is awful. Ultimately though, we will be alright. We are a close and loving family and will stick together through anything and everything. Our individual and group suffering has already brought us closer. We know that my Father would never intentionally do anything to hurt anyone. He made a mistake and paid the price for it, both financially and through the public shame he has experienced.

I am also not worried about what will happen to my Dad's relationships with his friends. In fact, the outpouring of love and support he has received from everyone, both dear friends and new acquaintances, amazes me. His friends will stand by his side, because they know he would never intentionally do wrong.

I am worried for the community, though. My Dad has stepped down from the boards of the organizations he supports, in order to protect them from any taint they may experience through an association with him. This breaks my heart, as I know my Dad misses this part of his life deeply. Still, some boards so value my Dad that they have asked him to continue to attend the meetings and provide his counsel, without an official board position. Consistent with his giving nature, he has accepted these requests and continues to help.

Please, please protect my Dad. He has already suffered so much, as have those who love and need him. Thank you for your consideration and fairness.

Sincerely,

Stacey Krejci