# BERNSTEIN
*Investment Research and Management*

February 21, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, NW
Washington, DC 20001

Re: Stanley L. Krejci – Case Number 05-286

Dear Judge Sullivan:

    I am writing you on behalf of my friend, Stan Krejci. I have known Stan and Gail Krejci for a number of years and am privileged to call them friends. Over the years I have witnessed the considerable time and effort Stan commits for many not-for-profits in Metropolitan Washington. Citing one example, Stan and I serve on the Board of Directors for The Campagna Center. Stan's commitment to that organization and his attempt to give back to the community serves as a model to those of us whom are neither as involved nor as engaged as Mr. Krejci. Stan's work touches so many people; I ask that when making your decision you consider the impact that it has on both Mr. Krejci and his family, and the many lives he touches in our community.

I appreciate your time and thank you for your consideration.

Sincerely,

James M. New