

January 31, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Sullivan:

This letter is written on behalf of Stan Krejci in connection with his forthcoming sentencing hearing, case number 05-286.

I met Stan through my association with the Board of Directors of the National Capital Chapter of the Association for Corporate Growth (ACG). Since my election to the ACG Board a couple of years ago, I have been continually impressed with Stan as a deeply committed, ethical and caring individual. I have particularly admired the kind and easygoing manner in which he conducts himself, both on a professional and personal level. He clearly stood out to me as one of the true leaders of the organization whose contributions, both in his capacity of Co-Chair of the Sponsorship Committee and Board member in general, have been significant. I have learned in getting to know Stan that his leadership and positive impact transcends ACG and also includes many other organizations in the Northern Virginia community with which he has volunteered.

I wanted to write this letter on Stan's behalf to hopefully make some positive impact on the court's consideration at his sentencing.

Sincerely,

Eric A. Pietras
Senior Vice President
Government Contractor & Middle Market Lending

2070 Chain Bridge Road, Suite 135
Vienna, VA 22182