2110 Foresthill Road
Alexandria, VA 22307
February 1, 2006

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, DC 20001

Reference: Case Number 05-286

Dear Judge Sullivan:

I am writing you in support of Stan Krejci, who comes before you late this month. I have known Stan for the past thirty years, and have had direct involvement with Stan in support of a number of community and charitable organizations. He has been extremely important to the Alexandria community in both a leadership and fundraising capacity, and his contributions have truly had an impact. He is viewed by many, including myself, as a role model of the civically involved individual.

As the President of a public company, Opinion Research Corporation, I certainly understand the fiduciary responsibilities of individuals entrusted with employee retirement funds. The events leading up to Stan's current situation are clearly an aberration in what is otherwise a stellar record, both professionally and as deeply concerned and involved citizen of our community. I hope you will consider the impact on his family and our community in passing sentence.

Thank you for your consideration.

Sincerely,

Frank J. Quirk