**Robert N. Rubin**
**7305 Brennon Lane**
**Chevy Chase, MD 20815**
**301.652.8211**

February 2, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd & Constitution Avenue NW
Washington, DC 20001

**RE: Case Number: 05-286**

Dear Judge Sullivan:

I am writing on behalf of Stanley L. Krejci, a friend and business associate for over 10 years. Stan and I have served together on the board of the Association for Corporate Growth National Capital Chapter for the last five years. During that time I have observed a very hard working contributor who was not content to sit back and let others do the work or accept the status quo. Stan's opinions are always sought out and his efforts have been instrumental in attracting many new high profile businessmen and women to our membership. His contributions are very noticeable to our 350+ members and we were all looking forward to his becoming President of this prestigious organization. In addition, Stan has served as President of The Tower Club which includes many successful members from the local business community, the Financial Executive Institute, comprised of senior financial executives from our area, and as a board member for a number of local community and charitable organizations. My experience with Stan has shown him to be ever vigilant in exhibiting concerns for the highest ethical and moral standards as well as actively promoting the inclusion of women and minorities in all of his efforts and interests.

Stan and I have discussed the events which have lead to this situation and, his remorse is genuine and heart felt. For a devoted family man and respected member of the community, the impact of these events on his life has been devastating. Fortunately, his close knit family and community of friends and business associates who have been enriched by his untiring efforts and contributions over many years continue to view Stan by his complete body of work.

When reaching your judgment in this matter I hope you will take the issues raised in this letter into account and judge him in terms of his many contributions to family, friends and the community.

Sincerely,

Robert N. Rubin