January 31, 2006

Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Sullivan:

My name is Clarke Williams and I am writing you on behalf of Stan Krejci regarding case number 05-286. I grew up five houses from Stan and his family and have known him as long as I can remember. His son, Drew, was my best friend growing up and remains so today. I knew Stan respectfully as Mr. Krejci as a child and teenager, until he insisted on "Stan" going forward from the day I graduated High School with Drew. I am twenty-eights years old and grateful to have had, and hopefully will continue to have, Stan and his wonderful family as influential figures in my life.

I have spent countless occasions with Stan and his family, from long dinner conversations to reading the "Night Before Christmas" on Christmas Eve to fixing antique furniture on Sunday afternoon. Stan's infectiously kind personality, generous demeanor, and witty sense of humor are engraved in my most cherished memories. Most importantly, as Drew's friends became adults, Stan sincerely cared to find out what we wanted out of life, and provided invaluable direction that helped shape our lives. Stan asked us the honest questions that made us realize what was important, and in speaking for all my friends, Stan's integrity, thoughtfulness, and honesty were model traits for our characters. I will always regard him as an incredible person, a loving father, a devoted husband, a proactive philanthropist, a selfless leader of our community, and my personal role model and good friend.

In a community with limited resources we need Stan's leadership and character. Stan accepted responsibility, plead guilty, and I know is remorseful for what has occurred. I also know this community and our lives are worse off without him. Stan's contribution to countless charities and organizations has immeasurably improved our lives, and he is infinitely more valuable to us within our community than not. Thank you for your time, and I hope this letter has helped you understand that Stan Krejci is an exceptional person and you take this into consideration regarding his sentencing.

Sincerely,

Forrest Clarke Williams

*[signature]*

Associate
Winston Partners
1750 Tysons Blvd., Suite 200
McLean, VA 22102