*Charles O. Zuver*

January 30, 2006

The Honorable Emmet G. Sullivan
United States District Court for
The District of Columbia
3rd and Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Sullivan:                               Case #05-286

I am writing to you today on behalf Stanley Krejci who has been a friend and neighbor
for thirty years. Stan has been deeply involved in community affairs. When there was a need for someone to chair or organize a committee for community service most of us turned to Stan. I would hope that you would consider community service for Stan during the sentencing stage. As I said before, Stan has been so deeply involved in the community service that I believe he would do an excellent job and would certainly organize it in a fashion that would make whatever you decided he needed to do, a successful program.

Individuals like Stan Krejci belong; I believe serving the public and serving it well.

Sincerely,

Charles O. Zuver

cc: Mr. Stanford M. Sauders, Jr.
    Greenberg Traurig

cec