UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.:  05-286 |
| | : | |
| **STANLEY KREJCI,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LCrR 44.1 (d), Defendant's counsel moves the admission pro hac vice of A. John Pappalardo.  In support thereof, Defendant directs the Court to the attached Declaration.

Respectfully Submitted,

_____
Sanford M. Saunders, Jr.
Greenberg Traurig LLP
800 Connecticut Avenue, NW
Washington, DC 20006
(202) 331-3130
saunderss@gtlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No.: 05-286 |
| : | |
| **STANLEY KREJCI,** : | |
| : | |
| **Defendant.** : | |

### DECLARATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to LCrR 44.1 (d), I, Anthony John Pappalardo, state:

(1) That I am an attorney with Greenberg Traurig LLP, One International Place, Boston, MA 02110;

(2) I am a member in good standing of the Bar of Massachusetts;

(3) I have not been disciplined by any bar;

(4) I have never been admitted pro hac vice in this Court; and

(5) I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of the Columbia Bar, and do not have an application pending for membership for the Bar of the District of Columbia.

I declare under the penalty of perjury that the forgoing is true and correct. Executed this 22nd day of February 2006.

*A. John Pappalardo*
A. John Pappalardo
Greenberg Traurig LLP
One International Place
Boston, MA 02110
(617) 310-6072
pappalardoj@gtlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 05-286** |
| | : | |
| **STANLEY KREJCI,** | : | |
| | : | |
| Defendant. | : | |

### [PROPOSED] ORDER

IT IS HERBY ORDER Defendant's Motion for Admission Pro Hac Vice of A. John Pappalardo is hereby GRANTED.

Dated this ___ day of February, 2006.

_____
The Honorable Emmet G. Sullivan
United States District Judge