UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.:  05-286 |
| | : | |
| **STANLEY KREJCI,** | : | |
| | : | |
| **Defendant.** | : | |

## DEFENDANT STANLEY L. KREJCI'S REQUEST FOR RECOMMENDATION OF DESIGNATION TO FCI CUMBERLAND (MARYLAND)

Defendant Stanley L. Krejci ("Mr. Krejci"), by and through counsel, in connection with his sentencing by this Court on February 23, 2006, respectfully requests that Your Honor recommend to the Federal Bureau of Prisons (the "BOP") that he be designated to FCI Cumberland (Maryland) for the service of his sentence.

At sentencing, Your Honor agreed to entertain making a specific recommendation to the BOP concerning Mr. Krejci's designation, and granted Mr. Krejci time in which to consult with counsel and research facilities.  Tab A, Transcript of Feb. 23, 2006 Sentencing, at 55.  Having now consulted with counsel and researched facilities, Mr. Krejci respectfully requests that Your Honor recommend he be designated to FCI Cumberland (Maryland).  As grounds therefore, Mr. Krejci states that said facility is appropriate to his anticipated classification by the BOP, and is close to his family.

## CONCLUSION

For the reasons stated herein, Mr. Krejci respectfully requests that the Court enter a specific recommendation to the Federal Bureau of Prisons that he be designated to FCI Cumberland (Maryland) for the service of his sentence.

Respectfully Submitted,

STANLEY KREJCI,

By his attorneys,

_____
Sanford M. Saunders, Jr.
Greenberg Traurig LLP
800 Connecticut Avenue, NW
Washington, DC 20006
(202) 331-3130
saunderss@gtlaw.com

A. John Pappalardo
Greenberg Traurig LLP
One International Place
Boston, MA 02110
(617) 310-6072
pappalardoj@gtlaw.com

#185060

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of March, 2006, a true and correct copy of the foregoing Defendant's Request for Recommendation of Designation was served to the following by the means indicated:

Thomas E. Zeno
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, NW
Washington, DC 20530
**VIA ELECTRONIC FILING**

Debra C. Taylor
United States Probation Officer Assistant
333 Constitution Ave., NW
Room 2800
Washington, DC 20001
**VIA FACSIMILE**

_____
Sanford M. Saunders, Jr.