UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **CRIMINAL NO. 05-286 (EGS)** |
| **STANLEY KREJCI,** : | |
| : | |
| **Defendant.** : | |
| : | |

**ORDER**

In view of defendant Stanley Krejci's request, the Court hereby recommends to the Federal Bureau of Prisons ("BOP") that Mr. Krejci be designated to FCI Cumberland (Maryland) for the service of his sentence.

**SO ORDERED.**

**Signed:**     **Emmet G. Sullivan**
            **United States District Judge**
            **March 14, 2006**