HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**
MAY 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Stanley Krejci                                  Docket No.: CR-05-0286

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Stanley Krejci  having been sentenced, on 02/23/2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  FCI Cumberland , in  Cumberland, MD  by 2 p.m., on  May 23, 2006 .

_____          _____
5/10/06                                  EMMET G. SULLIVAN
Date                                     UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____          _____
**ATTORNEY/U.S. PROBATION OFFICER**          **DEFENDANT**

Revised 6-2004