# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA



**FILED**

MAR 3 1 2008

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

U.S.A. vs. **Stanley Krecji**                     Docket No.: **CR 05-286-01**

## REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that Pretrial Services release Stanley Krejci's
passport to him at the conclusion of his supervision.

## ORDER OF COURT

Considered and ordered this _____ day of _____, 2008.

_____
Emmet G. Sullivan
United States District Judge